## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **WINIFRED BLACKLEDGE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CIV. ACT. NO. 2:06cv321-ID** |
| **v.** | ) |
| | ) |
| **ALABAMA DEP'T OF MENTAL** | ) |
| **HEALTH & MENTAL RETARDATION,** | ) |
| **et al.,** | ) |
| | ) |
| **Defendants** | ) |

## <u>ORDER</u>

Upon CONSIDERATION of Defendants' motion to accept answer out of time, filed June 28, 2006, and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED.

Done this 29th day of June, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE