IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WINIFRED BLACKLEDGE** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | CIVIL ACTION NUMBER: |
| ) | |
| ) | CV-2:06CV321-ID |
| ) | |
| **ALABAMA DEPARTMENT OF** ) | |
| **MENTAL HEALTH & MENTAL** ) | |
| **RETARDATION & COMMISSIONER** ) | |
| **JOHN HOUSTON, in his Official** ) | |
| **as Commissioner of the Alabama** ) | |
| **Capacity Department of Mental Health** ) | |
| **& Mental Retardation** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION FOR LEAVE OF COURT TO AMEND COMPLAINT
_____

**COMES NOW**, Plaintiff, Winifred Blackledge (hereinafter "Plaintiff") in the above-styled matter and moves the Court for leave to amend her complaint pursuant to Fed.R.Civ.P. 15(a) noting that "leave shall be freely given when justice so requires." The Amended Complaint is attached as Exhibit A. (Amended Complaint). The purpose of this Amended Complaint is to add a Retaliation claim under Title VII and Section 1981 for the following reasons:

Plaintiff filed an EEOC Charge on June 8, 2004 alleging discrimination on the basis of her race. The EEOC found cause that discrimination existed and issued a right to sue on March 22, 2006. On April 10, 2006 Plaintiff filed a lawsuit against the Alabama State Department of Mental

1

Health and Mental Retardation and Commissioner John Houston.    The parties are currently involved in discovery.

In the Court's Uniform Scheduling Order (Doc. #11, Section 4) Plaintiff was allowed until October 24, 2006 to amend the pleadings.  However, recent events have caused Plaintiff to file an additional EEOC charge on January 9, 2007 for Retaliation.

Since the date of filing her initial EEOC charge Plaintiff has been retaliated against on numerous occasions.  The retaliation has materially altered her employment and her ability to do her job.  Most recently, she was given a false and adverse performance appraisal.  She has been adversely affected by these discriminatory practices as her salary is directly related to performance appraisals.  Upon information and belief, the adverse actions taken against her by Defendant have been done in an attempt to force her out of her employment.  Therefore, Plaintiff asks for leave to file the Amended Complaint

WHEREFORE, the plaintiff respectfully requests that the court grant its Motion to Amend the Complaint and allow the claims in the attached Amended Complaint.

Respectfully submitted on this the ___10th___ Day of ___January___, 2007.

/s/ Joshua D. Wilson
Joshua D. Wilson
ASB # 3398 J73W
*Attorney for the Plaintiff*

**OF COUNSEL:**
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500 - phone
(205) 254-1500 - fax


**CERTIFICATE OF SERVICE**

      I do hereby certify that I have filed a copy of the above and foregoing by filing the same with the EC/CMF system, which will provide notification to the following:

TROY KING
ATTORNEY GENERAL

COURTNEY W. TARVER
Deputy Attorney General and General Counsel
State of Alabama Department of
Mental Health and Mental Retardation
RSA Union Building
100 N. Union Street
P.O. Box 301410
Montgomery, Alabama 36130-1410
Phone: (334) 242-3038
Fax:   (334) 242-0924

        This the ___10th___ Day of ____January____, 2007.

        /s/ Joshua D. Wilson
        Of Counsel