IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WINIFRED BLACKLEDGE,** | ) |
| | ) |
|    Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:06cv321-ID |
| v. | ) |
| | ) |
| **ALABAMA DEP'T OF MENTAL** | ) |
| **HEALTH & MENTAL RETARDATION,** | ) |
| et al., | ) |
| | ) |
|    **Defendants** | ) |

**ORDER**

Upon CONSIDERATION of Plaintiff's motion for leave of court to amend complaint (Doc. No. 12), it is ORDERED that said motion be and the same is hereby DENIED without prejudice because the proposed First Amended Complaint does not comply with the Middle District of Alabama's Local Rule 15.1. See M.D. Ala. LR 15.1 ("Any amendment to a pleading, whether filed as a matter of course or upon a motion to amend, must, except by leave of court, reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference.").

Done this 11th day of January, 2007.

                                      /s/ Ira DeMent
                                      SENIOR UNITED STATES DISTRICT JUDGE