IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WINIFRED BLACKLEDGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   CASE NO. 2:06CV321-ID |
| ALABMA DEPARTMENT OF | ) |
| MENTAL HEALTH & MENTAL | ) |
| RETARDATION & COMMISSIONER | ) |
| JOHN HOUSTON, in his Official | ) |
| Capacity as Commissioner of the | ) |
| Alabama Department of Mental | ) |
| Health & Mental Retardation | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE OF DOCUMENTS

TO:   Clerk of Court

Please take notice that the undersigned has this date caused to be served on all attorneys and/or parties to this action the following:

1.   Defendant's Expert Disclosures.

This the 12th day of January, 2007.

TROY KING (KIN047)
ATTORNEY GENERAL

/s/ Courtney W. Tarver
Courtney W. Tarver (TAR009)
DEPUTY ATTORNEY GENERAL/
GENERAL COUNSEL
Attorney for Alabama Department of Mental Health
& Mental Retardation and Commissioner John
Houston

OF COUNSEL:
Alabama Department of Mental Health
And Mental Retardation
P.O. Box 301410
Montgomery, AL.  36130-1410
(334) 242-3038
(334) 242-0924 (Fax)

## CERTIFICATE OF SERVICE

       I hereby certify that on January 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following: Rocco Calamusa, Esq., Joshua D. Wilson, Esq., and Benjamin J. DeGweck, Esq.

Rocco Calamusa, Esq.
Joshua D. Wilson, Esq.
Benjamin J. DeGweck, Esq.
Wiggins, Childs, Quinn & Pantazis, P. C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

                        /s/ Courtney W. Tarver
                        Courtney W. Tarver