IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WINIFRED BLACKLEDGE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:06cv321-ID |
| v. | ) |
| | ) |
| **ALABAMA DEP'T OF MENTAL** | ) |
| **HEALTH & MENTAL RETARDATION,** | ) |
| et al., | ) |
| | ) |
| **Defendants** | ) |

## ORDER

Upon CONSIDERATION of Plaintiff's motion for leave of court to amend complaint (Doc. No. 14), and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED.

Done this 7th day of February, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE