IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WINIFRED BLACKLEDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 2:06CV321-ID |
| ALABMA DEPARTMENT OF ) | |
| MENTAL HEALTH & MENTAL ) | |
| RETARDATION & COMMISSIONER ) | |
| JOHN HOUSTON, in his Official ) | |
| Capacity as Commissioner of the ) | |
| Alabama Department of Mental ) | |
| Health & Mental Retardation ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

Comes now Rebecca J. Luck, appearing as additional counsel for Defendants Alabama Department of Mental Health and Mental Retardation and Commissioner John Houston in the above styled case, and files this notice of appearance as co-counsel of record.

        Respectfully submitted,

        TROY KING (KIN047)
        ATTORNEY GENERAL


        /s/ Rebecca J. Luck
        REBECCA J. LUCK (ASB8253K64R)
        ASSISTANT ATTORNEY GENERAL
        State of Alabama Department of
           Mental Health and Mental Retardation
        ATTORNEY FOR THE DEFENDANTS

- 2 -

ADDRESS OF COUNSEL:

State of Alabama Department of
    Mental Health and Mental Retardation
RSA Union Building
100 N. Union Street
P.O. Box 301410
Montgomery, Alabama 36130-1410
(334)242-3038 (phone); 242-0924 (fax)

- 3 -

## CERTIFICATE OF SERVICE

  I hereby certify that on February 21, 2007, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following: Rocco Calamusa, Esq., Joshua D. Wilson, Esq., and Benjamin J. DeGweck, Esq.

Rocco Calamusa, Esq.
Joshua D. Wilson, Esq.
Benjamin J. DeGweck, Esq.
Wiggins, Childs, Quinn & Pantazis, P. C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

        /s/ Rebecca J. Luck
        Rebecca J. Luck