IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WINIFRED BLACKLEDGE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NUMBER: |
| | ) | 06-cv-321-ID |
| | ) | JURY DEMAND |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| MENTAL HEALTH & MENTAL | ) | |
| RETARDATION & COMMISSIONER | ) | |
| JOHN HOUSTON, in his Official Capacity | ) | |
| as Commissioner of the Alabama | ) | |
| Department of Mental Health & | ) | |
| Mental Retardation | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW**

COMES NOW, Benjamin J. De Gweck, one of the attorneys of record for the plaintiff in the above styled action and moves to withdraw as counsel of record. As grounds for this Motion, counsel states the following:

1. As of March 9, 2007 Benjamin J. De Gweck will no longer be associated with the firm Wiggins, Childs, Quinn & Pantazis, LLC. Rocco Calamusa, Jr., and Joshua D. Wilson, who are already counsel of record in the case, will continue to represent the plaintiff in the above styled case.

WHEREFORE, PREMISES CONSIDERED, Benjamin J. De Gweck prays that this Court will grant his Motion to Withdraw as counsel for the plaintiff in this case.

1

                                                    Respectfully submitted,

                                                    <u>/s/Benjamin J. DeGweck</u>
                                                    Benjamin J. DeGweck
                                                    Rocco Calamusa, Jr.
                                                    Joshua D. Wilson
                                                    Counsel for the Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0500

**CERTIFICATE OF SERVICE**

       I hereby certify that on March 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Courtney W. Tarver,
Rebecca J. Luck
State of Alabama Department of
   Mental Health and Mental Retardation
RSA Union Building
100 N. Union Street
P.O. Box 301410
Montgomery, Alabama 36130-1410
(334) 242-3038 (phone)
(334) 242-0924 (fax)

                                            /s/Benjamin J. DeGweck
                                            OF COUNSEL