IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WINIFRED BLACKLEDGE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:06cv321-ID |
| v. | ) |
| | ) |
| **ALABAMA DEP'T OF MENTAL** | ) |
| **HEALTH & MENTAL RETARDATION,** | ) |
| **et al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the motion to withdraw (Doc. No. 23), in which Benjamin J. De Gweck, Esquire, moves to withdraw as counsel of record for Plaintiff Winifred Blackledge, and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED.

DONE this 5th day of March, 2007.

                                        /s/ Ira DeMent
                                      SENIOR UNITED STATES DISTRICT JUDGE