IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WINIFRED BLACKLEDGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. CV-2:06cv321-ID |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| MENTAL HEALTH & MENTAL | ) |
| RETARDATION & COMMISSIONER | ) |
| JOHN HOUSTON, in his Official | ) |
| Capacity as Commissioner of the | ) |
| Alabama Department of Mental | ) |
| Health & Mental Retardation, | ) |
| | ) |
| Defendants. | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Alabama DMH/MR and JOHN HOUSTON in his official capacity, Defendants, in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐  This party is an individual, or
☒  These parties are governmental entities, or
☐  There are no entities to be reported, or
☐  The following entities and their relationship to the party are hereby reported:

Reportable Entity                                  Relationship to Party
_____        _____
_____        _____
_____        _____
_____        _____

6-15-07_____
Date                                                           /s/ Rebecca Luck
                                                                  REBECCA LUCK (LUCKR8253)
                                                                  Assistant Attorney General
                                                                  Counsel for

<u>Alabama DMH/MR and Commissioner</u>
<u>John Houston in his official capacity</u>

P. O. Box 301410,
<u>Montgomery, AL 36130-1410</u>
Address, City, State Zip Code

<u>(334) 242-3038</u>
Telephone Number
email:  rebecca.luck@mh.alabama.gov

**CERTIFICATE OF SERVICE**

I, Rebecca Luck, do hereby certify that a true and correct copy of the foregoing has been furnished by electronic mail on this 15th day of June, 2007, to:

Rocco Calamusa, Esq.
Joshua D. Wilson, Esq.
Benjamin J. DeGweck, Esq.
Wiggins, Childs, Quinn & Pantazis, P. C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Phone:  205-314-0545
Facsimile:  205-254-1500

/s/ Rebecca Luck
COUNSEL