IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WINIFRED BLACKLEDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 2:06CV321-ID |
| ALABMA DEPARTMETN OF ) | |
| MENTAL HEALTH & MENTAL ) | |
| RETARDATION & COMMISSIONER ) | |
| JOHN HOUSTON, in his Official ) | |
| Capacity as Commissioner of the ) | |
| Alabama Department of Mental ) | |
| Health & Mental Retardation ) | |
| ) | |
| Defendants. ) | |

# EXHIBIT LIST

1. **Blackledge Charge of Discrimination Based on Race and Color, 130-2004-03106, dated 6/8/04**

2. **Announcement for Community Service Specialist III, 03-11 dated 10/27/2003 for MR Region III**

3. **Blackledge Application for Planning and Quality Assurance Specialist II, Announcement 02-25, dated 9/24/02**

4. **Personnel Specialist Joan Owens Scoring Sheet for CSSIII Interviewees dated 7/19/04**

5. **Memo dated 12-10-2003 from Susan Stuardi, MR Region III, TO: Henry Ervin, DMH/MR Personnel Director, reference CSSIII position**

6. **Blackledge Charge of Discrimination #420-2007-01385 based on race, color and retaliation dated 1-8-07**

7.    DMH/MR Response to Blackledge Discrimination Charge #130-2004-03106 (failure to promote to CSSIII) dated 8/23/2004

8.    DMH/MR Response to EEOC request for additional information for Blackledge Charge #130-2004-03106

9.    DMH/MR follow-up to EEOC request for additional information for Blackledge Charge #130-2004-03106

10.   DMH/MR Response to Blackledge Retaliation Charge 420-2007-01385 dated April 25, 2007

10-2. Continuation of the Exhibits in support of Exhibit 10 DMH/MR Response to Blackledge Retaliation Charge 420-2007-01385

11.   DMH/MR Special Personnel Task Force Report to Committee, reference the same established on 2/6/2003

12.   DMH/MR Consolidation Plan dated 8/2003 directed by Governor Riley

13.   Deposition excerpts of Henry Ervin, Director, Human Resources Management, DMH/MR

14.   Deposition excerpt of Susan Stuardi, Former Director, DMH/MR Region III Community Services