IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WINIFRED BLACKLEDGE ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | CIVIL ACTION NUMBER: |
| ) | |
| ) | 2:06-cv-321-ID |
| ) | |
| ALABAMA DEPARTMENT OF ) | JURY DEMAND |
| MENTAL HEALTH & MENTAL ) | |
| RETARDATION & COMMISSIONER ) | UNOPPOSED |
| JOHN HOUSTON, in his Official ) | |
| as Commissioner of the Alabama ) | |
| Capacity Department of Mental Health ) | |
| & Mental Retardation ) | |
| ) | |
| **Defendants.** ) | |

**UNOPPOSED MOTION TO EXTEND PLAINTIFF'S SUMMARY JUDGMENT
RESPONSE DEADLINE AND DEFENDANT'S REPLY DEADLINE**

COMES NOW, Plaintiff in this action and move this Court to extend the summary judgment response deadline two weeks from July 17, 2007 until August 1, 2007 and Defendant's Reply deadline from July 27, 2007 until August 13, 2007. As grounds Plaintiff states as follows:

1. Counsel for Plaintiff, Joshua D. Wilson, will be out of town from July 4-8, 2007 on a previously scheduled vacation.

2. Counsel for Plaintiff has depositions scheduled on July 9, 11, 13, and 17, 2007 in two separate cases and must spend extensive time preparing for said depositions.

3. Rocco Calamusa, another attorney working on this case, was recently in a horse-riding

      accident and will be out of work for an extended period of time.

4. Counsel for Plaintiff has a pretrial conference scheduled on July 18, 2007 in the case of *Denise Bonner et. al. v. Chambers County, et. al.,* 3:04-CV-01229-WKW, a multi-party lawsuit. Plaintiff has a pretrial conference scheduled on July 23, 2007 in the case of *Elizabeth Hutchinson v. Phenix City Board of Education,* CV-06-0700-WHA. Both of these pretrial conferences will require extensive preparation.

5. Counsel for Plaintiff further states that an extension should be granted to Defendants allowing them to Reply from the current date of July 27, 2007 until August 13, 2007.

6. Counsel for Plaintiff has discussed these extensions with Courtney Tarver, Counsel for Defendant, who is Unopposed to said extension.

7. Counsel for Plaintiff and Counsel for Defendant are in agreement that such extension should not cause any other delay or the extension of any other deadlines. The Pretrial Conference in this case is not scheduled until October 1, 2007 and the Trial is not scheduled until November 5, 2007.

                                                              Respectfully submitted,

                                                              /s/ Joshua D. Wilson
                                                              Joshua D. Wilson
                                                              *Attorney for the Plaintiff*

**OF COUNSEL:**
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Phone: (205) 314-0500

## CERTIFICATE OF SERVICE

     I do hereby certify that I have filed a copy of the above and foregoing by filing the same with the EC/CMF system, which will provide notification to the following:

TROY KING
ATTORNEY GENERAL

COURTNEY W. TARVER
Deputy Attorney General and General Counsel
State of Alabama Department of
Mental Health and Mental Retardation
RSA Union Building
100 N. Union Street
P.O. Box 301410
Montgomery, Alabama 36130-1410
Phone: (334) 242-3038
Fax:   (334) 242-0924

     This the   2nd   Day of     July    , 2007.

     /s/ Joshua D. Wilson
     Of Counsel