# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

July 2, 2007

# NOTICE OF CORRECTION

FROM:      Clerk's Office

Case Style:  Blackledge v. AL Dept. Of Mental Health/Mental Retardation et al

Case No.:    2:06cv321-ID
             Document 26 and 27 Motion for Summary Judgment
                And Brief in Support

This Notice of Correction was filed in the referenced case this date to enter the correct pdfs for documents 26 and 27.  The originally e-filed documents did not contain signatures.  A copy of corrected documents are attached to this Notice.