# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **WINIFRED BLACKLEDGE,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) CIV. ACT. NO. 2:06cv321-ID |
| v. | ) |
| | ) |
| **ALABAMA DEP'T OF MENTAL** | ) |
| **HEALTH & MENTAL RETARDATION,** | ) |
| **et al.,** | ) |
| | ) |
|     **Defendants** | ) |

## ORDER

Upon CONSIDERATION of Plaintiff Winifred Blackledge's unopposed motion to extend, filed on July 2, 2007, (Doc. No. 29), it is ORDERED that said motion be and the same is hereby GRANTED and that the deadline for Plaintiff to respond to the pending summary judgment motion is hereby EXTENDED to and including August 1, 2007. Defendant may file a reply, if desired, on or before August 13, 2007.

Done this 3rd day of July, 2007.

                                      /s/ Ira DeMent
                                      SENIOR UNITED STATES DISTRICT JUDGE