IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **WINIFRED BACKLEDGE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NUMBER:** |
| | ) | |
| | ) | **2:06-cv-321-ID** |
| | ) | |
| **ALABAMA DEPARTMENT OF** | ) | |
| **MENTAL HEALTH & MENTAL** | ) | |
| **RETARDATION & COMMISSIONER** | ) | |
| **JOHN HOUSTON, in his Official** | ) | |
| as Commissioner of the Alabama | ) | |
| **Capacity Department of Mental Health** | ) | |
| **& Mental Retardation** | ) | |
| | ) | |
| **Defendants.** | ) | |

_____

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**
_____

**COMES NOW**, Plaintiff, pursuant to Court's Scheduling Order and states that counsel for the parties have conferred regarding settlement negotiations but were unable to come to an agreement at this time. As of today, the parties are unable to agree to settlement, but the parties plan to continue their discussions in the future as the case continues to progress. The parties also discussed the possibility of mediation and although the parties did not set a date or agree to mediate, the parties remain open to mediation and plan to continue this discussion as well.

        Respectfully submitted,

        /s/ Joshua D. Wilson

                                        Joshua D. Wilson
                                        *Attorney for the Plaintiff*

**OF COUNSEL:**
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Phone: (205) 314-0500


## CERTIFICATE OF SERVICE

      I do hereby certify that I have filed a copy of the above and foregoing by filing the same with the EC/CMF system, which will provide notification to the following:

TROY KING
ATTORNEY GENERAL

COURTNEY W. TARVER
Deputy Attorney General and General Counsel
State of Alabama Department of
Mental Health and Mental Retardation
RSA Union Building
100 N. Union Street
P.O. Box 301410
Montgomery, Alabama 36130-1410
Phone: (334) 242-3038
Fax:   (334) 242-0924

              This the   20th   Day of    July   , 2007.

                                        /s/ Joshua D. Wilson
                                        Of Counsel