IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WINIFRED BLACKLEDGE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE No.: CV 2:06-CV-321-ID |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| MENTAL HEALTH & MENTAL ) | |
| RETARDATION & COMMISSIONER ) | |
| JOHN HOUSTON, in his Official ) | |
| Capacity as Commissioner. ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S EVIDENTIARY SUBMISSION IN RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**COMES NOW**, Plaintiff, Winnifred Blackledge, through the undersigned counsel and submits this Evidentiary Submission in response to Defendants' Motions for Summary Judgment.

1. Plaintiff's Exh. A: Deposition Excerpts of Winnifred Blackledge

2. Plaintiff's Exh. B: Deposition Excerpts of Susan Stuardi

3. Plaintiff's Exh. C: Deposition Excerpts of Jerryln London

4. Plaintiff's Exh. D: Deposition Excerpts of Kendra Butler

5. Plaintiff's Exh. E: Deposition Excerpts of Eranell McIntosh-Wilson

6. Plaintiff's Exh. F: Deposition Excerpts of Fordyce Mitchell

7. Plaintiff's Exh. G: Deposition Excerpts of Henry Ervin

8. Plaintiff's Exh. H: Applicants for CSS III Position With Crossed-Out Names

9. Plaintiff's Exh. I: PQA II 2002 Job Announcement

10. Plaintiff's Exh. J: PQA II 2002 Announcement to Daphne Rosalis

11. Plaintiff's Exh. K: PQA II 2002 Interview Assessment Form 10/21/200

12. Plaintiff's Exh. L; Defendant's Responses to Plaintiff's First Interrogatories and Requests for Production

13. Plaintiff's Exh. M: Letter from Susan Stuardi to Mitchell and Ervin (02/20/2004)(Re: alleged preselection)

14. Plaintiff's Exh. N: Mildred "Mickey" Groggel Personnel File

15: Plaintiff's Exh. O: Announcement of CSS III Position (10/27/2003)

16: Plaintiff's Exh. Q: Letter from Susan Stuardi to Levi Harris (12/13/2002) (Re: CSS III Position)

17: Plaintiff' Exh. P: Letter from Susan Stuardi to Levi Harris (12/16/2002) (Re: CSS III Position)

18: Plaintiff's Exh. R: Winnifred Blackledge Letter (10/28/2003)(Re: CSS III Application)

19: Plaintiff's Exh. S: Letter to Henry Ervin to Susan Stuardi (12/10/2003)(Re: CSS III Position given to Mickey Groggel)

20: Plaintiff's Exh. T: Letter to Winnifred Blackledge (12/15/2003)(Re; denial of CSS III position)

21: Plaintiff's Exh. U: CSS III Interview Panel Scoring Sheet

22: Plaintiff's Exh. V: Letter from Winnifred Blackledge to Susan Stuardi (7/12/2002).

23: Plaintiff's Exh. W: Second EEOC Charge

24: Plaintiff's Exh. X: Memo From Jerryln London To Blackledge (3/27/06) .

25: Plaintiff's Exh. Y: Letter from Blackledge (3/21/06)(Re; complaint of harassment, discrimination and retaliation)

26:     Plaintiff's Exh. Z: Blackledge Performance Appraisal January 2006

27:     Plaintiff's Exh. AA; Blackledge Mid-Appraisal (07/26/06)

28:     Plaintiff's Exh. BB; Blackledge Performance Appraisal December 2005 (35.7)

29:     Plaintiff's Exh. CC; Blackledge Performance Appraisal December 2004 (36.3)(Corrected Copy)

30:     Plaintiff's Exh. DD; Blackledge Performance Appraisal December 2005 (28.6)

31:     Plaintiff's Exh. EE: Memo 3/27/06; London transferred as Supervisor.

32:     Plaintiff's Exh. FF: Letter from Blackledge to Ervin (1/16/2007)(Re; Discrimination Harassment, and Retaliation)

33:     Plaintiff's Exh. GG: Letter from Blackledge to Butler (4/26/2006)(Re; Discrimination Harassment, and Retaliation).

34:     Plaintiff's Exh. HH:  Letter from Blackledge to Ervin (1/12/2007)(Re; Discrimination Harassment, and Retaliation)

35:     Plaintiff's Exh. II: Blackledge Mid-Appraisal (7/26/2006)

36:     Plaintiff's Exh. JJ: Attachment to Performance Appraisal (01/04/2004)

37:     Plaintiff's Exh. KK: Blackledge Letter to Ervin (01/04/2007)

38:     Plaintiff's Exh. LL: Blackledge Letter to Ervin (01/09/2007)

39:     Plaintiff's Exh. MM: E-Mail from London to Mitchell (12/22/2005)

40:     Plaintiff's Exh. NN: Blackledge Performance Appraisal (1/06/2007)

41:     Plaintiff's Exh. OO: Letter from Blackledge dated (04/26/2006)

42:     Plaintiff's Exh. PP: Letter from Butler to Blackledge (01/04/07)

43:     Plaintiff's Exh. QQ: Court Report of Black Applicants

44:     Plaintiff's Exh. RR: Blackledge EEOC Charge (06/08/2004)

45:     Plaintiff's Exh. SS: EEOC Finding of Reasonable Cause and Conciliation Draft (07/01/2005)

46:     Plaintiff's Exh. TT: Letter to David Jackson (08/31/2005)

47:     Plaintiff's Exh. UU: CSS III Position Applicant Assessment Forms.

48:     Plaintiff's Exh. VV: PQA II List of Qualified Candidates.

49:     Plaintiff's Exh. WW: Letter From Blackledge (Re; Job Duties)

50:     Plaintiff's Exh. XX: Response to Complaint (04/05/2004)

51:     Plaintiff's Exh. YY: Recommendation for New Desk Audit

52:     Plaintiff's Exh. ZZ: ADMHMR Harassment Policy

53:     Plaintiff's Exh. AAA: Blackledge Complaint Form (12/15/2003)

54:     Plaintiff's Exh. BBB: Blackledge Performance Appraisal March 2003

55:     Plaintiff's Exh. CCC: Blackledge Performance Appraisal January 2001

56:     Plaintiff's Exh. DDD: Blackledge Performance Appraisal January 2002

57:     Plaintiff's Exh. EEE: Blackledge Performance Appraisal January 2003

58:     Plaintiff's Exh. FFF: Blackledge Performance Appraisal January 2003

59:     Plaintiff's Exh. GGG: Blackledge Performance Appraisal January 2004

60:     Plaintiff's Exh. HHH: E-mail From Susan Stuardi (01/21/2003)

61:     Plaintiff's Exh. III: Letter from Blackledge (03/21/06)(Re; Retaliation)

                        Respectfully submitted,

                        /s/ Joshua D. Wilson
                        Joshua D. Wilson
                        *Attorney for the Plaintiff*

**OF COUNSEL:**
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North

Birmingham, Alabama 35203
Phone: (205) 314-0500

## CERTIFICATE OF SERVICE

I do hereby certify that I have filed a copy of the above and foregoing by filing the same with the EC/CMF system, which will provide notification to the following:

TROY KING
ATTORNEY GENERAL

COURTNEY W. TARVER
Deputy Attorney General and General Counsel
State of Alabama Department of
Mental Health and Mental Retardation
RSA Union Building
100 N. Union Street
P.O. Box 301410
Montgomery, Alabama 36130-1410
Phone: (334) 242-3038
Fax:   (334) 242-0924

        This the __1st__ Day of __August__, 2007.

        /s/ Joshua D. Wilson
        Of Counsel