FREEDOM COURT REPORTING

1    stayed in Community based services until I

2    retired.

3         Q    Okay.  And the last position you

4    held when you retired was?

5         A    Was the Director of Region III

6    Community Services.

7         Q    And explain to me the area that

8    Region III encompasses?

9         A    Ten counties in southwest

10   Alabama.

11        Q    And where was your office

12   located, your main office?

13        A    The last office when I retired

14   was located over at the Poundstone facility

15   in Daphne where I believe the office is

16   still located.

17        Q    And who was your immediate

18   supervisor?

19        A    Fordyce Mitchell.

20        Q    And he is in Montgomery, correct?

21        A    Correct.

22        Q    And who would be above

23   Mr. Mitchell?

FREEDOM COURT REPORTING

1    else that would conduct such training to

2    other employees that would be below you?

3        A    Well, it seemed to me that there

4    were like general classes that were held at

5    different sites where everybody was invited.

6        Q    Invited or required to attend, I

7    mean is that a difference?  Is that --

8        A    I couldn't answer you honestly

9    about that.  I just recall people being --

10   signing off on things that they had been

11   through training --

12       Q    Okay.

13       A    -- or provided information.

14       Q    Let me ask you if you remember

15   when you first met Ms. Blackledge?

16       A    I can't remember our first

17   meeting, other than it was a long time ago.

18       Q    I believe she had started

19   sometime around 1987?

20            MS. BLACKLEDGE:  Correct.

21       Q    You were employed?

22       A    I would have been there.

23       Q    Okay.  Would you over the time

FREEDOM COURT REPORTING

1    you had supervised Ms. Blackledge, would you

2    generally say she was a good employee?

3         A    I say basically a good employee.

4         Q    Would you say she was productive?

5         A    You'd have to be much more

6    specific about a particular task or

7    function.

8         Q    Okay.  And I will.  I will get

9    more specific.  Did you ever have any

10   general problems with her work?

11        A    I'm sorry to be slow in

12   answering.  I'm just trying hard to think of

13   specifics, and I don't -- I don't have

14   specifics that come to mind.

15             (Whereupon Plaintiff's

16        Exhibit Number 2 was marked and

17        attached to the deposition.)

18   BY MR. WILSON

19        Q    Okay.  I'm going to mark this as

20   Plaintiff's Exhibit 2 and ask if you've seen

21   this document before.  Have you seen that

22   before?

23        A    Yes, I believe so.

FREEDOM COURT REPORTING

1        Q    And that's a memo to you from

2   Ms. Blackledge dated July 12, 2002.  And it

3   seems to be expressing a couple things:  One

4   being that she is stating that she was doing

5   additional job duties, other than what she

6   was responsible for.  Do you agree with

7   that?

8        A    No.

9        Q    Okay.  Well, do you agree that's

10  what it's expressing?

11       A    I agree that's what it says.

12       Q    Okay.  And it also, I guess, in

13  paragraph 2 states that she's inquired about

14  being promoted on numerous occasions.  Do

15  you recall her inquiring about being

16  promoted?

17       A    Yes.

18       Q    Was that something that came up

19  often?  Was she interested in promotions

20  quite a lot?  Did she express interest quite

21  a lot?

22       A    Occasionally.

23       Q    And, specifically, here she's

FREEDOM COURT REPORTING

1          Q     And do you recall a specific CSS

2     III position coming open sometime in 2003?

3          A     I know we had an opening during

4     that time.

5          Q     And did you play a role in

6     getting that position opened?

7          A     Yes.

8          Q     And do you recall when that --

9     when you -- explain to me what your role was

10    in opening a CSS III position in 2003?

11         A     As best I can recall, it would

12    have entailed a budget review, a submission

13    of a request through the division of MR and

14    the Personnel Department.  They would have

15    actually created the opening and done the

16    announcing.  And then there would have been

17    a panel established to review anybody who

18    had applied for the job, and then an

19    announcement of whoever was selected for

20    that position.

21              (Whereupon Plaintiff's

22         Exhibit Number 5 was marked and

23         attached to the deposition.)

FREEDOM COURT REPORTING

Page 57

1    considered for the vacant in-house position

2    CSS III," dated October 28th, 2003?

3         A    Uh-huh.

4         Q    So the documents would indicate,

5    and you said you were not sure --

6         A    Yeah.

7         Q    -- if you've seen number 10, but

8    the documents would indicate the day after

9    the position was opened, Ms. Blackledge

10   expressed interest in the position?

11        A    That appears to be.

12        Q    And she expressed interest to you

13   numerous times about promotion, correct?

14        A    Correct.

15        Q    So it's clear she was interested

16   this particular position, correct?

17        A    Yes.

18        Q    Let me see 9, yeah, this

19   Plaintiff's Exhibit 9, which appears to be

20   the opening of the CSS III position, that

21   first paragraph listed qualifications, do

22   you know if Ms. Blackledge met those

23   qualifications?

FREEDOM COURT REPORTING

Page 58

```
 1        A     She would have had a degree in a
 2   related human service field.
 3        Q     So did she meet the
 4   qualifications as listed on the document
 5   there?
 6        A     She would have had a degree that
 7   fit within this qualification, yes.
 8        Q     So is the answer she met the
 9   qualifications as listed on the document?
10        A     Yes.
11        Q     She would have been employed with
12   Region III for approximately 16 years, at
13   the time, correct?
14        A     Yes.
15        Q     Let me just talk about in general
16   when a position comes open, is there always
17   an interview process?
18        A     Yes, to my knowledge.  I can't
19   think of any time we wouldn't interview
20   people.
21        Q     Okay.  And is the process
22   generally there's a panel that's formed to
23   interview the applicants?
```

Page 60

1    you give the interview in deciding on a job

2    applicant, I guess?  Let me scratch that.

3        I mean, I don't know if you can or not.

4    Can you give me some sort of percentage of

5    what weight you put on the actual interview

6    process?

7            MS. TARVER:  Object to the form.

8        A    I -- honestly, I don't recall if

9    there's a percentage of value, whatever,

10   placed on that.  I know that it is one piece

11   of the thing.  There would be experience,

12   there would be educational credentials,

13   there would be the interview process,

14   itself.  There would be a whole list of

15   things that would go into the selection.

16   And I don't recall those being broken down

17   in percentages.  They may be.

18       Q    But you were never told what --

19   "this is a certain percentage"?

20       A    If I was, I certainly don't

21   recall that.

22       Q    You mentioned three things:

23   Experience, education, and the interview.

Page 61

1    What else can you think of that would play a

2    role, or would you say those are the three

3    most important things?

4            MS. TARVER:  Object to the form.

5        A    Those are the three that come to

6    mind.

7        Q    Would you say those are the three

8    most important things?

9            MS. TARVER:  Object to the form.

10       A    I guess so.  That's a yes.

11       Q    And in your opinion, is the

12   interview process a subjective process?

13           MS. TARVER:  Object to the form.

14       A    I think they try to make it as

15   objective as possible by having a set

16   interview format and by making sure every

17   applicant is asked the same things.  In

18   other words, you can't go off in some

19   different direction with a different

20   applicant.  Every single person has to be

21   able to respond to the same questions and so

22   on.

23       Q    But your view of the applicant

Page 64

1        Q    Did she come from Montgomery?

2        A    Yes.

3        Q    Was she out of Montgomery?

4        A    Yes.  Yes, I think so.

5        Q    Is she white?

6        A    I think so.  I hate to sound iffy

7    about that, but I can't pull up a visual.

8        Q    Do you know her?

9        A    I know I've talked to her in the

10   past, but it's not like somebody I worked

11   with on a day-in and day-out basis, so it's

12   not a personal knowledge.

13       Q    Let's say when you did do the

14   interview panel, were all the panel sitting

15   there together?

16       A    We were all in the same room,

17   yes.

18       Q    So you've seen her before?

19       A    Yes, I saw her at least that

20   time.

21       Q    Hugh Wicks, do you know what his

22   position was?

23       A    I know he was from one of the

FREEDOM COURT REPORTING

Page 65

1    Community Service offices.

2          Q     Outside of Region III?

3          A     Correct.

4          Q     And do you know if he was white?

5          A     Yes, because I had worked with

6    him.  I knew him.

7          Q     And then Susan Stuardi, that

8    would be you?

9          A     Uh-huh.

10         Q     And, to my knowledge, you would

11   be white?

12         A     Correct.

13         Q     And then Ms. Jerryln London was

14   also on the panel, and Ms. London is black,

15   correct?

16         A     Yes.

17         Q     And from information I have, the

18   people that were interviewed, Mildred Mickey

19   Groggel, Allen.  Do you know Allen?  Who is

20   Allen?  Kathi Allen?

21         A     Uh-huh.

22         Q     Celestine Chappell, Melissa Ezell

23   Ms. Winifred Blackledge, Sheritta Williams,

FREEDOM COURT REPORTING

1          A     Turned in -- I turned in some

2     kind of a sheet, a document.

3               (Whereupon Plaintiff's

4          Exhibit Number 12 was marked and

5          attached to the deposition.)

6     BY MR. WILSON

7          Q     I'll mark this as Plaintiff's

8     Exhibit 12 and ask you if you've seen this

9     document before, Bates stamped 0391?

10         A     Yeah.

11         Q     You've seen it before?

12         A     It looks like -- it looks like a

13    listing of the interview candidates.

14         Q     Looks like a listing of all the

15    candidates that applied for the position,

16    correct?

17         A     That's what it looks like, yeah.

18         Q     And there's handwritten notes

19    marked on this, correct?

20         A     That's correct.

21         Q     And is any of this handwriting

22    yours?

23         A     Yes.

Page 77

1          Q      Is the handwriting at the top

2     yours?

3          A      Yes.   "Consider applicants in

4     psychology or special education."

5          Q      Okay.   There's handwriting to the

6     left of the numbers, says "no" next to a

7     couple people.   Is that your handwriting?

8          A      Yes.

9          Q      And to the right there's

10    handwriting saying "no masters, no

11    substitution allowed;" is that your

12    handwriting?

13         A      No.

14         Q      So we've got two different people

15    writing on this?

16         A      Yes.

17         Q      What about the bottom eight

18    candidates for interview, that's not your

19    handwriting?

20         A      No.

21         Q      Do you know whose handwriting

22    that is?

23         A      No.

Page 78

1      Q     And care to guess?

2            MS. TARVER:  Object to the form.

3      A     I don't know.

4      Q     Okay.  Now, you've marked "no"

5  next to four people's names.  Why did you do

6  that?

7      A     I guess I would tie that together

8  with the top statement about where the

9  degree came, what kind of degree they had.

10  And it would appear to me that's saying

11  these people don't have a degree in

12  psychology or special education.  That's

13  what it looks like to me.

14     Q     To your knowledge, James Packer

15  did not have that degree?

16     A     As best I recall now.  That would

17  have been the rational at the time.

18     Q     Now, Ms. Blackledge did have a

19  masters, correct?

20     A     But not in psychology or special

21  education.

22     Q     But she had one in a similar

23  field that would qualify for this, correct?

FREEDOM COURT REPORTING

```
1        A    Only in the most general sense.

2   In other words, if what you're after is

3   somebody whose background is in testing,

4   assessment, and so on, what your reference

5   is to find somebody with a background in

6   psychology or special education.

7        Q    And the four people's names

8   marked out with no next to them, they're all

9   black employees, correct?

10       A    Yeah, they are.

11       Q    The person selected for this

12  position was Mickey Groggel, correct?

13       A    Yes.

14       Q    And Mickey was a white employee

15  that came from the Brewer Center, correct?

16       A    Correct.

17       Q    Do you know what her job title at

18  the Brewer Center was, at that time?

19       A    I can't remember what their

20  classifications were.  She was a department

21  head over both residential and day program

22  services.

23
```

1    earlier.

2        A    Yeah.  And I think that's true.

3    And I think that's true, but I'm not a

4    hundred percent sure.

5        Q    This document is -- appears to be

6    a letter from Henry Ervin letting Mickey

7    Groggel know she's been appointed to a

8    Planning and Quality Assurance Specialist II

9    position effective April 17th, 2004,

10    correct?

11        A    Yes, that's what it says.

12        Q    And from what we know about

13    Mickey earlier, we know she was given the

14    CSS III position back in late '03 and they

15    did -- she wasn't going to start that

16    position until March of '04, correct?  I'm

17    going back.

18        A    Find the thing.  No, that's the

19    announcement letter.

20            MS. TARVER:  Let him look at it.

21        A    You find what you want.

22        Q    Okay.  Here we go.  From

23    Plaintiff's Exhibit 13, this was a letter to

Page 87

1    Henry Ervin from you saying Mickey was going

2    to start beginning March 6th, 2004?

3        A    Yes.  Okay.

4        Q    But then by April 17th, she was

5    promoted to the Planning and Quality

6    Assurance specialist II position, correct?

7        A    Yes.  That's what the other

8    letter says.

9        Q    Did she work at the CSS III

10   position for this month or this six week

11   period, that you're aware of?

12       A    I honestly don't know.  With the

13   confusion of those particular times and all

14   the movement of personnel one place and

15   another.  I know she started doing some

16   things from that office to help us, but I

17   really couldn't tell you.  And what this

18   would also do is tell you that would be the

19   date she went on the payroll in Community

20   Service, on March 6th.

21       Q    Did you play any role in her

22   promotion from CSS III to I'm going to call

23   it PQA II in 2004?  You weren't on the

FREEDOM COURT REPORTING

Page 88

1    interview panel?

2        A    No.

3        Q    Did you have any discussions with

4    anybody about that promotion?

5        A    I don't remember, and I'm not

6    even sure that's a promotion.  You know,

7    everybody was applying for everything they

8    could apply for back in those days.  The

9    list of names you see there that applied for

10   that III position, you would probably see

11   that same list on numerous position openings

12   at that time, because all those people were

13   facing unemployment.

14       Q    So you think a lot of people

15   probably applied for that a Quality

16   Assurance position?

17       A    I'm just saying everybody applied

18   for everything they could at that time.

19       Q    Would it surprise you if I told

20   you the records show that the only two

21   people that applied for the Planning and

22   Quality Assurance II position were Mickey

23   Groggel and Winifred Blackledge in 2004?

Page 89

1        A    I was aware of that.  I had

2    knowledge of what -- that going on.

3        Q    That kind of goes against what

4    you just said, correct?

5        A    I really thought everybody was

6    applying for a job just because they were

7    about to lose whatever they had.

8        Q    Did you ever do any performance

9    appraisals on Mickey Groggel, that you're

10   aware of?

11       A    It's possible, because at one

12   point when I was Facility Director, I was

13   her supervisor.

14       Q    And do you remember doing some on

15   Winifred Blackledge, also?

16       A    Yes.

17       Q    Performance appraisals, are they

18   done twice a year, is that right?

19       A    Formal -- a formal appraisal is

20   done once a year.  There's an interim

21   process that is somewhat different than a

22   formal appraisal that goes on mid-year, or

23   did at that time.

Page 99

1      much, it's clearly the panel's subjective

2      thoughts on what the grades were, correct?

3                MS. TARVER:  Object to the form.

4           A    I can't answer whether or not

5      it's their subjective thoughts or how

6      objective the criteria were at that time.

7           Q    But for you to grade

8      Ms. Blackledge with a 17 and for Ms. London

9      to grade her with a 30 --

10          A    We, obviously, had a difference

11     of view.

12          Q    A difference of opinion?

13          A    Okay.

14          Q    Different view.  Your subjective

15     belief was that one candidate was better

16     than the other, correct?

17                MS. TARVER:  Object to the form.

18          A    Okay.

19          Q    You can answer.  Is that yes?

20          A    Yes.

21          Q    We have seven candidates on this

22     list:  Three white candidates and four black

23     candidates.  You graded the three candidates

1    much, it's clearly the panel's subjective

2    thoughts on what the grades were, correct?

3              MS. TARVER:  Object to the form.

4         A    I can't answer whether or not

5    it's their subjective thoughts or how

6    objective the criteria were at that time.

7         Q    But for you to grade

8    Ms. Blackledge with a 17 and for Ms. London

9    to grade her with a 30 --

10        A    We, obviously, had a difference

11   of view.

12        Q    A difference of opinion?

13        A    Okay.

14        Q    Different view.  Your subjective

15   belief was that one candidate was better

16   than the other, correct?

17             MS. TARVER:  Object to the form.

18        A    Okay.

19        Q    You can answer.  Is that yes?

20        A    Yes.

21        Q    We have seven candidates on this

22   list:  Three white candidates and four black

23   candidates.  You graded the three candidates

FREEDOM COURT REPORTING

1    the highest and the four black candidates

2    the lowest, correct?

3         A    Correct.

4         Q    Is it possible that any

5    subjective bias played a role in your

6    decision?

7              MS. TARVER:  Object to the form.

8         A    No.

9         Q    Do you find it odd that you

10   graded the four black employees the lowest

11   compared to the white employees?

12        A    No, not when you know everybody.

13        Q    Do you want a break or anything?

14        A    No.

15             (Whereupon Plaintiff's

16             Exhibit Number 16 was marked and

17             attached to the deposition.)

18   BY MR. WILSON

19        Q    I'll take one here shortly.  I'm

20   going to enter as Plaintiff's Exhibit 16.

21   This is a stack of looks like about 30

22   pages.

23             MS. TARVER:  All this is one

Page 117

1    orientation so that she would become

2    familiar with our operation.

3        Q    Okay.  So let me -- I understand

4    what you're saying, but let me go back.  Do

5    you recall one way or the other whether

6    Ms. Blackledge was told by you to train

7    Ms. Rosalis for that position?

8        A    I do not recall that.  I recall

9    asking her and each of the other staff who

10   had a role to play, to give her orientation

11   to whatever they were doing and whatever

12   programs they were working with.

13       Q    So you wouldn't deny that

14   Ms. Blackledge says that you -- she was told

15   to train Daphne by you?

16           MS. TARVER:  Object to the form.

17       A    I don't ever remember using the

18   word training, but then again, I don't

19   remember that well from that many years

20   back.  But the word I do recall for

21   everybody is orientation.

22       Q    Do you remember ever having any

23   problems with Ms. Blackledge's job

FREEDOM COURT REPORTING

1    performance?

2         A    I can't think of any specific

3    problem.

4         Q    Did you ever give her any form of

5    discipline or anything?

6         A    I can't recall any occasion of

7    discipline.

8         Q    Do you recall her having any

9    problems with attendance?

10        A    I don't recall any problems with

11   attendance.

12        Q    Any problems with tardiness?

13        A    No, don't recall that.

14        Q    Do you think she worked hard?

15        A    I think she was very good at

16   specific assignments that she was given.

17        Q    Were you aware that she had filed

18   a desk audit on the position,

19   Ms. Blackledge?

20        A    On?

21        Q    Her --

22        A    On this -- on which, this -- this

23   CSS III position?

FREEDOM COURT REPORTING

Page 121

```
 1        Q    Do you recall Ms. Blackledge

 2   filing an internal complaint about her job

 3   duties?

 4        A    I remember her probably writing

 5   and perhaps talking to me on more than one

 6   occasion about her job duties and about, you

 7   know, wanting find a way to get a promotion.

 8        Q    Do you have an opinion one way or

 9   the other why she wasn't promoted?

10        A    There's availability of jobs for

11   one thing.  There's changing -- changing

12   responsibilities for Community Services for

13   another, there's caps that are put on

14   hiring.  There are just a number of factors

15   that go into whether you're able to make any

16   kind of personnel changes at any given time.

17             (Whereupon Plaintiff's

18        Exhibit Number 17 was marked and

19        attached to the deposition.)

20   BY MR. WILSON

21        Q    I was asking you about an

22   internal complaint that Ms. Blackledge made

23   about her job responsibilities.  I'm going
```

```
 1    to mark this as Plaintiff's Exhibit 17,

 2    Defendant's Exhibit 10 from yesterday, Bates

 3    stamped 3728.  Does this refresh your

 4    recollection about that internal complaint?

 5         A    Yes.

 6         Q    Do you recall making --

 7         A    Is this dated?

 8         Q    What is it dated?

 9         A    '03.  December of '03.

10         Q    Is there an actual date,

11    December?

12         A    Yeah, date it was submitted.

13         Q    December 15th 2003?

14         A    Uh-huh.

15         Q    This was around the same

16    time where Mickey Groggle --

17         A    Yes.

18         Q    Let me finish.  This was around

19    the same time Mickey Groggle was given the

20    CSS III position, correct?

21         A    Uh-huh.

22         Q    And do you remember some

23    correspondence back and forth to
```

1    Ms. Blackledge about that complaint?

2         A    I don't remember it, but there

3    would have been.  This would have initiated

4    a response.

5             (Whereupon Plaintiff's

6         Exhibit Number 18 was marked and

7         attached to the deposition.)

8    BY MS. TARVER

9         Q    Is this a response that you gave

10   to Ms. Blackledge?  Plaintiff's Exhibit 18,

11   Defendant's Exhibit 11 from yesterday.

12        A    Okay.

13        Q    Is that a response to the

14   internal complaint?

15        A    Yes.

16             (Whereupon Plaintiff's

17        Exhibit Number 19 was marked and

18        attached to the deposition.)

19   BY MR. WILSON

20        Q    This is Plaintiff's Exhibit 19,

21   Defendant's Exhibit 12 from yesterday.

22   Exhibit 18 was from December 17th and this

23   is dated December 18th, a letter from

Page 130

1    been unusual for a position to be taken out

2    of the mix, just taken out of the budget.

3        Q    So --

4        A    I don't know if that happened but

5    that could happen.

6        Q    Okay.  So a position that you

7    spent approximately a year to try to open

8    this CSS III position, approximately a year,

9    sometime late '02 until it was -- until

10   Ms. Groggel received the position in late

11   '03, that position could just disappear

12   after two months?

13       A    It could have been pulled, it

14   could have been transferred to another part

15   of the state that needed it, it could have

16   been unbudgeted.  A number of things can

17   happen to a vacant position to cause it to

18   exist.  I don't know if that happened, but

19   that -- that is not unusual for that to

20   happen.

21       Q    And if that's the case, when a

22   position just disappears, do you try to find

23   another position for that employee?

Page 131

1      A    The positions are not usually for

2   an employee, it's for a function.  In other

3   words, it's like -- let me give you an

4   example.  We were talking about the

5   reallocation to try to get Winifred

6   reclassified, if that had happened, whatever

7   she went from would have ceased to exist.

8   You would lose a position by doing that.

9       So positions, you know, can be utilized

10  different places for different things and

11  moved around the state.  So I, personally,

12  don't recall what happened to that CSS III

13  position.

14      Q    Do you recall anybody being in

15  that CSS III position after it was vacated

16  by Ms. Groggel?

17      A    I don't.

18      Q    Did you try to help Ms. Groggel

19  get another position sometime around this

20  time period in April or early 2004?

21      A    Ms. Groggel?

22      Q    Yes.

23      A    I don't remember doing that, but

FREEDOM COURT REPORTING

Page 132

1    I remember actually trying to help every one

2    of those people on that list find something.

3              (Whereupon Plaintiff's

4         Exhibit Number 23 was marked and

5         attached to the deposition.)

6         Q    And this is Plaintiff's Exhibit

7    23, Defendant's Exhibit 7 from yesterday,

8    Bates stamped 1491.  I'm just trying to get

9    some type of day order here.  This is

10   April 15th, 2004, an interview assessment

11   for a Planning and Quality Assurance

12   Specialist II position.  There were two

13   applicants:  Ms. Groggel and Ms. Blackledge.

14   Do you remember that position being opened

15   at this time period?

16              MS. TARVER:  Object to the form.

17        A    I honestly -- I truly don't

18   remember it.

19              (Whereupon Plaintiff's

20        Exhibit Number 24 was marked and

21        attached to the deposition.)

22   BY MR. WILSON

23        Q    This was Plaintiff's Exhibit 8

FREEDOM COURT REPORTING

Page 132

1    I remember actually trying to help every one

2    of those people on that list find something.

3            (Whereupon Plaintiff's

4        Exhibit Number 23 was marked and

5        attached to the deposition.)

6        Q    And this is Plaintiff's Exhibit

7    23, Defendant's Exhibit 7 from yesterday,

8    Bates stamped 1491.  I'm just trying to get

9    some type of day order here.  This is

10   April 15th, 2004, an interview assessment

11   for a Planning and Quality Assurance

12   Specialist II position.  There were two

13   applicants:  Ms. Groggel and Ms. Blackledge.

14   Do you remember that position being opened

15   at this time period?

16            MS. TARVER:  Object to the form.

17       A    I honestly -- I truly don't

18   remember it.

19            (Whereupon Plaintiff's

20       Exhibit Number 24 was marked and

21       attached to the deposition.)

22   BY MR. WILSON

23       Q    This was Plaintiff's Exhibit 8

1    from yesterday and Plaintiff's Exhibit 24

2    today.  This is dated February 20th, 2004.

3    A letter to Fordyce Mitchell and Henry Ervin

4    from Susan Stuardi.  My question first of

5    all, do you remember drafting this document.

6         A    Yes.  Uh-huh.

7         Q    Why did you draft that document?

8         A    I can't remember why I was aware,

9    but I do know that there was a possibility

10   of that CSS III being vacated and the second

11   person -- the second person on our interview

12   list, if it hadn't been too long, they could

13   go back to the last round for the CSS III

14   and see whether they could move anybody into

15   it.  And, like I said, another person who

16   was getting ready to lose their job, because

17   they were being phased out.

18        Q    Okay.  And who is the person

19   you're talking about was about to lose their

20   job?

21        A    That would have been Kathi Allen

22   who was being phased out as Brewer closed.

23        Q    So you knew Kathi Allen's

Page 134

 1    position was about to be closed and you

 2    wanted to help her find a new position?

 3          A    Sure.

 4          Q    And you also knew Mickey Groggel

 5    was about to vacate that CSS III position,

 6    correct?

 7          A    Obviously, I had heard about

 8    that.

 9          Q    And what you were just talking

10    about, you could go back and look at

11    something, are you talking about the

12    interview list?

13          A    Yes.  I was asking whether or not

14    we could go to the second choice on that

15    list and be able to have her move into that

16    position or be reclassified into that

17    position.

18          Q    But she wasn't, was she?

19          A    No.

20          Q    Why is that?

21          A    I don't remember exactly what

22    happened.  I don't know if she got

23    transferred or they just didn't do anything

FREEDOM COURT REPORTING

Page 135

1    in time, the time ran out.

2        Q    So is it fair to say you wanted

3    to keep that CSS III position open?

4        A    I would like to have done that,

5    yeah.

6        Q    And you also knew that

7    Ms. Blackledge wanted a CSS III position,

8    correct?

9        A    I also knew that Ms. Blackledge

10   wasn't at risk of losing her job right away.

11       Q    I'm sorry, will you answer the

12   question.

13       A    Yes.

14       Q    You also knew that Ms. Blackledge

15   was interested in the CSS III position,

16   correct?

17       A    Yes.

18       Q    And you also testified earlier

19   that you thought Ms. Blackledge was

20   qualified to do the job, correct?

21       A    I said she could learn to do the

22   job.

23       Q    Okay.  And you wanted to help

Page 147

1    after the fact, but I don't know -- I don't

2    know that that was a factor in her decision

3    to leave.  I think she may have been forced

4    to transfer and couldn't.  You know, there

5    were a number of people who were given only

6    one choice, to transfer to Tuscaloosa or

7    you're out of a job, and there were just a

8    lot who couldn't do that?

9         Q    Did you discuss with Kathi Allen,

10   the possibility of moving to the CSS III

11   position?

12        A    I don't remember talking to her

13   about it.

14             (Whereupon, Defendant's

15             Exhibit Numbers 25, 26, 27, 28,

16             and 29 were marked and attached

17             to the deposition.)

18   BY MR. WILSON

19        Q    Real quick, I'm just going to

20   introduce these.  Plaintiff's Exhibit 25,

21   26, 27, 28 and 29, these are five

22   performance appraisals it looks like you

23   signed off on for Ms. Blackledge.  Exhibit

Page 148

1    25 is for the year 2000.  Looks like you

2    gave her a 36.2, which exceeds standards, is

3    that correct?

4         A    Yes.

5         Q    And is that what that is, a

6    performance appraisal --

7         A    Yes.

8         Q    -- that you signed off on

9    Ms. Blackledge?

10        A    Yes, uh-huh.

11        Q    This is the same for looks like

12   2001, Plaintiff's Exhibit 26.  She had a

13   score of 36.2 is that correct?

14        A    Yes.

15        Q    And for the year 2002, looks like

16   the same thing with the same score, is that

17   correct?

18        A    Yes.

19        Q    And for the year 2002, same

20   score, is that correct?

21        A    Yes.

22        Q    And, finally, the last one that I

23   have from 2003 -- for the year 2003,

Page 149

1    Plaintiff's Exhibit 29, the same score,

2    36.2, correct?

3         A    Uh-huh.

4         Q    And that probably would have been

5    the last one you did since you left that

6    year in '04?

7         A    Right.

8         Q    So Ms. Blackledge, all the

9    performance appraisals that we know of that

10   you did on her exceeded standards, correct?

11        A    Correct.

12        Q    No performance appraisals were

13   below standards at all, correct?

14        A    That is correct.

15        Q    Is 36.2 a good score?  Yes?

16        A    Yes.  That's a fine score.

17        Q    And were you aware of

18   Ms. Blackledge filing an EEOC charge while

19   you were employed with the department?

20        A    I'm not sure.  I honestly am not.

21   You brought back to my mind the other things

22   that we did with trying to get her

23   reclassification, desk audit, and so on, but