FREEDOM COURT REPORTING

Page 16

```
 1        Q    What role do you play in the

 2   opening of positions?

 3        A    Depends on where the position is.

 4        Q    Let's say, for example, when

 5   positions come open in Region III, do you

 6   play a role in how those positions come

 7   open?

 8        A    A very limited role.

 9        Q    Can you describe for me what that

10   limited role is?

11        A    The limited role is there are

12   only individuals or certain positions within

13   the department that have appointing

14   authority, and in Community Services, there

15   is no one with that authority, so that if a

16   position becomes vacant and there is a

17   request to fill that position, then I sign

18   as the appointing authority.  No more than

19   that.

20        Q    Would that go for any position in

21   Region III, for example?

22        A    Any region?  Any Community

23   Services area it's no appointing authority
```

FREEDOM COURT REPORTING

1    within Community Services, and, therefore,

2    if a position is requested to be filled, as

3    the appointing authority, I sign for it to

4    be filled.  No more than that.

5         Q    So just trying to be clear here,

6    if there's a position available, you sign

7    off and say it's okay for that position to

8    be filled?

9         A    Correct.

10        Q    Do you play any role in

11   eliminating positions or creating new

12   positions?

13        A    Anything that requires appointing

14   authority, that is correct.

15        Q    And what do you mean by

16   appointing authority?

17        A    The system in the department is

18   that only a restricted number of individuals

19   have that authority.  Facility Directors

20   have that authority and the Associate

21   Directors have that authority and the

22   Commissioner, naturally.  Nobody else has

23   it.  So that any position that is filled,

1    any position that's created, has to have the

2    associate's appointing authority and the

3    Commissioner, if it's a new position,

4    Commissioner's signature.

5        Q    Okay.  And by appointing, I guess

6    I'm trying to narrow that down, what do you

7    mean by appointing?

8        A    If a position becomes available

9    in Community Services where there is no

10   appointing authority, by the definition that

11   the department has established, someone with

12   that authority has to sign it to fill the

13   position.

14       Q    So what, are we talking about

15   positions that maybe there's an interview

16   process and there's a selection process?

17       A    All positions have an interview

18   process.

19       Q    Do you play any role in the

20   interview process?

21       A    For?

22       Q    For example, for so positions in

23   Region III?

FREEDOM COURT REPORTING

Page 36

1    Ms. Blackledge's complaints about her

2    performance appraisal?

3         A    Don't remember that I did.

4         Q    You don't recall talking to Mr.

5    Ervin or anyone --

6         A    He didn't ask me a question.

7         Q    This is another one, Plaintiff's

8    57, also copied to you.

9         A    The subject matter I do remember,

10   but the subject matter appears to be the

11   same for the two.

12        Q    Okay.  Also discussing the

13   performance appraisal?

14        A    Yes.  As I said, whether I

15   received both of them, the subject matter is

16   in both.  Okay.

17        Q    And does the same thing apply,

18   you would send those to your secretary just

19   to file?

20        A    Correct.

21        Q    Okay.  Were you aware also that

22   Ms. Blackledge had filed an EEOC complaint?

23        A    I think the legal office did make

1    me aware of that.

2          Q    Do you remember when you were

3    made aware of that?

4          A    No.

5          Q    Let's see if we can get some type

6    of idea.  If it was filed in maybe April of

7    2004, do you know if they notified you

8    sometime soon after that, or was it more

9    recently?

10         A    I don't remember.

11         Q    You can't give me an estimate?

12   Was it within the last six months?

13         A    No, I don't remember.

14         Q    Okay.  And what did the legal

15   department -- well, sorry.  Were you also

16   made aware that she had filed a lawsuit

17   against the department?

18         A    Yes.

19         Q    Do you remember when you were

20   made aware of that?

21         A    No.

22         Q    I'm going to jump back in to what

23   we were talking about earlier, about job

FREEDOM COURT REPORTING

```
 1        Q     Do you recall playing any role in
 2   that position being opened?
 3        A     As the appointing authority, yes.
 4        Q     And do you know if someone was in
 5   that position prior to it being opened, or
 6   was this a newly created position?
 7        A     I don't think anybody was in that
 8   position before.  But that's -- my memory
 9   may not be good.
10        Q     Well, that's all we've got.
11   That's fine.  That's all I'm asking about is
12   what you remember.  So do you remember who
13   received that position?
14        A     There are two Quality Assurance
15   positions in -- there are three in Region
16   III, so you would have to give me the
17   answer.  There are three Quality Assurance
18   positions.
19             (Whereupon Plaintiff's
20        Exhibit Number 69 was marked and
21        attached to the deposition.)
22   BY MR. WILSON
23        Q     Okay.  This is Plaintiff's
```

1    Exhibit 69, stating Daphne Rosalis received

2    that position.

3          A    Okay.

4          Q    Does that help?

5          A    That's fine.

6          Q    Do you know Ms. Rosalis?

7          A    Yes.

8          Q    She's a white employee, correct?

9          A    She's a female of Caucasian race,

10   that's correct.

11         Q    Did you play any role in her

12   selection to that position?

13         A    A distant role.  First of all, I

14   signed, as the appointing authority, for it

15   to be filled.  As any of my executive staff

16   do as they are beginning to fill positions

17   or have interviewed to fill them, during our

18   weekly conversation, we probably talked

19   about it.  If you're saying did I have a

20   hand in it, no.

21         Q    Who is B.C. Farnum?

22         A    Who is B.C. Farnum.  A professor

23   at Troy State University.

FREEDOM COURT REPORTING

1        Q    Did he used to work here?

2        A    Yes.

3        Q    For the -- he used to work for

4    the department?

5        A    Correct.

6        Q    Do you know when he left?

7        A    No.

8        Q    Do you know what his position was

9    when he left?

10       A    Yes.

11       Q    What was his position?

12       A    Director of Quality Enhancement.

13            (Whereupon Plaintiff's

14       Exhibit Number 70 was marked and

15       attached to the deposition.)

16    BY MR. WILSON

17       Q    I will go ahead and mark this.

18    I'm kind of jumping around a little bit, but

19    this Plaintiff's Exhibit 70 is a interview

20    assessment for that Planning and Quality

21    Assurance position, and let me just ask you

22    if you've seen a document like this before?

23       A    Seen a document like that?

Page 42

1        Q     Sure.

2        A     Yes.

3        Q     And can you tell me what that

4   document is?

5        A     It's a summary that Personnel

6   would do for a position during -- at the end

7   of an interview process.

8        Q     And there's scoring involved in

9   that?

10       A     Correct.

11       Q     If you would, let me finish.   In

12   that interview process, correct?

13       A     Correct.

14       Q     And do you know -- do you know if

15   the scoring is based solely on interviews?

16       A     Well, I know it would be no way

17   for me to know that.

18       Q     Well, let's just take for an

19   example, B.C. Farnum grades Yolanda Thomas

20   with a 25.  Do you know what that 25 is

21   based on?

22       A     Do I personally no, no.

23

FREEDOM COURT REPORTING

```
 1              (Whereupon Plaintiff's

 2          Exhibit Number 71 was marked and

 3          attached to the deposition.)

 4   BY MR. WILSON

 5        Q    Okay.  This is Plaintiff's

 6   Exhibit 71, essential job functions for

 7   Planning and Quality Assurance Specialist II

 8   at Brewer.  I will ask first if you've seen

 9   this document before.

10              MR. TARVER:  Let me look at this

11              one, because I don't know if I've

12              seen it either.

13        A    I was going to say I don't know.

14              MR. TARVER:  I may have.  I don't

15              know.

16        A    Yeah, I don't know.

17              MR. TARVER:  I guess we have.  We

18              sent this one to you.

19        A    Well, then it would be in the

20   book that you gave me.

21              MR. TARVER:  Okay.

22        A    I don't remember reading it even

23   in the book.
```

FREEDOM COURT REPORTING

Page 44

1          Q    Okay.  Can you tell me what that

2     document is?

3          A    I think during an interview,

4     Personnel puts together something like this

5     for every position and at some point during

6     the interview, they give it to the

7     candidate.

8          Q    Okay.

9          A    So, I, personally, until the book

10    may not have seen this.

11         Q    You didn't play any role in

12    drafting it?

13         A    No, Personnel does that.

14              (Whereupon Plaintiff's

15         Exhibit Number 72 was marked and

16         attached to the deposition.)

17    BY MR. WILSON

18         Q    And this is Plaintiff's Exhibit

19    72.  I will just ask first if you've seen

20    that document before?

21         A    Only in the book.

22         Q    Okay.

23         A    No.  I haven't seen one that has

1    the names like that, no.

2        Q    What do you mean "names like

3    that"?

4        A    Well, there's a crossout, I don't

5    remember seeing one that has any crossed out

6    like that.

7        Q    Okay.  But you recall seeing just

8    the names listed?

9        A    Just the names listed, and I

10   don't know that it had race on it.

11       Q    Does that one list race on them?

12       A    Right.  I take it that's what

13   that represents.

14       Q    And by that you mean the BF --

15       A    Right.

16       Q    Just let me finish.  That would,

17   in your belief, refer to black female or

18   white female if it's WF or black male if

19   it's BM?

20       A    Well, that's what it looked like

21   to me.

22       Q    Looks like that to me, also.

23       A    Okay.

FREEDOM COURT REPORTING

Page 46

1         Q     Do you have any idea why that's

2    listed on there?

3         A     No.

4         Q     In the interrogatories that were

5    provided by the department that we

6    requested, you were listed as a person

7    responsible for opening that Planning and

8    Quality Assurance II position?

9         A     Appointing authority.

10        Q     Okay.  It lists you and B.C.

11   Farnum.  Did you and Mr. Farnum work

12   together on opening that position at all?

13        A     Mr. Farnum worked in my office.

14   He was a direct support.  No one in the

15   Developmental or Division of Retardation,

16   except the Director of Partlow and myself,

17   have appointing authority.  All positions

18   have to go through one or the other.

19        Q     So would you say you're not a

20   person responsible for opening that

21   position?

22              MR. TARVER:  Object to the form.

23        A     As the appointing authority, I

FREEDOM COURT REPORTING

Page 47

1    had to open the position, that's correct.

2         Q    I don't know if that was an

3    answer.  I'm just -- were you -- someone had

4    had to be responsible for opening the

5    position.  Is that you?

6         A    As appointing authority, I opened

7    the position.

8         Q    Is that -- I'm just not getting

9    an answer.

10        A    I'm not sure then what you want.

11        Q    I'm just wondering were you

12   responsible for the opening, was Mr. Farnum

13   responsible, was somebody else above you

14   responsible?

15             MR. TARVER:  Object to the form.

16        A    Mr. Farnum did not have

17   appointing authority.  In order to open the

18   position, someone in appointing authority

19   has to open the position, has to sign to

20   open the position.

21        Q    And did you have to talk to

22   someone in a position above you about

23   opening that position?

FREEDOM COURT REPORTING

1        Q     The interrogatories say that the

2   panel made a recommendation to you about

3   that position.  Do you recall that?

4        A     The panel didn't.  Mr. Farnum

5   probably in a regularly scheduled weekly

6   meeting said, "We interviewed it, this is

7   the results, the panel."  That's just the

8   way administration works.  You know, you

9   have a meeting with your staff before they

10  go about hiring somebody, they would have

11  discussed it with me.  That's normal

12  everyday activity.

13       Q     And then who makes that decision?

14       A     They make the decision if I agree

15  with -- I mean, you know, they tell me and I

16  don't disagree with them, they make the

17  decision.

18       Q     In this instance Mr. Farnum --

19       A     Would have made the decision.

20       Q     He made a recommendation to you

21  and you approved it?

22       A     I don't do anything formal, if

23  that's what you're asking.

Page 53

```
 1        Q     Okay.

 2        A     After I sign the request to fill

 3   as the appointing authority, I don't make

 4   any formal --

 5        Q     So for this Planning and Quality

 6   Assurance II position, Mr. Farnum made the

 7   decision to hire Ms. Daphne reRosalis?

 8              MR. TARVER:  Object to the form.

 9        A     He -- yeah.  Yeah, essentially.

10   She reports to him.

11        Q     Do you recall if he discussed

12   anything about Ms. Rosalis with you?

13        A     As a part of our weekly meetings

14   before he hired someone, he would have, yes.

15   He would have discussed that.

16        Q     And do you remember him

17   discussing anything about his reasons for

18   selecting her?

19        A     No, I don't remember that.

20        Q     Do you remember discussing her

21   credentials or anything?

22        A     He may have.  I don't remember.

23   I'm not going to say that he didn't and are
```

```
1        Q    Okay.

2        A    After I sign the request to fill

3   as the appointing authority, I don't make

4   any formal --

5        Q    So for this Planning and Quality

6   Assurance II position, Mr. Farnum made the

7   decision to hire Ms. Daphne reRosalis?

8             MR. TARVER:  Object to the form.

9        A    He -- yeah.  Yeah, essentially.

10  She reports to him.

11       Q    Do you recall if he discussed

12  anything about Ms. Rosalis with you?

13       A    As a part of our weekly meetings

14  before he hired someone, he would have, yes.

15  He would have discussed that.

16       Q    And do you remember him

17  discussing anything about his reasons for

18  selecting her?

19       A    No, I don't remember that.

20       Q    Do you remember discussing her

21  credentials or anything?

22       A    He may have.  I don't remember.

23  I'm not going to say that he didn't and are
```

FREEDOM COURT REPORTING

Page 54

1    not going to say he did.

2        Q    You don't remember one way or the

3    other?

4        A    Correct.

5             (Whereupon Plaintiff's

6        Exhibit Number 73 was marked and

7        attached to the deposition.)

8    BY MR. WILSON

9        Q    So we have some sort of order

10   here, this is Plaintiff's Exhibit 73.  This

11   appears to be Ms. Daphne Rosalis' resume,

12   and I will just ask you if you've ever seen

13   that before?

14       A    The most recent was in the book

15   they prepared for me.

16       Q    Okay.  You don't recall seeing

17   that back when Mr. Farnum was discussing the

18   position?

19       A    I don't remember that I did.

20       Q    Don't know one way or the other?

21       A    I don't remember one way or the

22   other.

23

FREEDOM COURT REPORTING

Page 55

```
 1              (Whereupon Plaintiff's

 2         Exhibit Number 74 was marked and

 3         attached to the deposition.)

 4   BY MR. WILSON

 5         Q    This is Plaintiff's Exhibit 74.

 6   I'll just ask if you know what this document

 7   is.

 8         A    What it is?

 9         Q    Yes.

10         A    It says it's an applicant

11   evaluation form.

12         Q    Are you familiar with those

13   documents?

14         A    Yeah.  I've seen one.  Usually,

15   we don't get them.

16         Q    Is that just something, to your

17   knowledge, an employee would fill out if

18   they were applying for a position?

19         A    No, personnel does this.  It's a

20   Personnel worksheet.

21         Q    So Personnel filled that on an

22   applicant?

23         A    Correct.
```

FREEDOM COURT REPORTING

Page 56

1        Q    I'm asking you if you know is it

2    common to ask applicants about if they've

3    been convicted of a felony?

4        A    Yes.  It's on the application.

5        Q    Okay.  If you will speak up?

6            MR. TARVER:  She's asking me and

7            I'm not answering.

8        A    He's wasn't answering.  I'm sure

9    it's on the application blank.

10       Q    Just from now on, no

11    conversations.  If you want to take a break,

12    that's fine, just let me know.  It gets

13    confusing when we're muttering stuff under

14    our breath.

15       A    I do that frequently, I'm an old

16    lady.

17       Q    I do too.

18       A    You're a young man.

19            (Whereupon Plaintiff's

20            Exhibit Number 75 was marked and

21            attached to the deposition.)

22    BY MR. WILSON

23       Q    This is Plaintiff's Exhibit 75.

Page 57

1    The question is asking if you've ever been

2    convicted of a felony or other law

3    violations, other than minor traffic

4    violations.  And this was given with

5    Mr. Rosalis' documents, although it doesn't

6    have her name on here.  Says she pled no

7    contest to first offense DUI on 2/7/2000.

8    I'm just trying to figure out if this is

9    something -- a document that's normally

10   given to an employee to fill out.  Do you

11   know?

12        A    On the -- on the application --

13   the department application, there is the

14   question.  I don't know what this sheet of

15   paper is.

16        Q    Okay.

17        A    Okay.

18        Q    And do you remember if Mr. Farnum

19   discussed anything with you about

20   Ms. Rosalis having a DUI?

21        A    First time I saw this was in the

22   packet that was provided to me.

23

FREEDOM COURT REPORTING

1           (Whereupon Plaintiff's

2       Exhibit Number 76 was marked and

3       attached to the deposition.)

4   BY MR. WILSON

5       Q    Okay.  This is Plaintiff's

6   Exhibit 76, and I'm just going to include

7   this because I think it goes with

8   Ms. Rosalis' information.  I'll ask if

9   you've seen it.

10      A    Are you asking me a question?

11      Q    Have you seen that before?

12      A    In the packet that was provided

13  to me.

14      Q    Okay.  Let's take a quick break.

15    (Whereupon, a short break was taken.)

16  BY MR. WILSON

17      Q    Are you aware that the Planning

18  and Quality Assurance II position that we've

19  been discussing is part of this lawsuit

20  Ms. Blackledge has filed?

21      A    Uh-huh.

22      Q    You are aware?

23      A    Yes.

```
1          Q     Ms. Blackledge has also filed a

2     lawsuit about a Community Services

3     Specialist III position that was opened in

4     2003.  Do you know anything about the

5     opening of that position?

6          A     Only that I would have had to

7     sign as the appointing authority.

8          Q     The same duties you discussed

9     with the other position?

10         A     That's correct.

11         Q     And, again, interrogatories

12    you're listed as one of the persons

13    responsible for opening the position, along

14    with Susan Stuardi and Fordyce Mitchell.

15    This position, do you recall if it was on

16    the staffing plan at the time it was open?

17         A     I don't know that.  I don't

18    remember that one way or the other.

19         Q     Do you recall if anyone had that

20    position prior to it being opened?

21         A     That, I don't know.

22         Q     Don't know?

23         A     No.
```

FREEDOM COURT REPORTING

Page 60

1          Q     Do you recall having any

2     discussions with Ms. Susan Stuardi about

3     opening that position?

4          A     I don't remember that specific

5     position.  She had at some point asked me

6     had I signed as a appointing authority for a

7     position, but I don't remember that it was

8     this specific position.

9                (Whereupon Plaintiff's

10          Exhibit Number 77 was marked and

11          attached to the deposition.)

12    BY MR. WILSON

13         Q     This is Plaintiff's Exhibit 77.

14    This was part of the documents that was

15    given to me Tuesday, I believe, that we had

16    requested.  This is an E-mail from Ms. Susan

17    Stuardi to you with a copy to Mr. Mitchell.

18    Let me ask you if you remember seeing this

19    document, Plaintiff's Exhibit 77, this

20    E-mail?

21         A     I don't recall.  As I indicated,

22    there was a position she called and asked me

23    if, indeed, I had signed the appointing

FREEDOM COURT REPORTING

1    authority.

2        Q    She seems to be discussing trying

3    to open the CSS III position, is that

4    correct?

5        A    Does it say that?  CSS III

6    position is what she's asking about.

7        Q    And does she seem to be asking

8    about opening that position?

9        A    Yes, she seems to be asking.

10       Q    About opening it?

11       A    Yes.

12       Q    And do you know -- why do you

13   believe she sent that to you?

14       A    Why do I believe she sent it to

15   me?  Because I'm the appointing authority.

16       Q    Okay.  And do you remember any

17   actions you took after receiving that

18   E-mail?

19       A    No.

20       Q    Can we tell from that then that

21   nobody was in that CSS III position at that

22   time of the E-mail?

23       A    Can we tell from that?  "This is

Page 62

1    a position we've been trying to process"

2              MR. WILSON:  I object to the

3              form, because I didn't get

4              question.  I'm sorry.

5         A    Based on the memo, it sounds like

6    she was asking to fill a position that was

7    open.

8         Q    Do you know what she means by

9    this second sentence here:  "I plan to use

10   this as a promotional position"?

11        A    You would have to ask her about

12   that.

13        Q    Do you know what a promotional

14   position is?

15        A    There is no such thing in this

16   department.

17        Q    So was she not following

18   procedures by using it as a promotional

19   position?

20             MR. TARVER:  Object to the form.

21        A    As far as I know, there is no

22   such thing as a promotional.  There is an

23   opportunity for people to apply for higher

Page 63

1    level positions.  Now, that's my

2    understanding.

3         Q    Do you have any idea what she's

4    talking about in the second paragraph where

5    she says "for the vacancy, which will be

6    created"?  Let me ask about that first.  Do

7    you know about the vacancy that will be

8    created?

9         A    Okay.  Now what's your question?

10        Q    Do you know what she means by

11   saying "for the vacancy that will be

12   created," what's the vacancy that will be

13   created?

14        A    I don't know what she was saying.

15        Q    What is the OP plan?

16        A    Well, OP is operation.  That's

17   the abbreviation.

18        Q    Do you remember being involved in

19   opening this position?  She's asking here,

20   "Your help is appreciated," at the end.

21        A    She wanted me to sign as the

22   appointing authority.  That's what she

23   wanted.

Page 64

1        Q    So Susan was the one making the

2    decisions on this job, the CSS III job?

3        A    Correct.

4        Q    And do you remember having any

5    discussions with her about this CSS III --

6        A    She was annoyed.

7        Q    Let me finish.  Go ahead.

8        A    She was annoyed that I had not

9    signed the appointing authority document.  I

10   told you that.  I didn't remember which one.

11   I knew that she was annoyed at me because I

12   had not signed something.

13       Q    And do you think it was this CSS

14   III position?

15       A    Evidently, based on this memo.

16       Q    Do you know why she was annoyed

17   or why do you believe she was annoyed?

18       A    Because I hadn't signed it.

19       Q    And why hadn't you signed it?

20       A    During that time we were in the

21   process of several major activities within

22   the department.  It may be that I just

23   didn't get to it.

Page 59

1        Q    Ms. Blackledge has also filed a

2    lawsuit about a Community Services

3    Specialist III position that was opened in

4    2003.  Do you know anything about the

5    opening of that position?

6        A    Only that I would have had to

7    sign as the appointing authority.

8        Q    The same duties you discussed

9    with the other position?

10       A    That's correct.

11       Q    And, again, interrogatories

12   you're listed as one of the persons

13   responsible for opening the position, along

14   with Susan Stuardi and Fordyce Mitchell.

15   This position, do you recall if it was on

16   the staffing plan at the time it was open?

17       A    I don't know that.  I don't

18   remember that one way or the other.

19       Q    Do you recall if anyone had that

20   position prior to it being opened?

21       A    That, I don't know.

22       Q    Don't know?

23       A    No.

FREEDOM COURT REPORTING

Page 60

1        Q    Do you recall having any

2    discussions with Ms. Susan Stuardi about

3    opening that position?

4        A    I don't remember that specific

5    position.  She had at some point asked me

6    had I signed as a appointing authority for a

7    position, but I don't remember that it was

8    this specific position.

9                (Whereupon Plaintiff's

10        Exhibit Number 77 was marked and

11        attached to the deposition.)

12   BY MR. WILSON

13        Q    This is Plaintiff's Exhibit 77.

14   This was part of the documents that was

15   given to me Tuesday, I believe, that we had

16   requested.  This is an E-mail from Ms. Susan

17   Stuardi to you with a copy to Mr. Mitchell.

18   Let me ask you if you remember seeing this

19   document, Plaintiff's Exhibit 77, this

20   E-mail?

21        A    I don't recall.  As I indicated,

22   there was a position she called and asked me

23   if, indeed, I had signed the appointing

FREEDOM COURT REPORTING

1    authority.

2        Q    She seems to be discussing trying

3    to open the CSS III position, is that

4    correct?

5        A    Does it say that?  CSS III

6    position is what she's asking about.

7        Q    And does she seem to be asking

8    about opening that position?

9        A    Yes, she seems to be asking.

10       Q    About opening it?

11       A    Yes.

12       Q    And do you know -- why do you

13   believe she sent that to you?

14       A    Why do I believe she sent it to

15   me?  Because I'm the appointing authority.

16       Q    Okay.  And do you remember any

17   actions you took after receiving that

18   E-mail?

19       A    No.

20       Q    Can we tell from that then that

21   nobody was in that CSS III position at that

22   time of the E-mail?

23       A    Can we tell from that?  "This is

FREEDOM COURT REPORTING

Page 70

1    and the process.

2         Q    And I understand what you're

3    saying, that there's a panel, but what if

4    the person that makes the decision on the

5    job is on that panel?

6         A    It's one person.  One out of

7    four, one out of five.

8         Q    But that person makes the final

9    decision, correct?

10        A    Yeah.  But you look at the

11   panel's decision.

12        Q    But, ultimately, it's their

13   position?

14        A    That's correct.

15        Q    And, ultimately, for the CSS III

16   position, it was Susan Stuardi's decision?

17             MR. TARVER:  Object to the form.

18        Q    I thought that's what you

19   testified to already.

20        A    Within the guidelines of the

21   department, correct.

22        Q    And I thought you testified

23   earlier that Susan Stuardi made the decision

FREEDOM COURT REPORTING

1    person within our division, besides the

2    Facility Director, who can sign quote, "as

3    the appointing authority," but actually it

4    goes to the Commissioner and the

5    Commissioner is the only legal appointing

6    authority for the department.

7         Q    Appointing authority for what?

8         A    For the department.

9              MR. TARVER:  For hiring people.

10             For putting people --

11             THE WITNESS:  Correct.

12             MR. TARVER:  -- in a position

13             except -- if I might?

14             MR. WILSON:  Sure.

15             MR. TARVER:  Just to clarify, as

16             a matter of law in Alabama,

17             there's case law that establishes,

18             besides the Commissioner, that

19             Facility Directors have appointing

20             authority also.  Case law in our

21             statute -- the statute speaks to

22             the Commissioner, the case law

23             speaks to the Commissioner and

Page 78

1          Facility Director, because the

2          Commissioner can delegate the

3          appointing authority.  To my

4          knowledge, and I believe she can

5          speak for herself and you can ask

6          her, I believe what Ms. Wilson is

7          saying, the Commissioner has

8          formally delegated to the

9          Associate Commissioner appointing

10         but they have to sign off for it

11         for the budget out of the division

12         she heads.  So that's what she's

13         referring to when she uses that

14         terms, if that clarifies.

15             MR. WILSON:  Okay.

16             MR. TARVER:  Okay.

17   BY MR. WILSON

18      Q    I may have asked you this, and I

19   apologize.  Did you have any discussions

20   with Mickey Groggel about the CSS III

21   position?

22      A    I wouldn't remember that I did.

23      Q    Are you friends with Ms. Groggel?

FREEDOM COURT REPORTING

```
 1      A     Oh, no.  No.

 2      Q     Did you have any recommendations

 3   as to who should be selected for the CSS III

 4   position?

 5      A     Not that I remember.

 6      Q     So we would have to rely on

 7   Ms. Stuardi and Mr. Mitchell for that,

 8   correct?

 9      A     For the recommendation to fill?

10      Q     Yes.

11      A     Yes.

12      Q     I just want to be clear, because

13   you're listed on the interrogatories that

14   the panel made a recommendation to you for

15   that CSS III position.

16      A     That's not totally correct, the

17   way it's worded.

18      Q     Okay.

19      A     Mr. Mitchell, as the person who

20   reports to me, probably did discuss that

21   with me.

22      Q     But you don't recall?

23      A     I don't recall all the things
```

FREEDOM COURT REPORTING

1    that he and I have discussed.

2         Q    You don't recall specifically

3    talking to him about the CSS III position?

4         A    No, I don't specifically recall

5    that.

6         Q    And you don't recall specifically

7    talking with Ms. Stuardi about the CSS III

8    position?

9         A    I recall that she was annoyed at

10   me about some position.  Based on the memo,

11   it sounds like that was the position she was

12   annoyed at me for not signing off on.

13        Q    But you don't have any

14   recollection about any conversations with

15   Ms. Stuardi about who should be hired for

16   the CSS III position?

17        A    I don't recall.

18        Q    Okay.  Were you aware that a

19   Planning and Quality Assurance II position

20   was opened up in 2004?

21        A    I would have had to be aware.

22        Q    Because you would sign off,

23   correct?