*Only consider masters in Psychology or Special Ed*

**Applicants For
Community Services Specialist III
(Region III/Mobile)
#03-11
Closing – 11/10/03**

1. Chappell, Celestine
no 2. Packer, James L.
3. Allen, Kathi
no 4. Blackledge, Winifred
~~5. Thomas, Yolanda~~ — no masters / no substitution allowed.
~~6. Buckley, Donna~~ — no masters / no substitution allowed
7. Aikens, Edwin
~~8. Aydelette, Rebecca~~ — no masters / no substitution allowed
no 9. Ezell, Melissa
10. Groggel, Mildred
no 11. Williams, Sheritta
~~12. Nettles, Tina~~ — accepted another position

*8 candidates for interview*

PLAINTIFF'S EXHIBIT 12

0391