STATE OF ALABAMA

# DEPARTMENT OF MENTAL HEALTH
# AND MENTAL RETARDATION

RSA UNION BUILDING
100 N. UNION STREET
POST OFFICE BOX 301410
MONTGOMERY, ALABAMA 36130-1410

DON SIEGELMAN
GOVERNOR

KATHY E. SAWYER
COMMISSIONER

## ANNOUNCEMENT OF INTENT TO FILL A NON-MERIT POSITION
## (AN EQUAL OPPORTUNITY EMPLOYER)

**JOB TITLE:** Planning & Quality Assurance Specialist II

**NUMBER:** 02-25

**JOB CODE:** Q2000

**POSITION:** 8823095

**SALARY RANGE:** (74) $32,952 - $49,920

**DATE:** 9/12/02

**JOB LOCATION:** Alabama Department of Mental Health
And Mental Retardation
Albert P. Brewer Center (Region III)
7611 Lake Rd.
So. Building #100
Mobile, Alabama 36605-6001

**QUALIFICATIONS:** Graduation from a four-year college or university supplemented by a Master's degree in Public Health, Special Education, Social Work, or Psychology. Experience (24 months) in working with persons with disabilities.

*Preference may be given to those with experience in evaluating human service programs and work in a community setting. Other directly related education and/or experience may be substituted for all or part of these basic requirements upon approval of the Job Evaluation Committee.*

**NECESSARY SPECIAL QUALIFICATIONS:** *Possession of, or eligibility for, license or certification, if required for the particular discipline.*

**KIND OF WORK:** This is responsible professional work in the planning and/or quality enhancement of mental retardation programs. Employees in this classification are responsible for providing organizational assessments; providing on-site consultation/technical assistance to community-base organizations; assisting in the development of quality enhancement programs; data collection and trend analysis; and assisting community organizations with staff training as it relates to quality enhancement programming. This position will require extensive travel within a specific region.



PLAINTIFF'S EXHIBIT
68

Planning & Quality
Assurance Specialist II (Continued)
#8823095

**KNOWLEDGE, SKILLS, AND ABILITIES:** Knowledge of DMH/MR's standards for Community Programs. Knowledge of state and federal regulations governing programmatic issues for community services. Knowledge of quality enhancement concepts, practices, methods, and models. Competitive candidates will demonstrate a proven ability to articulate and apply theories that relate to "best practices", person-centered planning and outcome planning. Knowledge and abilities that relate to the development, implementation, and evaluation of policies and procedures. Ability to effectively communicate both orally and in writing. Ability to effectively organize, plan and implement work independently. Ability to utilize computer and software programs. Ability to compile, analyze data, and produce summaries and reports. Ability to establish and maintain effective working relationships with various individuals, associates, subordinates, groups, and professionals.

**METHOD OF SELECTION:** Applicants will be rated on the basis of an evaluation of their education, training, and experience and should provide adequate work history identifying experiences related to the duties and minimum qualifications as above mentioned. All relevant information is subject to verification. Drug Screening and Security Clearances will be conducted on prospective applicants being given serious consideration for employment and whose job requires direct contact with clients.

**HOW TO APPLY:** Use an official Application for Professional Employment (Exempt Classification) which may be obtained from this office. Applications should be returned to: _HUMAN RESOURCE MANAGEMENT, DEPARTMENT OF MENTAL HEALTH AND MENTAL RETARDATION, P.O. BOX 301410 RSA UNION BUILDING, 100 NORTH UNION STREET, MONTGOMERY, ALA. 36130 BY September 27, 2002_ in order to be considered for this position.
COPIES OF LICENSE/CERTIFICATIONS SHOULD BE FORWARDED WITH YOUR APPLICATION OR FURNISHED DURING INTERVIEW. *AN OFFICIAL COPY OF ACADEMIC TRANSCRIPTS IS REQUIRED AND MUST BE FORWARDED BY THE COLLEGE OR UNIVERSITY TO THE PERSONNEL DEPARTMENT AT THE ABOVE ADDRESS. DRUG SCREENING MAY BE CONDUCTED ON PROSPECTIVE EMPLOYEES PROVIDING DIRECT SERVICES TO CLIENTS.*

0002