

STATE OF ALABAMA
**DEPARTMENT OF MENTAL HEALTH AND MENTAL RETARDATION**
RSA UNION BUILDING
100 N. UNION STREET
POST OFFICE BOX 301410
MONTGOMERY, ALABAMA 36130-1410



KATHY E. SAWYER
COMMISSIONER

DON SIEGELMAN
GOVERNOR

November 13, 2002

Ms. Daphne D. Rosalis
1285 Fletchersmith Rd.
Apt. #7
Cottonwood, Alabama 36320

Dear Ms. Rosalis:

This letter will serve to confirm your appointment as a Planning & Quality Assurance Specialist II at the Brewer Center with the Dept. of Mental Health and Mental Retardation effective November 18, 2002. *You should report to the Central Personnel Office, (Suite 480) on Monday, November 18, 2002, at 8:00 a.m. and be prepared to complete the forms necessary to begin your employment.* To assist you in completing the required paperwork, please bring your Social Security card and be prepared to designate two beneficiaries for your retirement benefits. You will also be asked to provide the names, addresses, and birth dates of these beneficiaries.

Your rate of pay will be $1540.60 bi-weekly ($40,055.60 annually), Range 74, Step 9. The State of Alabama's payroll system operates two weeks in arrears. Therefore, you will receive your first paycheck on December 13, 2002, for the period of November 18th through November 29th.

You will be given the opportunity to select from the health insurance plans that are offered to our employees. Literature will be available on these plans to aid you in your decision. The Department pays for insurance coverage for employees under either plan. You will also be given the opportunity to enroll your eligible dependents under the plan you select. However, the monthly rate to cover dependents is $164.00 for either plan, regardless of the number of dependents you enroll. Should you choose to cover dependents, this amount will be automatically payroll deducted, normally during the second month of employment for the next month. However, if you desire immediate dependent coverage, you should be prepared to *submit a check or money order made payable to the State Employee's Insurance Board* for a prorated amount to be determined at the time of employment. Someone will be available to discuss insurance with you upon your request.

The State Employees' Insurance Board requires documentation to verify the status of all dependents included in family insurance coverage. Necessary documentation will include:



PLAINTIFF'S EXHIBIT
69

0069

Page 2

(1) marriage certificate, (2) birth certificate, (3) adoption certificate, or (4) guardian order of appointment. Please bring these documents with you to assist us in completing your paperwork should you desire dependent coverage. Someone will be available to discuss insurance with you upon your request. In accordance with the Immigration and Control Act of 1986, it is our policy to hire only United States citizens and aliens lawfully authorized to work in the United States. On the date of your appointment, you will be required to complete a form developed by the U.S. Immigration and Naturalization Service to verify your eligibility such as a U.S. passport, Alien Registration Card (with photograph), **OR** a State issued driver's license, U.S. Military Card **AND** a Social Security card, birth certificate, or unexpired INS Employment Authorization. If you have any questions regarding this matter, please contact the Personnel Office at (334) 242-3112 before the start of work.

In accordance with departmental Personnel regulations you will be required to serve a minimum of six (6) months in a working test period. You will participate in a new employee orientation session which is designed to familiarize you with the Department, its facilities, and the services we provide. This orientation session will be conducted by one member of our Personnel staff and one member of our Human Resource Development staff.

We would like to welcome you to the Department, and we are looking forward to working with you. Please let me know if we may assist you in any way.

Sincerely,

Henry E. Ervin
Director of Human Resources

HEE:MBB

cc:  Employee file
     B.C. Farnham

0070