## Interview Assessments for
## Planning and Quality Assurance Specialist II
### Monday, October 21, 2002

Panelists:  B. C. Farnham, Marilyn Benson, Joe Medours, Alice Widgeon, Jewel Pitts

|  | Yolanda Thomas | Daphne Rosalis | Melissa Ezell | Dianne Brewer | Winfred Blackledge |
|---|---|---|---|---|---|
| B. C. Farnham | 25 | 29 | 14 | 13 | 23 |
| Marilyn Benson | 21 | 22 | 17 | 14 | 21 |
| Joe Medours | 20 | 25 | 14 | 11 | 17 |
| Alice Widgeon | 30 | 32 | 20 | 18 | 26 |
| Jewel Pitts | 19 | 31 | 16 | 16 | 17 |
| Total | 115 | 139 | 81 | 72 | 87 |
| Average | 23 | 27.8 | 16.2 | 14.40 | 17.40 |

**Ranking**

1. Daphne Rosalis        27.8
2. Yolanda Thomas        23
3. Winfred Blackledge    17.40
4. Melissa Ezell         16.20
5. Dianne Brewer         14.40



PLAINTIFF'S EXHIBIT 70

0071