


STATE OF ALABAMA
## DEPARTMENT OF MENTAL HEALTH AND MENTAL RETARDATION

REGION III - RCS
7611 LAKE RD. SO. BLDG 100
MOBILE, ALABAMA 36605-6001
PHONE: (251) 443-1780
FAX: (251) 443-5989

BOB RILEY
GOVERNOR

KATHY E. SAWYER
COMMISSIONER

MEMO

2 – 20 – 2004

TO: FORDYCE MITCHEL, DMR
     HENRY ERVIN, PERSONNEL

FR: SUSAN STUARDI, RCS III

RE: CSS III/ KATHI ALLEN

As I understand it, Kathi's employment with DMH/MR will end on 2/27/04 unless we are able to offer her a position. We would like to move her into the CSS III position that is likely to be vacated by Mickey Groggel.

If there is not time before the 27th to change classifications for Daphne Rosalis (to central office) and Mickey Groggel (to QE), can we extend Kathi's employment as an HTC III for the next few weeks until all of this can be resolved? RCS III does currently have the funds to pick up her salary until these reclassifications are complete.

Please let me know as quickly as possible. Thank you.

