PERS 10/18/90 13:40

# **PERSONNEL INFORMATION**

NAME   Mildred   Thornton   Grossel (Mickey)
       FIRST     MIDDLE     LAST

ADDRESS   1101 Carolina Court
     STREET NAME # & POB#     APT#

CITY   Mobile   STATE   Al   Zip Code   36695

HOME PHONE# 634-4851   2nd line Cell or PGR# 634-1785

SSN#   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

DATE OF BIRTH   3-14-51

PLACE OF BIRTH   Portsmouth   Va.
     CITY     STATE

DATE OF EMPLOYMENT   5-88

PERSON(S) TO NOTIFY IN CASE OF EMERGENCY (OTHER THAN AT YOUR HOME RESIDENCE)

1. NAME   Kathi Allen
   RELATIONSHIP TO YOU   friend
   ADDRESS   Hunters Court
   CITY   Mobile   STATE   Al.
   HOME PHONE# 660-1826   WK# 607-7231

2. NAME   Stephen Clark
   RELATIONSHIP TO YOU   friend
   ADDRESS
   CITY   Eight Mile   STATE   Al.
   HOME PHONE# 452-2358   WK# 421-5704   cell phone

PLAINTIFF'S EXHIBIT
14

Code: _____

State of Alabama Personnel Department
Form 40, August 1980

POSITION CLASSIFICATION QUESTIONNAIRE

1. Employee's Name: Mildred Groggel Barrett
2. Official or Payroll Title: Administrator V
3. Usual Working Title of Position: Program Director
4. Place of Work: Mobile   Tel. No. 633-0400
5. Department: Mental Health/Mental Retardation
6. Division or Bureau: A. P. Brewer Developmental Center
7. Section or Other Unit: Program Services
8. Name & Title of your Immediate Supervisor: Susan Stuardi, Facility Director
9. Position is fulltime __X__ . parttime _____ . permanent __X__ . temporary _____ . seasonal _____ . intermittent _____ .
10. Regular Daily Hours of Work From: 8:00 AM To: 4:30 PM  Regular Days Off Each Week: Saturday & Sunday   Total Hours Per Week: 40
11. If you are a supervisor, give the name and payroll titles of employees you supervise directly, if five or fewer. If you supervise more than five employees, give the number under each title. If you supervise one or more units, give the name of each unit and unit head and the number of employees in each unit by title.

12. Describe below in detail the work you do. Use your own words and write your description so that persons unfamiliar with your work can understand exactly what you do. Indicate if your assignments change over a year's time; e.g., winter duties, summer duties, etc.

| TIME | WORK PERFORMED |
|---|---|
| See Instructions | This is a highly responsible position which requires current knowledge of DMH/MR policies and procedures, extensive familiarity with Title XIX standards, ACDD standards, systems planning, problem solving and program development.

Duties will include but not be limited to:

1. Design, create and improve programmatic services necessary for the active treatment/habilitation of clients.

2. Design and implement a monitoring process for the active treatment system through:
   a. Assessment and planning processes.
   b. Implementation of training objectives and delivery of services in all areas.
   c. Data collection, documentation and reporting of progress in all areas.
   d. Modification of plans and services to meet changing needs.

3. Design a staff feedback system including monitoring tools.

4. Conduct in-service for staff in training methods and clinical priorities.

5. Coordinate with all service areas/departments to promote systems/process improvements which will impact active treatment.

6. Work with assigned areas to ensure compliance on standards for Title XIX, UR, DMH/MR Policies, Court Guidelines and other regulations applicable to the Center. |

13. [illegible] ...  __In-service by supervisor, personnel and Human Resources Department on relevant job related topics__ as needed; and center policies.

14. How is your work reviewed? (E.g., in detail, checked by another person, accepted as final). __Work is reviewed and approved by Facility Director.__

15. Describe your contacts with other departments, outside organizations, and the general public. __Inter-action with all professional staff.__

16. List any machines, tools, & equipment you use regularly in your work and the percent of time spent operating each.
    N/A

17. Do you receive any maintenance benefits in addition to your cash salary? Room ( ). Meals ( ). Uniform ( ). Laundry ( ). Automobile ( ). Per Diem Allowance ( ). Other ( ). None ( ). Please describe: __Access to a state car for local and long distance travel for Center related business. Eligible for perdiem allowance for out-of-town trips on Center related business.__

I certify that I have read the instructions, that the above answers are my own, and to the best of my knowledge that they are accurate and complete.

Date _____  Employee's Signature _____  Time spent in completing this form _____ hrs.

### STATEMENT OF IMMEDIATE SUPERVISOR

18. Comment on employee's statements, indicate where you believe they are incorrect or incomplete. __Correct as stated.__

19. What do you consider the most important duties of this position? __Coordination of the habilitative service system for clients.__

20. Does this position require maintenance, trade or craft skills? Yes _____ No __X__ At what level? Trainee or apprentice _____ helper _____ journeyman _____ .
21. Does this position involve typing? No ( X ) Yes ( ). What % of time? _____ % Is typing incidental ( ), or important ( )?
22. Does this position involve shorthand? No ( X ) Yes ( ) What % of time? _____ % Is shorthand incidental ( ), or important ( )?
23. Indicate the qualifications which you think should be required in filling a future vacancy in this position. Keep the position itself in mind rather than the qualifications of the individual who now occupies it.

| | Necessary Qualifications | Additional Desirable Qualifications |
|---|---|---|
| Education and Special Training | Graduation from a four year college or university, supplemented by a Master's Degree in Psyc., Social Work, Spec. Ed., Beh. Science or other health related field. | At least 5 years of supervisory and/or quality assurance experience. |
| Experience, length in years and kind | At least 2-6 years experience in a mental retardation setting. | |
| Licenses or Certificates Required | The same certification, licensure will be required as are required for comparable positions in community practice. | |
| Special knowledges, abilities, skills, physical requirements, or other factors | Broad working knowledge of Title XIX, ICF/MR, and ACDD guidelines and regulations. Extensive experience with programmatic development programming techniques and systems monitoring. | |

Date _____  Immediate Supervisor's Signature _____  Time spent completing this portion of form _____ minutes.

### STATEMENT OF DEPARTMENT HEAD OR OTHER APPOINTING AUTHORITY

24. Comment on the above statements of the employee and the supervisor. Indicate any inaccuracies or statements with which you disagree. Please comment on the qualifications suggested by the supervisor.

Date __April 1, 1994__  Department Head's Signature _[signature]_



**STATE OF ALABAMA**

## DEPARTMENT OF MENTAL HEALTH AND MENTAL RETARDATION

RSA UNION BUILDING

100 N. UNION STREET
POST OFFICE BOX 301410
MONTGOMERY, ALABAMA 36130-1410



DON SIEGELMAN
GOVERNOR

KATHY E. SAWYER
COMMISSIONER

April 28, 2004

Ms. Mildred Groggel
1101 Carolina Ct.
Mobile, AL 36695

Dear Ms. Groggel:

This letter is to notify you of your appointment to the exempt classification of Planning & Quality Assurance Specialist II with the Department of Mental Health effective April 17, 2004. Your rate of pay will be $1,828.60 biweekly (Salary Range 74, Step 16).

If you have questions regarding this matter, please contact the Personnel Office at (334) 242-3112.

Please let me know if I or any member of my staff may be of assistance to you.

Sincerely,

*Henry E. Ervin*

Henry E. Ervin
Director of Human Resources

HEE:jo

# ALABAMA DEPARTMENT OF MENTAL HEALTH AND MENTAL RETARDATION
## PERSONNEL ACTION

**EMPLOYEE ID:** 552 - 86 - 1837  **APPOINTMENT ID:**   **ORIGINAL APPT DATE:** 10/20/90

**NAME:** MILDRED   T.   GROGGEL
(FIRST,MIDDLE,LAST)     SUFFIX:

**PERS ACTION/REASON:** 03   **EFFECTIVE DATE:** 04/17/2004   **EEO F/T FLAG:** Y   **EXPIRATION DATE:**

**EMPLOYEE STATUS:** A   **DATE ENTERED CLASS:** 04/17/2004   **PROBATION END DATE:** 10/16/2004

**EMPLOYMENT TYPE:** 7   **PERM/TEMP:** P   **% FULL TIME:** 1.0000

**'L/SUB-TITLE CODE:** Q2000 /   **OPTION** 000   **GRADE:** 74   **STEP:** 16

**ANNUAL RAISE DATE:** 04/01/2005   **LEAVE PROG ST DATE:** 06/07/1988   **BLWOP DATE:**   **RLWOP DATE:**

**AGENCY/ORG CODE:** 061 / 313E   **POSITION NO:** 8823095   **DIFF/STEPS:**   **PAYROLL NO.:** 0611

**TABLE DRIVEN PAY:** Y   **PAY RATE** $ 1,828.60 B/W   **AMOUNT BASIS** P   **PAY CLASS CODE** BWREG

**DATE OF BIRTH:** 03/14/1951   **REC REEMP:**   **SEX:** F   **ETHNIC CODE:** 1

**OVRD PPA:**   **OVRD LPA:**   **OVRD DPA:**

**OVRD FLSA EX:**   **OVRD FLSA PROFILE:**   **OVRD GRADE:**

**PAY TYPE**   **RATE CODE**   **AMOUNT OR PERCENT**   **EFFECTIVE DATE**   **EXPIRATION DATE**

01-
02-
03-
04-

**ADDRESS**
**STREET:** 1101 Carolina Court
**CITY:** Mobile
**STATE:** AL   **ZIP:** 36695
**TELEPHONE:** (251) 634-4851

**ATTRIBUTE:**
EDUCATIONAL LEAVEL:
YEAR DEGREE COMPLETED:
EDUCATIONAL MAJOR
SCHOOL CODE:
VETERANS STATUS

**AGENCY**
**ORG (FACILITY)** 313E
**SUB ORG (SECTION)** 8209
**ACTIVITY (PROJECT)** 6000
**OBJECT** 0100 04

_[signature]_
APPOINTING AUTHORITY

K _[signature]_ 5/3/04
DATE
Orig. to SP / Keep on
5-4-04    copy? Yes

_[signature]_ 5/6/04

Position was included on the EBO9 as approved by the State Director of Finance.

REVISED 1/1999

Form 13P
Revised (1/1/1998)

**EMPLOYEE PERFORMANCE APPRAISAL**
STATE OF ALABAMA
Personnel Department

*PREAPPRAISAL*

Employee Name: MILDRED T GROGGEL                Social Security Number: 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

Agency: 061/MENTAL HEALTH & RETARDATION         Division: 309E/BREWER DEV CTR

Classification: DIR OF MR PROGRAM SVCS          Class Code: A3200

Period Covered From: 03/01/2003   To: 03/01/2004

---

**RESPONSIBILITIES/RESULTS:** Responsibilities and results on which an employee will be rated should be listed below. These areas should be discussed with the employee during the Preappraisal session at the beginning of each appraisal year. Please refer to the Performance Appraisal Manual for instruction on how to develop responsibilities and results.

### RESPONSIBILITIES/RESULTS

1. Provide adequate and appropriate supervision and direction to key leadership and other staff of Habilitation Services (Residential & Programming) so that its mission, objectives, requirements, and directions are developed, communicated to and carried out by Center staff as evidenced by the quality of services and supports, and compliance with policies/directives, as determined during self-assessment, supervisory, departmental, and regulatory review.

2. Manage Habilitation Service's delivery system/operations so that consumers are provided with identified needs and their rights are protected in accordance with Title XIX, federal, state, local, and Department laws, rules, regulations, policies, and guidelines, as evidenced by self-assessment, supervisory and regulatory monitoring.

3. Maintain a residential/habilitation environment of care that provides for the safety and protection of consumers so that individuals are not subjected to abuse, neglect, exploitation, or other harm of any sort, as evidenced by number, type, frequency and severity of incidents/injuries in the Center. (Average number of injuries should be no greater than the national average for developmental centers: Average of 6 to 9 injuries per person per year.)

4. Maintain Medicaid Title XIX ICF/MR certification of the Center without "jeopardy" status or less than "certified" status by ensuring compliance with standards of care and norms of applicable certification standards.

   Ensure that all programmatic services necessary for the total habilitation of individuals who live at the Brewer Center are provided in compliance with all standards, laws and regulatory guidelines as evidenced by administrative review. This is accomplished by:

5. Serving as a member of the facility's senior management team and participates in Task Forces/Committees as necessary.

6. Representing the facility in interactions with families, DMH/MR and other agencies, professional colleagues and the general public.

7. Ensure in-service training of all staff assigned to Habilitation Services is completed in a comprehensive and timely manner as evidenced by administrative review.

8. Develop an annual Habilitation Services strategic plan that is part of the facility's overall strategic plan.

9. Reviews and evaluate expenditures.

**WORK HABITS:** Provide check in the appropriate space when policies and procedures concerning the following areas have been discussed with the employee. In particular, the attendance and punctuality policies should be provided to the employee in writing. For instructions, refer to the performance appraisal manual and policies of the agency.

CHECK IF DISCUSSED:

✓ _____ Attendance

✓ _____ Punctuality

✓ _____ Cooperation with Coworkers

✓ _____ Compliance with Rules

**PREAPPRAISAL SIGNATURES:** Date of Session: _____

Employee Signature: _Mickey [signature]_

Rater Signature: _[signature]_

Reviewer Signature: _____

## MIDAPPRAISAL

Describe the employee's performance strength(s) as observed during the first half of the appraisal period.

_____
_____
_____

Describe area(s) of the employee's performance that need improvement as observed during the first half of the appraisal period.

_____
_____
_____

Document the action plan that has been discussed to improve the areas of weakness.

_____
_____
_____

Midappraisal has been held and performance has been discussed:

Signature: _____  Rater Signature: _____

| Form 13 | EMPLOYEE PERFORMANCE APPRAISAL |  Range Number of Steps |
|---|---|---|
| Revised (1/1/1999) | STATE OF ALABAMA Personnel Department | TOP 9 |

Employee Name: __Mildred T Groggel__    Social Security Number: __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__

Agency: __061/Mental Health & Retardation__    Division: __309E/Brewer Dev Ctr__

Classification: __Dir of MR Program Svcs__    Class Code: __A3200__

Period Covered From: __03/01/2002__ To: __03/01/2003__    Annual Raise Effective: __May 2003__

---

**APPRAISAL SIGNATURES:** Signatures are to be provided after the form has been completed.

| Rating Supervisor | Employee | Reviewing Supervisor |
|---|---|---|
| SSN ___-___-___ | | SSN ___-___-___ |
| Signature _[signed]_ | Signature _[Mick Orgel]_ | Signature |
| Date 2/24/03 | Date 2-24-03 | Date |
| Initial if comments are attached | Initial if comments are attached | Initial if comments are attached |

---

**PERFORMANCE APPRAISAL SCORE:** Locate the Responsibility Score on the back of this form and write it in the appropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space. The Disciplinary Score is subtracted from the Responsibility Score to derive the Performance Appraisal Score.

__34__ − __0__ = __34__

Responsibility Score − Disciplinary Score = Performance Appraisal Score

This employee's work:

☐ Does Not Meet Standards (6.6 or below)
☐ Partially Meets Standards (6.7 – 16.6)
☐ Meets Standards (16.7 – 26.6)
☒ Exceeds Standards (26.7 – 36.6)
☐ Consistently Exceeds Standards (36.7 – 40)

---

**WORK HABITS:** Check the appropriate box for each work habit area. If "Noncompliance" is to be marked, a step of the discipline system (warning, reprimand, suspension) must have been taken with the employee during the appraisal period. See the Disciplinary Actions area on the back of this form for disciplinary documentation.

| | Compliance | Noncompliance |
|---|---|---|
| Attendance | ☒ | ☐ |
| Punctuality | ☒ | ☐ |
| Cooperation with Coworkers | ☒ | ☐ |
| Compliance with Rules | ☒ | ☐ |

**RESPONSIBILITIES:** List an abbreviated version of the employee's responsibilities below as documented on and discussed during the Preappr... Record the appropriate rating in th  ox for each responsibility. Rating(s) of appropriate responsibilities should reflect any disciplinary action(s) that has been taken during this appraisal period.

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Does Not Meet Standards | Partially Meets Standards | Meets Standards | Exceeds Standards | Consistently Exceeds Standards |

*Responsibility* — *Rating*

1. Provide adequate and appropriate supervision and direction to key leadership and other staff of Habilitation Services. — 3
2. Manage Habilitation Service's delivery system/operations so that consumers are provided with identified needs and rights are protected. — 4
3. Maintain a residential/habilitation environment of care that provides for the safety and protection of consumers. — 4
4. Maintain Medicaid Title XIX ICF/MR certification of the Center without "jeopardy" status or less than "certified" status. — 4
5. Serves on the facility's senior management team and participates in Task Forces/Committees. — 4
6. Represents the facility in interactions with families, DMH/MR and other agencies, professional colleagues and the general public. — 3
7. Ensure in-service training of all staff assigned to Habilitation Svcs. — 3
8. Develop an annual Habilitation Services strategic plan. — 3
9. Reviews and evaluate expenditures. — 3
10. ___

**RESPONSIBILITY SCORE:**

31 ÷ 9 = 3.4   x 10 = 34

Total of Responsibilities/Results Ratings — Number of Responsibilities — Average Responsibility Rating — Responsibility Score

---

**DISCIPLINARY ACTIONS:** Any disciplinary action taken with the employee during this appraisal period is to be listed below. For each area, list the specific disciplinary step taken, the date of action, and the reason or unwanted behavior it involved. Copies of disciplinary documentation are to be maintained in the agency's personnel files. Remember, appropriate responsibilities and work habit(s) should reflect the fact that performance required disciplinary action.

_____
_____
_____
_____
_____

**DISCIPLINARY SCORE:** This section should include the use of the discipline steps of reprimand and suspension only. The Disciplinary Score does not include warnings (oral). Warnings are documented only in the Work Habits and Disciplinary Actions areas. Identify the most severe step of the discipline system that has been utilized with the employee during this appraisal period. If the most severe step was one or more reprimands, the Disciplinary Score will be 7. If the most severe step was one or more suspensions, the Disciplinary Score will be 17. Otherwise, the Disciplinary Score will be zero.

DISCIPLINARY SCORE: _____

## APPLICATION FOR PROFESSIONAL EMPLOYMENT
### Exempt Classification

RETURN TO:
Albert P. Brewer Developmental Center
Department of Mental Health & Mental Retardation
P. O Box 8467
Mobile, AL 36689-0467
(205) 633-0400

**GENERAL INSTRUCTIONS:**
Complete all portions of this application that are applicable to you and the position for which you are applying. Failure to do so may result in your not being considered for the position for which you are applying. Type or print clearly in ink.

### AN EQUAL OPPORTUNITY EMPLOYER

Full Name: Mildred Thornton Groggel
Address: 173 North Mendenhall
City/State/Zip: Memphis, Tn. 38117
Legal Residence: Same as above

Title of Position For Which You Are Applying: Planning + Quality Assurance Specialist IV
Date of Birth: 3/14/51
Telephone Number: Home (901) 685-0133 Office (901) 527-5211
Place of Birth: Portsmouth, Virginia
Social Security Number: 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

Sex: Female
Age: 36
Race: White

NOTE: This Department is an equal opportunity employer. To comply with federal reporting requirements we must maintain statistics on employ- [...] of protected classes.

**EDUCATION** High school graduate or GED? Yes
If no, circle highest grade completed: (12)

| Name and location of Colleges and Universities Attended | FROM (Mo./Yr.) | TO (Mo./Yr.) | Did you Graduate? | Major(s) | Minor(s) | Degree and Date |
|---|---|---|---|---|---|---|
| Memphis State University, Memphis, Tennessee | 9/69 | 12/72 | Yes | Special Education | Speech Drama | BSE 1972 |
| Memphis State University | 1/72 | 12/75 | Yes | Special Education | Psychology | MED 1975 |
| Memphis State University (Graduate or Professional School) | 12/75 | Present | no | Special Education | | |

If you attended college, but did not graduate, show credit received. Sem. hrs. ____ Qtr. hrs. ____

List professional certificate(s) or license(s) and state where issued:
Teaching certification in Special Edu. + Speech 0004 83710 Tennessee

List below courses included in your education which are particularly related to the duties or qualifications of the position for which you are applying.

| Subjects | Sem. hrs. | Qtr. hrs. | Subjects | Sem. hrs. | Qtr. hrs. |
|---|---|---|---|---|---|
| Special Education Courses Methods + Materials Teaching EMR's Teaching TMR's Teaching SMR + PMR | 60 | | Behavior Management Speech + Public Speaking | 21 21 | |

**CERTIFICATE (Must be signed in ink by applicant):**
I certify that all statements on or attached to this application are true and correct to the best of my knowledge. I understand that any false statements may cause me to be refused the opportunity of employment or cause my employment to be immediately terminated without recourse to due process or protection provided by law.

Signed: Mildred T. Groggel    Date: 3/6/88

## REFERENCES

List three reliable persons, not relatives or present employer, who know you well enough to give information about you.

| Name | Address | Occupation |
|---|---|---|
| Russell White | Arlington Developmental Center P.O. Box 399 Arlington, Tn 38002 | Superintendent |
| Dr. Stephen Bell | Mid-South Hospital 135 N. Pauline Mphs, Tn. | Psychologist |
| Dr. Wellington Mack | Arlington Developmental Center | Assistant Superintendent for Comm. Services |

Do you have any physical handicaps or health problems that would keep you from doing the kind of work for which you are making application?   [ ] Yes  [X] No

Have you ever been involuntarily terminated or forced to resign from a position?   [ ] Yes  [X] No

Have you ever been convicted of a law violation other than a minor traffic violation?   [ ] Yes  [X] No

**If you answered "Yes" to any of the above questions, attach an explanation on a separate sheet.**

## WORK HISTORY

**THIS SECTION MUST BE COMPLETED REGARDLESS OF WHETHER OR NOT A RESUME' IS ATTACHED**

Beginning with your PRESENT or most recent employment, list in REVERSE ORDER periods of employment. Each time you changed jobs or your title changed should be listed as a separate period. Describe in detail your specific duties as they relate to the duties of the position for which you are applying. (Attach additional sheets if necessary)

**1. Current or Last Employer:** Mid-South Hospital
**Address:** 135 N. Pauline Memphis, Tn.
**Your Official Job Title:** Program Director, Exceptional Problems Unit Children + Young Adolescent
**Type of Business:** Psychiatric Hospital
**From:** 5/87  **To:** Present  **Total Months:** 10
**Beginning Salary:** $38,000 per year  **Ending Salary:** $40,000 per year
**May we contact employer?** [ ] Yes [X] No

**Number/Title of Employees you Supervised:** 2 - Psychologists, Nurses, Teachers, Social Workers, Program Team Leaders, Program Coordinators, Mental health workers, Activity therapists.

**Describe your Duties in Detail:** Responsible for the total operation of 2 psychiatric units housing 50 children + adolescents. Responsible for all personnel actions, staffing patterns, clinical assignments, Budgets, medicaid certification + JCAH accreditation. Serves as liaison with other hospitals + referral sources. Responsible for all programming + educational services provided the patients on the 2 floors. Maintains a constant census consistent with FTE's. Provides on-going staff development + QA Workshops meeting federal + state regulations.

**2. Employer:** Arlington Developmental Center
**Address:** P.O. Box 399 Mphs, Tn. 38002
**Your Official Job Title:** Director of Standards Compliance + Records
**Type of Business:** MR State Institution ICF/MR
**From:** 4/83  **To:** 5/87  **Total Months:** 49
**Beginning Salary:** $25,000 per year  **Ending Salary:** $30,000 per year

**Number/Title of Employees you Supervised:** 16 - Director of Medical Records, Director of Training, 2 Program Directors, Media Specialist, Program Coordinator + 10 Support Staff

**Describe your Duties in Detail:** Responsible for Maintaining Medicaid eligibility + ACDD accreditation. Managed 5 departments Staff Development, Medical Records, Program planning, Life Safety/Environment + the Library. Member of the Executive Staff + Served as AOD once weekly, Chairperson of QA + UR Committees, Hearing officer for Admissions Review Board. Directed + supervised in-house survey team for compliance with state + federal standards. Conducted + supervised weekly chart audits. Interpreted ICF/MR + ACDD standards. Implemented + supervised B-Mod programs, training objectives + Developed + conducted staff

| Employer | Your Official Job Title |
|---|---|
| Arlington Developmental Center | Director of Training & Staff Development |
| Address: P.O. Box 399 Arlington, Tn. 38002 | Type of Business: MR State Institution ICF/MR |

| FROM Month Year | TO Month Year | Total Months | If part-time, number of hours per week | Beginning Salary | Ending Salary |
|---|---|---|---|---|---|
| 1/81 | 4/83 | 24 | | $22,000 per year | $25,000 per year |

| Number/Title of Employees you Supervised | Equipment you Operated | Reason for Leaving |
|---|---|---|
| 1 Employee Trainers & 1 Secretary | | Promotion |

Describe your Duties in Detail: Conducted & coordinated all inservice & outservice training for 850 employees, including recruitment, training needs analysis, data analysis, course development & revision. Developed & Maintained a 50 course curriculum, conducted all supervisory & Management training programs. Developed & initiated the program delivery system for the facility. Conducted on-going workshops & seminars on quality assurance, MR program planning, and behavior Management for MR agencies in West Tennessee.

---

| 4. Employer | Your Official Job Title |
|---|---|
| Memphis City School | Behavioral Specialist & Special Education Teacher |
| Address: 2597 Avery Memphis Tennessee | Type of Business: City School System |

| FROM Month Year | TO Month Year | Total Months | If part-time, number of hours per week | Beginning Salary | Ending Salary |
|---|---|---|---|---|---|
| 1/73 | 4/81 | 99 | | $10,000 per year | $20,000 per year |

| Number/Title of Employees you Supervised | Equipment you Operated | Reason for Leaving |
|---|---|---|
| Teachers, Teacher Aides | | Administrative position |

Describe your Duties in Detail: Behavioral Specialist - Coordinated a 15 bed residential facility for adolescents with behavior disorders. Designed & implemented the facility wide behavior management program. Conducted parent & teacher training sessions. Provided public relations & staff development workshops in behavior Management. Special Education Teacher - Instruction of remedial Math & reading to moderately retarded persons. Instruction of self-help skills to profoundly retarded persons. Developed the initial training curriculum for profoundly retarded persons for the Memphis City School System.

---

5. Employer: 
Your Official Job Title:
Address:
Type of Business:

| FROM Month Year | TO Month Year | Total Months | If part-time, number of hours per week | Beginning Salary | Ending Salary |
|---|---|---|---|---|---|
| | | | | $ per | $ per |

Number/Title of Employees you Supervised:
Equipment you Operated:
Reason for Leaving:

Describe your Duties in Detail: