


STATE OF ALABAMA

# DEPARTMENT OF MENTAL HEALTH AND MENTAL RETARDATION

REGION III - RCS
7611 LAKE RD. SO. BLDG 100
MOBILE, ALABAMA 36605-6001

PHONE: (251) 443-1760
FAX: (251) 443-5969

BOB RILEY
GOVERNOR

KATHY E. SAWYER
COMMISSIONER

## ANNOUNCEMENT OF INTENT TO FILL A NON-MERIT SYSTEM POSITION
## AN EQUAL OPPORTUNITY EMPLOYER
### DEPARTMENTAL

| | |
|---|---|
| **JOB TITLE:** COMMUNITY SERVICE SPECIALIST III | **NUMBER:** 03-11 |
| **JOB CODE:** T3000 | **POS#:** |
| **SALARY RANGE:** 72 | **DATE:** October 27, 2003 |
| **JOB LOCATION:** MR REGION III | |
| 7611 LAKE RD. SO. BLDG 100 | |
| MOBILE, ALABAMA 36605-6001 | |

**QUALIFICATIONS:** Masters degree in psychology, special education or related human service field. Progressively responsible administrative experience in the field of mental retardation. Licensure/certification as required by discipline and valid drivers license.

**KIND OF WORK:** This is highly responsible professional work requiring clinical skills and extensive experience in working with community mental retardation programs. The employee in this position coordinates assessment activities and provides training to providers in the use of functional assessments, ICAPS and other assessment tools. Technical assistance is given to community providers in skill acquisition behavioral training and person centered planning. This person provides technical assistance to service providers to facilitate compliance with standards, rules and regulations. The employee assists with the outplacement, diversion and waiting list individuals. This person travels throughout the 10 counties of southwest Alabama. Serves as professional on 24 hour call.

**REQUIRED KNOWLEDGE, SKILLS AND ABILITIES:** Ability to plan, organize and prioritize work with independence. Ability to communicate effectively in writing and orally and to conduct individual and group training. Possess computer skills in word processing and data base programs.

**METHOD OF SELECTION:** Applicants will be rated on the basis of an evaluation of their training, experience and education and should provide adequate work history identifying experiences related to the duties and minimum qualifications as above mentioned. All relevant information is subject to verification. <u>Drug test required. Security clearances will be conducted on prospective applicants being given serious consideration for employment and whose job requires direct contact with patients.</u>

**HOW TO APPLY:** Use an Official Application for Professional Employment (Exempt Classification) which may be obtained from this office. The Application should be returned to Personnel Office, Dept. of Mental Health/Mental Retardation, P. O. Box 301410 Montgomery, AL. 36130 IN ORDER TO BE CONSIDERED FOR THIS POSITION. DO NOT RETURN THIS APPLICATION TO THE STATE PERSONNEL DEPARTMENT. <u>PLEASE HAVE AN OFFICIAL COPY OF TRANSCRIPT(S) FORWARDED TO THE PERSONNEL DEPARTMENT AT THE ABOVE ADDRESS.</u> Applications may be obtained from www.mh.state.al.us. Submission must be by **November 10, 2003.**




0389