DECEMBER 13, 2002

TO:     DR. LEVI HARRIS
        BREWER BAYSIDE

FROM:   *[signature]*
        SUSAN STUARDI
        RCS III

RE:     POSITIONS FOR RCS

This is a follow up to our conversation on 12/12/02 regarding the announcement for the CSS III position and the EP09 portion of the Operational Plan.

It is my understanding from Joey that the CSS III announcement will be forwarded to Central Office Friday morning 12/13/02. It is also my understanding that the updated staffing plan which was to accompany the OP Plan Change will be submitted to Joey early Friday.

I am attaching a copy of the information I submitted to the Business Office last week. This is what we need to reflect in the RCS portion of the staffing plan.

Thank you for handling these matters.

SS/sdp

PLAINTIFF'S EXHIBIT
6

0462