


STATE OF ALABAMA
**DEPARTMENT OF MENTAL HEALTH AND MENTAL RETARDATION**
REGION III - RCS
7611 LAKE RD, SO. BLDG 100
MOBILE, ALABAMA 36605-6001
PHONE: (251) 443-1760
FAX: (251) 443-5969

DON SIEGELMAN
GOVERNOR

KATHY E. SAWYER
COMMISSIONER

12-16-02

To Levi Harris
Fr Susan Situardi
Re: GSS III Position

I just spoke with Charles Smith and learned that this position still has not been forwarded to Montgomery.

Please assist us in getting this document processed. Thank you.

PLAINTIFF'S EXHIBIT
5

0461