October 28, 2003

Personnel Office
Department of MH/MR
P.O. Box 301410
Montgomery, AL 31630

I would like to be considered for the vacant in-house position of Community Services Specialist III. I have attached an application and a copy of my resume for your review. I have been an employee of RCS III for many years and have functioned in many capacities, including those required for the vacant Community Services Specialist III. I appreciate your time and consideration and look forward to hearing from you soon. Should you need to contact me, you may do so at the following numbers:

(251) 689-2024
(251) 344-5961
(251) 634-8791

Thank you,

*Winifred A. Blackledge*
Winifred A. Blackledge

cc: Henry Ervin

PLAINTIFF'S EXHIBIT 10