
**BOB RILEY**
**GOVERNOR**

STATE OF ALABAMA
## DEPARTMENT OF MENTAL HEALTH AND MENTAL RETARDATION
REGION III - RCS
7611 LAKE RD, SO. BLDG 100
MOBILE, ALABAMA 36605-6001
PHONE: (251) 443-1760
FAX: (251) 443-5969


**KATHY E. SAWYER**
**COMMISSIONER**

12 – 10 – 2003

MEMO

TO: HENRY ERVIN
     DMH/MR PERSONNEL

FR: SUSAN STUARDI
     MR REGION III

RE: CSS III POSITION

Applicants for this position have been interviewed. There were several excellent candidates. The individual selected is Mildred "Mickey" Groggel.

Since Ms. Groggel is currently handling critical functions with regard to Brewer residents, I discussed a plan for her move with Dr. Harris. We have agreed that her movement to the CSS III position should occur with the pay period beginning March 6, 2004. She will be available to assist RCS during this interim period as needs dictate.

This plan is acceptable with Ms. Groggel. Considering the substantial pay cut required by this move, I have encouraged her to continue pursuing other higher paying openings for which she may qualify. Should another opportunity become available for her, we could offer this position to one of the other qualified applicants.

Please assist us with any documents required to complete this transaction. I appreciate your help. Please extend my thanks to Joan Owens for coordinating the interview process.


PLAINTIFF'S EXHIBIT
13

0446