

**STATE OF ALABAMA**
**DEPARTMENT OF MENTAL HEALTH**
**AND MENTAL RETARDATION**

RSA UNION BUILDING
100 N. UNION STREET
POST OFFICE BOX 301410
MONTGOMERY, ALABAMA 36130-1410

BOB RILEY
GOVERNOR



KATHY E. SAWYER
COMMISSIONER

December 15, 2003

Ms. Winifred Blackledge
3011 Azalea Trace Drive
Mobile, AL 36695

Dear Ms. Blackledge,

Thank you for applying for our **Community Services Specialist III (Brewer) (#03-11)** positions with the Department of Mental Health and Mental Retardation. While we were very impressed with your credentials, we regret to inform you that another applicant was selected.

We sincerely appreciate your interest in our Department. If you would like to receive announcements of future exempt vacancies, and, have not submitted the information needed to place you in our Applicant Tracking System, please contact Rebecca Taylor in our office. She can be reached at the above address or reached by phone at (334) 242-3112.

Sincerely,

*Marilyn B. Benson*

Marilyn B. Benson
Personnel Specialist

MBB/mm