003766
PLAINTIFF'S EXHIBIT 11

| | Bragg | Wilson | Williams | Yarbor | Blackledge | Hall | Chappell |
|---|---|---|---|---|---|---|---|
| Owens | 26" | 26 | 22 | 17 | 18 | 21 | 20" |
| Wiby | 28 | 25 | 17 | 10 | 19 | 20 | 28 |
| Hurdi | 21 | 23 | 12 | 8 | 17 | 16 | 22 |
| Avalon | 18 | 20 | 18 | 14 | 30 | 30 | 30 |
| | 93 | 94 | 69 | 49 | 84 | 87 | 100 |