
DON SIEGELMAN
GOVERNOR

STATE OF ALABAMA
**DEPARTMENT OF MENTAL HEALTH
AND MENTAL RETARDATION**
REGION III - RCS
7611 LAKE RD, SO. BLDG 100
MOBILE, ALABAMA 36605-6001
PHONE: (251) 443-1760
FAX: (251) 443-5969


KATHY E. SAWYER
COMMISSIONER

July 12, 2002

### MEMORANDUM:

To: Susan Stuardi
Community Services

From: Winifred Blackledge
Community Services

I am consistently being assigned the responsibilities of the Community Specialist IV, Community Services Nurse, and Administrator IV in addition to my own responsibilities. These additional responsibilities are outside of my job duties and are increasing, per notification this morning I will also be assuming the responsibility of Medicaid Waiver Redetermination. As you have said, Region III is not under staffed and I do not understand why the workload for some is being reduced while increased for others. As we know, incidents are becoming a priority, but there are not that many incidents that require investigations, I don't understand a full time person for incident reports and investigations only, or why I should assist a nurse that does not work on Fridays.

As you know these additional responsibilities assigned to me are responsibilities of classifications higher than mine. I have on numerous occasions inquired about being promoted to a Community Services Specialist III or Community Services Specialist IV. and you indicated it could be possible in the 2003 budget.

I have diligently done my own job duties including the job duties of higher classifications in Community Services without complaining and without compensation. I have discussed with you on several occasions being at the top of my classification range for several years. I know at this time the 2003 budget is being prepared. Please let me know if a promotion is being included for me in the 2003 budget.

PLAINTIFF'S EXHIBIT
2

0466