# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| [ ] FEPA [X] EEOC | |

and EEOC

State or local Agency, if any

**NAME** (Indicate Mr., Ms., Mrs.)
Ms. Winnifred Blackledge

**HOME TELEPHONE** (Include Area Code)
251-634-8791

**STREET ADDRESS**: 3011 Azalea Trace Dr. N.
**CITY, STATE AND ZIP CODE**: Mobile, AL 36695

**DATE OF BIRTH**: 10/14/57

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: Alabama State Department of Mental Health and Mental Retardation
**NUMBER OF EMPLOYEES, MEMBERS**: 15+
**TELEPHONE** (Include Area Code): 251-621-0760

**STREET ADDRESS**: 7400 Roper Lane
**CITY, STATE AND ZIP CODE**: Daphne, AL 36526
**COUNTY**: Baldwin

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))
[X] RACE  [X] COLOR  [ ] SEX  [ ] RELIGION  [ ] AGE
[X] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [ ] OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE EARLIEST**: 6/8/04
[X] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

1. I have been employed with Respondent since approximately 1987. I currently hold the position of Mental Health Social Worker II
2. On June 8, 2004 I filed an EEOC charge alleging discrimination on the basis of my race. [Charge # 130-2004-03106].
3. The EEOC found cause that discrimination existed and issued a right to sue on March 22, 2006.
4. On April 10, 2006 I filed a lawsuit against the Alabama State Department of Mental Health and Mental Retardation.
5. Since the date of my initial filing of the EEOC charge I have been retaliated against on numerous occasions. Such retaliation has materially altered my employment and my ability to do my job.
6. Most recently, I was given a completely false and adverse performance appraisal. I have been adversely affected by these discriminatory practices as my salary is directly related to performance appraisals.
7. Upon information and belief, the adverse actions taken against me by Respondent are done in an attempt to force me out of my employment.
8. Upon information and belief, I believe that I have been discriminated against and suffered adverse terms and conditions of employment on the basis of my race in violation of Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991.
9. Respondents conduct is part of a pattern and practice which has resulted in both disparate treatment against myself and other similarly situated black employees on a class wide basis.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Winifred A. Blackledge
Date 1-8-07    Charging Party (Signature)

SIGNATURE OF COMPLAINANT
Winifred A. Blackledge

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)  JAN - 9 2007