## MEMORANDUM

DATE:       3/27/06

TO:         Winifred Blackledge

FROM:       _____
            Jerryln London

RE:         Leave Request

The expectation of Region III staff is that we all work to ensure the success of the Spring Conference. I am returning your request for sick leave for 4/17-18/06 unapproved.  As we have discussed on at least three occasions, I need your assistance at the registration table for the Spring Conference.  Registration will be opened on Monday, 4/17/06.  I am requesting that if you need to pursue medical treatment/appointments that you do so at another time.  If you cannot re-schedule your medical treatment/appointment please submit a statement from your physician.  Monitoring and moderator services will be covered on 4/18/06, Tuesday and 4/19/06 Wednesday.  If you need to be off those days the leave can be approved with a doctor's statement.

PC: Fordyce Mitchel
    Eranell McIntosh-Wilson
    Henry Ervin



004025