**Form 13**
**Revised (06/2005)**

# EMPLOYEE PERFORMANCE APPRAISAL
## STATE OF ALABAMA
### Personnel Department

Employee Name: WINIFRED A BLACKLEDGE

Social Security Number:

Agency: 061/MENTAL HEALTH & RETARDATION

Division: 313E/CENTRAL OFF MR COMM PRO

Classification: M H SOCIAL WORKER II

Class Code: W2000   Position #: 8823006

Period Covered From: 01/01/2005 To: 01/01/2006

Annual Raise Effective: MARCH 2006

**APPRAISAL SIGNATURES:** Signatures are to be provided after the form has been completed. Signatures denote supervisor and employee discussion and receipt of form. Employee signature does not denote agreement. All signatures are mandatory.

| Rating Supervisor | Employee | Reviewing Supervisor |
|---|---|---|
| SSN | | SSN |
| Rater Signature: *Jerrelyn L Linder* | Employee Signature: *Winifred Blackledge* | Reviewer Signature: *Jordyn Mitchel* |
| Date: 12/21/05 | Date: 12/21/05 | Date: 1/9/2006 |
| Initial if comments attached | Initial if comments attached | Initial if comments attached |

**PERFORMANCE APPRAISAL SCORE:** Locate the Responsibility Score on the back of this form and write it in the appropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space. The Disciplinary Score is subtracted from the Responsibility Score to derive the Performance Appraisal Score. Mandatory documentation is to be maintained in the agency's personnel files if a "Does Not Meet" or "Consistently Exceeds" rating is given.

    35.7         -         0         =         35.7
Responsibility Score        Disciplinary Score        Performance Appraisal Score

This employee's work:

| ☐ | ☐ | ☐ | ☒ | ☐ |
|---|---|---|---|---|
| Does Not Meet Standards (6.6 or below) | Partially Meets Standards (6.7 – 16.6) | Meets Standards (16.7 – 26.6) | Exceeds Standards (26.7 – 36.6) | Consistently Exceeds Standards (36.7 – 40) |

**WORK HABITS:** Check the appropriate space for each Work Habit area. Work Habits pertain to conduct occurring in this Appraisal period. Provide an explanation below for marking any work habit as "Unsatisfactory." Attach additional sheets if necessary.

|  | Unsatisfactory | Satisfactory | |
|---|---|---|---|
| Attendance |  | ✓ |  |
| Punctuality |  | ✓ |  |
| Cooperation with Coworkers |  | ✓ |  |
| Compliance with Rules |  | ✓ |  |

3362

**RESPONSIBILITIES:** List an abb......ated version of the employee's responsi......es below as documented on and discussed during the Preappraisal. Record the appropriate rating in the box for each responsibility. Rating(s) of appropriate responsibilities should reflect any disciplinary action(s) that has been taken during this appraisal period.

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| Does Not Meet Standards | Partially Meets Standards | Meets Standards | Exceeds Standards | Consistently Exceeds Standards |

| Responsibility | Rating |
|---|---|
| Provides technical assistance and consultations to residential providers in the region ... | 3 |
| Coordinates the monitoring of contracted residential facilities and individuals ... | 4 |
| Assists with the development of residential resources and placement of individuals ... | 4 |
| Composes clinical documents, reports and correspondence on individuals, programs ... | 4 |
| Provides service coordination as case manager of a select group of individuals in order to ... | 4 |
| Updates data and completes special projects related to the operation of community ... | 3 |
| Serves as RCS staff on call on a rotating basis in order to address questions or problem... | 3 |

12/21/05

**RESPONSIBILITY SCORE:**

25 ÷ 7 = 3.57 × 10 = 35.7

Total of Responsibilities/Results Ratings / Number of Responsibilities / Average Responsibility Rating / Responsibility Score

**DISCIPLINARY ACTIONS:** Any disciplinary action taken with the employee during this appraisal period is to be documented below. Provide the number of disciplinary actions and steps taken with the employee during the appraisal year. If no disciplinary action has been taken, a "0" should be marked in each block provided. Attach a copy of the warning(s), reprimand(s), suspension(s) or demotion to the Appraisal.

**Warning**     **Reprimand**     **Suspension**     **Demotion**

**DISCIPLINARY SCORE:** This section should include the use of the discipline steps of reprimand, suspension, and demotion only. The Disciplinary Score does not include scores for counseling and warnings. To calculate the Disciplinary Score, identify the most severe step of discipline taken with the employee during this appraisal period. If the most severe step was one or more reprimands, the Disciplinary Score will be 7. If the most severe step was one or more suspensions, the Disciplinary Score will be 17. If the most severe step taken with the employee in the appraisal year was one or more demotions, the Disciplinary Score will be 24. Otherwise, the Disciplinary Score will be 0.

**DISCIPLINARY SCORE:** _____

3363