## MEMORANDUM

**DATE:**    3/27/06

**TO:**        Winifred Blackledge
                Donna Buckley
                Jean Long

**FROM:**    _Jerryln London_

**RE:**        Supervision

Effective this date, 3/27/06, Kendra Butler, CSS IV, will supervise the following people:

        Winifred Blackledge
        Donna Buckley
        Jean Long

Please let me know if you have any questions.

Pc:  Kendra Butler
     Henry Ervin
     Fordyce Mitchel
     Eranell McIntosh-Wilson



PLAINTIFF'S EXHIBIT

46