**Memorandum:**

Date: April 26, 2006

To: Kendra Butler
Community Services

From: Winifred Blackledge
Community Services.

This is in response to your memo dated April 21, 2006 and your reply to my request for the RCS policy in question. On April 26, 2006 you informed me that there was no RCS policy regarding signing in and out and placing departure times on the sign in and out sheets During this same conversation you informed me that you were only aware of an attendance policy and it was the expectation for employees. If it is an expectation, why is it not an expectation for all employees as well as all employees under your supervision? I found it hard to believe that this is an expectation when employees have never consistently signed in and out let along put departure times in Region III Community Services.

I have no problems with my attendance and I don't abuse leave in any form or fashion I find it to be extremely petty that after I had a detailed discussion with you and you were fully aware of where I was going and what my attentions were, I received such a memo. You were informed by me the morning of my technical assistance visit on April 21, 2006, that Mickey Groggel and I were doing a joint technical visit at Ms. Paula Hill, care provider. After I discussed in detail with you my intentions, I returned to my office to find a trivial memo because I did not indicate a departure time on the sign in and out sheet. It is not even common practice among Region III Community Services employees to tell their supervisor where they are going. I was attempting to work with you and went beyond what was expected and what is the usual practice and still I got singled out and treated disparately.

In my eighteen years of being in Community Services employees placing departure times on the sign in and out sheets has never been an issue and is still not consistently done by employees. I find it very suspicious that you will chose such a inconsequential issue to address at this time especially since you know where I was going an why I was going. I come to work on time, I do my job, and I go where I say I am going. Why were you checking the sign in sheet for a departure time? Are you implying that I did not go directly to Ms. Hill? It seems like you were looking for something to be able to single me out. There is all kind of leave abuse in this office that needs to be addressed but I was singled out and hounded for trying to do my job. I got single out for as you informed me a non-existing policy.





004931

Page Two
Kendra Butler
Response to Memo
Dated April 21, 2006

Are you planning to continue the disparity of treatment that I have been recently subjected to by my previous supervisor, Jerryln London? In all my nineteen years with the Department of Mental Health and Mental Retardation, I have never had a problem with a supervisor. However, since I had to file a valid complaint, there is suddenly an issue and scrutiny of my every move. Have you been instructed to single me out? As I said I have been in Community Services eighteen years and at this point I know my job and do not need to be micro-managed.

As I discussed with you when I was informed that you would be my supervisor, I would like to have a good working relationship with you. However, if you continue just as the previous supervisor to single me out and to treat me with disparity, a good working relationship will be difficult.

I hope that we can end this right here and treat each other with respect. All that I am requesting is equality of treatment.

P. C. Josh Wilson

004032