January 12, 2007

MEMORANDUM:

To: Henry Ervin
    DMH/MR Personnel

From: Winifred Blackledge
Regional Community Services

At approximately 9: 30 a. m. Ms. Kendra Butler called me into her office and advised me that Personnel had informed her that I had to take 15 minutes of leave where Jerrlyn London lied and said that I left 15 minutes early on January 4, 2007. When I told Ms. Butler that I did not leave early, Ms. Butler informed me that she stayed late and went out and did not see my car. I find it very suspicious that Ms. Butler did not mentioned this prior to my statement in writing to you on January 8, 2006 where I said Ms. London lied about me leaving early on Janaury 4, 2007. It appears very clear to me that Ms. London and Ms. Butler have conspired to give validity to Ms. London's statement. Both Ms. London and Ms. Butler are in conclusion and are lying.

I still see Ms. Butler's and Ms. London's actions as harassment and retaliation. I did not leave early, thus, I am not voluntarily given leave.

P. c. John Houston, Commissioner
    Eranell-McIntosh Wilson, Associate Commissioner
    Fordyce Mitchel, Director of Community Services
    Josh Wilson, Wiggins, Childs, Quinn
    Kendra Butler, Community Services (resubmitted to Ms. Butler adding Ms. Bulter's name on January 12, 2007)





004915