## Mitchel, Fordyce

**From:** Mitchel, Fordyce
**Sent:** Thursday, December 22, 2005 4:50 PM
**To:** London, Jerryln
**Subject:** RE: W Blackledge evaluation

Thanks. You seem to be taking supervision more seriously than Susan did. I appreciate it. FM

-----Original Message-----
**From:** London, Jerryln
**Sent:** Thursday, December 22, 2005 4:44 PM
**To:** Mitchel, Fordyce
**Subject:** W Blackledge evaluation

Fordyce,
I completed Winifred's evaluation on yesterday. Last year I reviewed the previous evaluations and I repeated what Susan had graded staff because Susan left in the middle of the year. I did not document that Winifred needed to improve during her mid-appraisal. I understand from Henry Ervin that I should have documented such before reducing her score. Once again Winifred has an evaluation that says she exceeds standards. I did tell Winifred that I plan to have benchmarks for determining employee productivity for all staff. I hope to implement this shortly after returning in January. I am informing you of this so that you will not be shocked when reviewing Winifred's evaluation.
JRL


PLAINTIFF'S EXHIBIT
40

3/10/2007