*I do not agree with scoring see (3) Attachments.*
*Winifred Blackledge*
*1/16/07*

**Form 13**
**Revised (01/2006)**

**EMPLOYEE PERFORMANCE *APPRAISAL***
**STATE OF ALABAMA**
**Personnel Department**

Employee Name: <u>WINIFRED A BLACKLEDGE</u>

Agency: <u>061/MENTAL HEALTH & RETARDATION</u>

Classification: <u>M H SOCIAL WORKER II</u>

Period Covered From: <u>01/01/2006</u> To: <u>01/01/2007</u>

Social Security Number: <u>XXX-XX-0861</u>

Division: <u>313E/CENTRAL OFF MR COMM PRO</u>

Class Code: <u>W2000</u> Position #: <u>08823006</u>

Annual Raise Effective: <u>MARCH 2007</u>

***APPRAISAL SIGNATURES:*** Signatures are to be provided after the form has been completed. Signatures denote supervisor and employee discussion and receipt of form. Employee signature does not denote agreement. All signatures are mandatory.

| Rating Supervisor | Employee | Reviewing Supervisor |
|---|---|---|
| SSN XXX-XX-<u>6988</u> | | SSN XXX-XX-<u>6313</u> |
| *Kendra Butler* | | *Jerryln R. Lindor* |
| Rater Signature | | Reviewer Signature |
| <u>Kendra Butler</u> | <u>Winifred G. Blackledge</u> | <u>Jerryln R. Lindor</u> |
| Rater Printed Name | Employee Signature | Reviewer Printed Name |
| <u>1/4/07</u> | <u>1/16/07</u> | <u>1/16/07</u> |
| Date | Date | Date |
| *KB* | *WGB* | |
| Initial if comments attached | Initial if comments attached | Initial if comments attached |

**PERFORMANCE APPRAISAL SCORE:** Locate the Responsibility Score on the back of this form and write it in the appropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space. The Disciplinary Score is subtracted from the Responsibility Score to derive the Performance Appraisal Score. Mandatory documentation is to be maintained in the agency's personnel files if a "Does Not Meet" or "Consistently Exceeds" rating is given.

<u>25.7</u>  -  <u>0</u>  =  <u>25.7</u>
Responsibility Score      Disciplinary Score      Performance Appraisal Score

This employee's work:

| ☐ | ☐ | ☒ | ☐ | ☐ |
|---|---|---|---|---|
| Does Not Meet Standards (6.6 or below) | Partially Meets Standards (6.7 – 16.6) | Meets Standards (16.7 - 26.6) | Exceeds Standards (26.7 - 36.6) | Consistently Exceeds Standards (36.7 - 40) |

**WORK HABITS:** Check the appropriate space for each Work Habit area. Work Habits pertain to conduct occurring in this Appraisal period. Provide an explanation below for marking any work habit as "Unsatisfactory." Attach additional sheets if necessary. No disciplinary action has to be taken to mark a Work Habit "Unsatisfactory."

|  | Unsatisfactory | Satisfactory |  |
|---|---|---|---|
| Attendance | | ✓ | |
| Punctuality | | ✓ | |
| Cooperation with Coworkers | | ✓ | |
| Compliance with Rules | | ✓ | |

**PLAINTIFF'S EXHIBIT 53**

**RESPONSIBILITIES:** List an abbreviated version of the employee's responsibilities below as documented on and discussed during the Preappraisal. Record the appropriate rating in the box for each responsibility. Rating(s) of appropriate responsibilities should reflect any disciplinary action(s) that has been taken during this appraisal period.

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Does Not Meet Standards | Partially Meets Standards | Meets Standards | Exceeds Standards | Consistently Exceeds Standards |

**Responsibility** / **Rating**

1. Coordinates community services staff monitoring of residential facilities, maintains monitoring data base, monitoring of contracted residential facilities; and input in the service delivery system in order to address quality of life issues. — **3**

2. Provides technical assistance, consultations to day & residential providers in order to address quality of life issues & standards compliance. — **2**

3. Development of resources, finding community placements, working with the placement process for individuals in order to promote living in the least restrictive settings; institutional diversion — **2**

4. Serves as liaison between the Regional Community Services Office and the 310 case managers and provides Technical assistance with standards compliance. — **2**

5. Review Medicaid Redetermination forms and completes Medicaid Waiver forms as needed. — **3**

6. Serves as case manager of a select group of individuals in order to facilitate community funding. — **3**

7. Composes clinical documents, reports and corresponding on individuals, programs, issues for use in client services and program enhancement. — **3**

8. _____

9. _____

10. _____

**RESPONSIBILITY SCORE:**

18 ÷ 7 = 2.57  2.6 KB 1/4/07  × 10 = 25.7

Total of Responsibilities/Results Ratings | Number of Responsibilities | Average Responsibility Rating | | Responsibility Score

**DISCIPLINARY ACTIONS:** Any disciplinary action taken with the employee during this appraisal period is to be documented below. Provide the number of disciplinary actions and steps taken with the employee during the appraisal year. If no disciplinary action has been taken, a "0" should be marked in each block provided. Attach a copy of the warning(s), reprimand(s), suspension(s) or demotion to the Appraisal.

| Warning | Reprimand | Suspension | Demotion |
|---|---|---|---|
| 0 | 0 | 0 | 0 |

**DISCIPLINARY SCORE:** This section should include the use of the discipline steps of reprimand, **suspension, and demotion only.** The Disciplinary Score does not include scores for counseling and warnings. To calculate the Disciplinary Score, identify the most severe step of discipline taken with the employee during this appraisal period. If the most severe step was one or more reprimands, the Disciplinary Score will be 7. If the most severe step was one or more suspensions, the Disciplinary Score will be 17. If the most severe step taken with the employee in the appraisal year was one or more demotions, the Disciplinary Score will be 24. Otherwise, the Disciplinary Score will be 0.

**DISCIPLINARY SCORE:** ___0___

Form 13P  
Revised (01/2006)

**EMPLOYEE PERFORMANCE *PREAPPRAISAL*  
STATE OF ALABAMA  
Personnel Department**

Employee Name: WINIFRED A BLACKLEDGE

Social Security Number: XXX-XX-0861

Agency: 061/MENTAL HEALTH & RETARDATION

Division: 313E/CENTRAL OFF MR COMM PRO

Classification: M H SOCIAL WORKER II

Class Code: W2000

Period Covered From: 01/01/2007 To: 01/01/2008

Position Number: 08823006

***RESPONSIBILITIES/RESULTS:*** Responsibilities and results on which an employee will be rated should be listed below. These factors should be discussed with the employee during the Preappraisal session at the beginning of each appraisal year. Please refer to the Performance Appraisal Manual for instruction on specifics of preparing, conducting, and completing the Preappraisal. Refer to the same manual for information concerning how to develop responsibilities and results.

1. Coordinates community services staff monitoring of residential facilities, maintains monitoring database, provide monitoring reports of contracted residential facilities and individuals in the service delivery system in order to address quality of life issues. *Does monitoring of community based homes.* KB 1/12/07  WB 1/12/07

2. Provides technical assistance and consultations to day and residential providers in the region in order to address quality of life issues and standards compliance. Provides written feedback to providers.
   KB 1/12/07  WB 1/12/07

3. Assists families in the development of resources, finding community placements, working with the placement process for individuals in order to promote living in the least restrictive settings and institutional diversion.

4. Serves as liaison between the Regional Community Services office and the 310 case managers and provides technical assistance with standards compliance.

5. Serves as case manager for select group of individuals in order to facilitate community living. Reviews Plan of Care and quarterly narratives.
   KB 1/12/07 *types* WB 1/12/07

6. Composes clinical documents, reports and correspondence on individuals, programs, issues for use in client services and program enhancement.

**WORK HABITS:** Provide a check in the appropriate space to document that the policies and procedures concerning the following areas have been discussed with the employee. For instructions, refer to the Performance Appraisal Manual and policies of the agency.

CHECK WHEN DISCUSSED:

_____      Attendance

_____      Punctuality

_____      Cooperation with Coworkers

_____      Compliance with Rules

---

**PREAPPRAISAL SIGNATURES:** Signatures are mandatory.

Date the Preappraisal Session was held with the employee: 1/4/07 1st mtg    1/12/07 2nd mtg

Employee Signature: (denotes discussion and receipt of form, not agreement) *Winfred G Berkley*

Rater Signature: (denotes discussion and employee receipt of form) *Kendra Butler*

Reviewer Signature: *Jerrlyn L. Sinclair*

---

### EMPLOYEE PERFORMANCE MIDAPPRAISAL

Describe any employee's strength(s) in performing responsibilities and/or conducting work habits, as observed, during the first half of the appraisal period.

_____

_____

_____

Describe any area(s) that the employee needs to improve in performance of responsibilities and/or work habits, as observed, during the first half of the appraisal period. Document any actions taken or the corrective action plan that was developed to improve the areas of weakness. If a plan has not been developed, it is appropriate for the rater to consider developing a plan at this time.

_____

_____

_____

State the areas where the employee has performed in a fully competent manner during the first half of the appraisal period. Documentation in this area means that the employee performed to the expected level of performance as discussed in the Preappraisal session. If there is no documentation in the first two areas, this section should be completed.

_____

_____

_____

A Midappraisal session has been held on this date and performance has been discussed:_____

Employee Signature:_____      Initial if comments attached:_____

Rater Signature:_____      Initial if comments attached:_____

Reviewer Signature:_____      Initial if comments attached:_____

(Signatures denote that a Midappraisal session has been held between the supervisor and employee. Signatures are mandatory. Employee signature does not denote agreement but discussion of the form and rater comments. Comments may be attached. The person attaching comments must initial in the appropriate space.)