Memorandum

TO:     Winifred Blackledge

FROM:  Kendra Butler *KB*

DATE:  January 4, 2007

RE:     Leaving Early


You left work at approximately 3:15 p.m. on this date. Ms. Jerryln London, RCS Director, observed you backing out to leave, as she was returning to the office. You indicated in the "Time Out" block on the Region III Community Services Sign In/Out Sheet that you left at 3:30 p.m. The only other documentation in your sign in/out area was the time you signed in this morning which was 7:05 a.m.


Pc Jerryln London



50

-36-