## Alabama Department of Mental Health and Mental Retardation

### Court Report of Black Applicants
### January - June 2002

| | | |
|---|---:|---:|
| **Total Applied:** | **751** | |
| Black: | 315 | 42% |
| | | |
| **Total Appointed:** | **130** | |
| Black: | 54 | 42% |
| White: | 76 | 58% |
| Other: | 0 | 0% |

# Alabama Department of Mental Health and Mental Retardation

## Court Report of Black Applicants
### July - December 2002

| | | |
|---|---|---|
| **Total Applied:** | 788 | |
| Black: | 313 | 40% |
| | | |
| **Total Appointed:** | 150 | |
| Black: | 55 | 37% |
| White: | 91 | 61% |
| Other: | 4 | 3% |

## Alabama Department of Mental Health and Mental Retardation

### Court Report of Black Applicants
### July - December 2003

| | | |
|---|---:|---:|
| **Total Applied:** | 573 | |
| Black: | 166 | 29% |
| | | |
| **Total Appointed:** | 105 | |
| Black: | 41 | 39% |
| White: | 63 | 60% |
| Other: | 1 | 1% |

# Alabama Department of Mental Health and Mental Retardation

## Court Report of Black Applicants
## January - June 2004

| | | |
|---|---|---|
| **Total Applied:** | **383** | |
| Black: | 186 | 49% |
| | | |
| **Total Appointed:** | **118** | |
| Black: | **63** | 53% |
| White: | **54** | 46% |
| Other: | **1** | 1% |

# Alabama Department of Mental Health and Mental Retardation

## Court Report of Black Applicants
## July - December 2004

| | | |
|---|---|---|
| **Total Applied:** | 587 | |
| Black: | 267 | 46% |
| | | |
| **Total Appointed:** | 142 | |
| Black: | 54 | 38% |
| White: | 84 | 59% |
| Other: | 4 | 3% |

## Alabama Department of Mental Health and Mental Retardation

### Court Report of Black Applicants
### January - June 2005

| | | |
|---|---:|---:|
| **Total Applied:** | **482** | |
| Black: | 222 | 46% |
| | | |
| **Total Appointed:** | **114** | |
| Black: | 43 | 38% |
| White: | 70 | 61% |
| Other: | 1 | 1% |

3591

### Alabama Department of Mental Health and Mental Retardation

#### Court Report of Black Applicants
#### July - December 2005

| | | |
|---|---|---|
| **Total Applied:** | 838 | |
| Black: | 429 | 51% |
| | | |
| **Total Appointed:** | 165 | |
| Black: | 77 | 47% |
| White: | 84 | 51% |
| Other: | 4 | 2% |

**Alabama Department of Mental Health and Mental Retardation**

Court Report of Black Applicants
January - June 2006

| | | |
|---|---:|---:|
| **Total Applied:** | 722 | |
| Black: | 348 | 48% |
| | | |
| **Total Appointed:** | 157 | |
| Black: | 57 | 36% |
| White: | 95 | 61% |
| Other: | 5 | 3% |

3583