

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Birmingham District Office

Ridge Park Place
1130 22nd Street, South, Suite 2000
Birmingham, AL 35205
(205) 212-2100
TTY (205) 212-2112
FAX (205) 212-2105

Charge Number:   130 2004 03106
Winifred Blackledge v Alabama Department of
Mental Health & Mental Retardation

Mr. David E. Jackson
ALABAMA DEPARTMENT OF MENTAL
    HEALTH AND MENTAL RETARDATION
RSA Union Building
100 North Union Street
Montgomery, AL 36130-1410

Dear Mr. Jackson:

The U.S. Equal Employment Opportunity Commission (EEOC) has determined that efforts to conciliate this charge as required by Title VII of the Civil Rights Act of 1964 (Title VII), as amended, have been unsuccessful. This letter constitutes the notice required by Section 1601.25 of the EEOC's Regulations which provides that the EEOC shall notify a respondent in writing when it determines that further conciliation efforts would be futile or non-productive.

No further efforts to conciliate this case will be made by the EEOC. Accordingly, we are at this time forwarding the case to the Legal Unit for review by the Commission and a litigation recommendation to the U.S. Department of Justice.

Sincerely,

_____8/31/05_____                _____
Date                                  Bernice Williams-Kimbrough
                                      District Director



PLAINTIFF'S EXHIBIT
83