DEPARTMENT OF MENTAL HEALTH/MENTAL RETARDATION

APPLICANT ASSESSMENT FORM

APPLICANT NAME: *Winifred Blackledge*     POSITION TITLE: **Community Relations Spec. III**

FACTORS: Listed below are the knowledge, skills, and abilities necessary for satisfactory job performance.

INSTRUCTIONS: Mark the category that best describes the applicant for each factor.  DO NOT split ratings between categories.

|  | | Inadequate (0) | Adequate (1) | Good (2) | Outstanding (3) |
|---|---|---|---|---|---|
| 1. | Knowledge of DMH/MR and Community Services and programs | | | | ✓ |
| 2. | Knowledge of functional assessment tools used during training | | ✓ | | |
| 3. | Knowledge of person-centered planning | | | ✓ | |
| 4. | Ability to provide transition support | | ✓ | ✓ | |
| 5. | Ability to plan, organize, and prioritize work | | | | |
| 6. | Ability to provide training, provide technical assistance, and monitor service delivery | | | ✓ | |
| 7. | Ability to communicate effectively and express ideas in a clear and concise manner | | | ✓ | |
| 8. | Ability to work with contractors and independent consultants | | | ✓ | |
| 9. | **Ability to travel | | | | ✓ |
| 10. | **Ability to be on call 24 hours | | | | ✓ |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |

** Ratings given should indicate adequate or inadequate

Rating:

| Inadequate | 0 | X | 0 | = | 0 |
| Adequate | 1 | X | 2 | = | 2 |
| Good | 2 | X | 4 | = | 8 |

DEPARTMENT OF MENTAL HEALTH/MENTAL RETARDATION

DEPARTMENT OF MENTAL HEALTH/MENTAL RETARDATION



PLAINTIFF'S EXHIBIT

16

- - - - - △ - - - △ - - - △ - - - △ - - - △ - - - △ - - - △ - - - -

## DEPARTMENT OF MENTAL HEALTH/MENTAL RETARDATION
### APPLICANT ASSESSMENT FORM

APPLICANT NAME: _Mickey Gregory_    POSITION TITLE: **Community Relations Spec. III**

FACTORS: Listed below are the knowledge, skills, and abilities necessary for satisfactory job performance.

INSTRUCTIONS: Mark the category that best describes the applicant for each factor. DO NOT split ratings between categories.

|  | Inadequate (0) | Adequate (1) | Good (2) | Outstanding (3) |
|---|---|---|---|---|
| 1. Knowledge of DMH/MR and Community Services and programs | | | | ✓ |
| 2. Knowledge of functional assessment tools used during training | | | ✓ | |
| 3. Knowledge of person-centered planning | | ✓ | | |
| 4. Ability to provide transition support | | | ✓ | |
| 5. Ability to plan, organize, and prioritize work | | | | |
| 6. Ability to provide training, provide technical assistance, and monitor service delivery | | | | ✓ |
| 7. Ability to communicate effectively and express ideas in a clear and concise manner | | | | ✓ |
| 8. Ability to work with contractors and independent consultants | | | | ✓ |
| 9. **Ability to travel | | | ✓ | |
| 10. **Ability to be on call 24 hours | | | ✓ | |
| 11. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |

** Ratings given should indicate adequate or inadequate

Rating:

| | | | | | | |
|---|---|---|---|---|---|---|
| Inadequate | 0 | X | ____ | = | ____ | |
| Adequate | 1 | X | 1 | = | 1 | |
| Good | 2 | X | 4 | = | 8 | |
| Outstanding | 3 | X | 4 | = | 12 | |

TOTAL: 21

INTERVIEWER NAME: _Susan Stuardi_    TITLE: _Dir RCS_

DATE: _12-5-03_

## DEPARTMENT OF MENTAL HEALTH/MENTAL RETARDATION

### APPLICANT ASSESSMENT FORM

APPLICANT NAME: *Mickey Groggle*     POSITION TITLE: **Community Relations Spec. III**

FACTORS: Listed below are the knowledge, skills, and abilities necessary for satisfactory job performance.

INSTRUCTIONS: Mark the category that best describes the applicant for each factor. DO NOT split ratings between categories.

| | | Inadequate (0) | Adequate (1) | Good (2) | Outstanding (3) |
|---|---|:---:|:---:|:---:|:---:|
| 1. | Knowledge of DMH/MR and Community Services and programs | | ✓ | | |
| 2. | Knowledge of functional assessment tools used during training | | | ✓ | |
| 3. | Knowledge of person-centered planning | | ✓ | | |
| 4. | Ability to provide transition support | | | ✓ | |
| 5. | Ability to plan, organize, and prioritize work | | | | ∟ |
| 6. | Ability to provide training, provide technical assistance, and monitor service delivery | | | ✓ | |
| 7. | Ability to communicate effectively and express ideas in a clear and concise manner | | | ✓ | |
| 8. | Ability to work with contractors and independent consultants | | | ✓ | → JIC |
| 9. | **Ability to travel | | | | ✓ |
| 10. | **Ability to be on call 24 hours | | | | 3 ✓ |
| 11. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |

** Ratings given should indicate adequate or inadequate

Rating:

| | | | | | |
|---|---|---|---|---|---|
| Inadequate | 0 | x | 0 | = | 0 |
| Adequate | 1 | x | 2 | = | 2 |
| Good | 2 | x | 5 | = | 10 |
| Outstanding | 3 | x | 2 | = | 6 |
| | | | TOTAL: | | 18 |

INTERVIEWER NAME: *Jerryln R. Loxda*   TITLE: *CSS IV*

DATE: 12/3/03

DEPARTMENT OF MENTAL HEALTH/MENTAL RETARDATION

APPLICANT ASSESSMENT FORM

APPLICANT NAME: *Mickie Groggel*    POSITION TITLE: **Community Relations Spec. III**

FACTORS: Listed below are the knowledge, skills, and abilities necessary for satisfactory job performance.

INSTRUCTIONS: Mark the category that best describes the applicant for each factor. DO NOT split ratings between categories.

| | Inadequate (0) | Adequate (1) | Good (2) | Outstanding (3) |
|---|---|---|---|---|
| 1. Knowledge of DMH/MR and Community Services and programs | | | | ✓ |
| 2. Knowledge of functional assessment tools used during training | | | | ✓ |
| 3. Knowledge of person-centered planning | | | ✓ | |
| 4. Ability to provide transition support | | | ✓ | |
| 5. Ability to plan, organize, and prioritize work | | | | ✓ |
| 6. Ability to provide training, provide technical assistance, and monitor service delivery | | | ✓ | |
| 7. Ability to communicate effectively and express ideas in a clear and concise manner | | | | ✓ |
| 8. Ability to work with contractors and independent consultants | | | ✓ | |
| 9. **Ability to travel | | | ✓ | |
| 10. **Ability to be on call 24 hours | | | | ✓ |
| 11. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |

** Ratings given should indicate adequate or inadequate

Rating:

| Inadequate | 0 | X | 0 | = | |
| Adequate | 1 | X | 0 | = | |
| Good | 2 | X | 4 | = | 8 |
| Outstanding | 3 | X | 6 | = | 18 |
| | | | TOTAL: | 26 | |

INTERVIEWER NAME: *Joan Owens*    TITLE: *Per Spec.*

DATE: *12-3-03*

## DEPARTMENT OF MENTAL HEALTH/MENTAL RETARDATION

### APPLICANT ASSESSMENT FORM

**APPLICANT NAME:** *Mildred Groggel*     **POSITION TITLE:** **Community Relations Spec. III**

**FACTORS:** Listed below are the knowledge, skills, and abilities necessary for satisfactory job performance.

**INSTRUCTIONS:** Mark the category that best describes the applicant for each factor. DO NOT split ratings between categories.

|     |     | Inadequate (0) | Adequate (1) | Good (2) | Outstanding (3) |
|-----|-----|----------------|--------------|----------|-----------------|
| 1.  | Knowledge of DMH/MR and Community Services and programs | | | | 3 |
| 2.  | Knowledge of functional assessment tools used during training | | | | 3 |
| 3.  | Knowledge of person-centered planning | | | 2 | |
| 4.  | Ability to provide transition support | | | 2 | |
| 5.  | Ability to plan, organize, and prioritize work | | | | 3 |
| 6.  | Ability to provide training, provide technical assistance, and monitor service delivery | | | | 3 |
| 7.  | Ability to communicate effectively and express ideas in a clear and concise manner | | | | 3 |
| 8.  | Ability to work with contractors and independent consultants | | | | 3 |
| 9.  | **Ability to travel | | | | 3 |
| 10. | **Ability to be on call 24 hours | | | | 3 |
| 11. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |

** Ratings given should indicate adequate or inadequate

Rating:

| | | | | | |
|---|---|---|---|---|---|
| Inadequate | 0 | X | _____ | = | _____ |
| Adequate | 1 | X | _____ | = | _____ |
| Good | 2 | X | 2 | = | 4 |
| Outstanding | 3 | X | 8 | = | 24 |
| | | | TOTAL: | | 28 |

**INTERVIEWER NAME:** *Hugh O'Neil*     **TITLE:** *CRS III*

**DATE:** *12-03-03*

DEPARTMENT OF MENTAL HEALTH/MENTAL RETARDATION

APPLICANT ASSESSMENT FORM

APPLICANT NAME: *Winifred Blackledge* POSITION TITLE: **Community Relations Spec. III**

FACTORS: Listed below are the knowledge, skills, and abilities necessary for satisfactory job performance.

INSTRUCTIONS: Mark the category that best describes the applicant for each factor. DO NOT split ratings between categories.

| | Inadequate (0) | Adequate (1) | Good (2) | Outstanding (3) |
|---|---|---|---|---|
| 1.  Knowledge of DMH/MR and Community Services and programs | | | | 3 |
| 2.  Knowledge of functional assessment tools used during training | | | | |

DEPARTMENT OF MENTAL HEALTH/MENTAL RETARDATION

APPLICANT ASSESSMENT FORM

## DEPARTMENT OF MENTAL HEALTH/MENTAL RETARDATION
### APPLICANT ASSESSMENT FORM

APPLICANT NAME: *Winifred Blackledge*    POSITION TITLE: **Community Relations Spec. III**

FACTORS: Listed below are the knowledge, skills, and abilities necessary for satisfactory job performance.

INSTRUCTIONS: Mark the category that best describes the applicant for each factor. DO NOT split ratings between categories.

| | Inadequate (0) | Adequate (1) | Good (2) | Outstanding (3) |
|---|---|---|---|---|
| 1. Knowledge of DMH/MR and Community Services and programs | | | ✓ | |
| 2. Knowledge of functional assessment tools used during training | | | ✓ | |
| 3. Knowledge of person-centered planning | | ✓ | | |
| 4. Ability to provide transition support | | ✓ | | |
| 5. Ability to plan, organize, and prioritize work | | ✓ | | |
| 6. Ability to provide training, provide technical assistance, and monitor service delivery | | ✓ | | |
| 7. Ability to communicate effectively and express ideas in a clear and concise manner | | ✓ | | |
| 8. Ability to work with contractors and independent consultants | | ✓ | | |
| 9. **Ability to travel | | | | ✓ |
| 10. **Ability to be on call 24 hours | | | | ✓ |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |

** Ratings given should indicate adequate or inadequate

Rating:

| | | | | |
|---|---|---|---|---|
| Inadequate | 0 | X  0 | = | 0 |
| Adequate | 1 | X  6 | = | 6 |
| Good | 2 | X  2 | = | 6 |
| Outstanding | 3 | X  2 | = | 6 |
| | | TOTAL: | | 18 |

INTERVIEWER NAME: *Joan Owens*    TITLE: *Per. Spec*

DATE: 12-3-03

APPLICANT NAME: _Celestine Kappell_    POSITION TITLE:  **Community Relations Spec. III**

FACTORS:  Listed below are the knowledge, skills, and abilities necessary for satisfactory job performance.

INSTRUCTIONS:  Mark the category that best describes the applicant for each factor.  DO NOT split ratings between categories.

| | Inadequate (0) | Adequate (1) | Good (2) | Outstanding (3) |
|---|---|---|---|---|
| 1.  Knowledge of DMH/MR and Community Services and programs | | | | ✓ |
| 2.  Knowledge of functional assessment tools used during training | | | | ✓ |
| 3.  Knowledge of person-centered planning | | | | ✓ |
| 4.  Ability to provide transition support | | | ✓ | |
| 5.  Ability to plan, organize, and prioritize work | | | ✓ | |
| 6.  Ability to provide training, provide technical assistance, and monitor service delivery | | | ✓ | |
| 7.  Ability to communicate effectively and express ideas in a clear and concise manner | | | | ✓ |
| 8.  Ability to work with contractors and independent consultants | | | ✓ | |
| 9.  **Ability to travel | | | ✓ | |
| 10.  **Ability to be on call 24 hours | | | ✓ | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |

** Ratings given should indicate adequate or inadequate

Rating:

| | | | | | | |
|---|---|---|---|---|---|---|
| Inadequate | 0 | X | _____ | = | _____ |
| Adequate | 1 | X | _____ | = | _____ |
| Good | 2 | X | 6 | = | 12 |
| Outstanding | 3 | X | 4 | = | 12 |
| | | | TOTAL: | 022 | |

INTERVIEWER NAME: _Susan Stuard_    TITLE: _Dir RCS_

DATE: _12-5-03_

| | | | | |
|---|---|---|---|---|
| 1. | Knowledge of DMR and Community Services and program | | | Nac |
| 2. | Knowledge of functional assessment tools used during training | | | ✓ |
| 3. | Knowledge of person-centered planning | | | ✓ |
| 4. | Ability to provide transition support | | | ✓ |
| 5. | Ability to plan, organize, and prioritize work | | | ✓ |
| 6. | Ability to provide training, provide technical assistance, and monitor service delivery | | | ✓ |
| 7. | Ability to communicate effectively and express ideas in a clear and concise manner | | | ✓ |
| 8. | Ability to work with contractors and independent consultants | | | ✓ |
| 9. | **Ability to travel | | | ✓ |
| 10. | **Ability to be on call 24 hours | | | ✓ |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |

** Ratings given should indicate adequate or inadequate

Rating:

| | | | | | |
|---|---|---|---|---|---|
| Inadequate | 0 | X | 0 | = | 0 |
| Adequate | 1 | X | 0 | = | 0 |
| Good | 2 | X | + | = | 2J Jke |
| Outstanding | 3 | X | 10.9 | = | 2A 30 leu |
| | | | TOTAL: | | 29 30 Re |

INTERVIEWER NAME: _Jerryln R. London_ TITLE: _CSS IV_

DATE: _12/3/03_

## DEPARTMENT OF MENTAL HEALTH/MENTAL RETARDATION

## APPLICANT ASSESSMENT FORM

APPLICANT NAME: _Kathi Allen_    POSITION TITLE: **Community Relations Spec. III**

FACTORS:  Listed below are the knowledge, skills, and abilities necessary for satisfactory job performance.

INSTRUCTIONS:  Mark the category that best describes the applicant for each factor.  DO NOT split ratings between categories.

| | Inadequate (0) | Adequate (1) | Good (2) | Outstanding (3) |
|---|---|---|---|---|
| 1.  Knowledge of DMH/MR and Community Services and programs | | | | ✓ |
| 2.  Knowledge of functional assessment tools used during training | | | | ✓ |
| 3.  Knowledge of person-centered planning | | | ✓ | |
| 4.  Ability to provide transition support | | | ✓ | |
| 5.  Ability to plan, organize, and prioritize work | | | | ✓ |
| 6.  Ability to provide training, provide technical assistance, and monitor service delivery | | | ✓ | |
| 7.  Ability to communicate effectively and express ideas in a clear and concise manner | | ✓ | | |
| 8.  Ability to work with contractors and independent consultants | | | | ✓ |
| 9.  **Ability to travel | | | ✓ | |
| 10.  **Ability to be on call 24 hours | | | ✓ | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |

** Ratings given should indicate adequate or inadequate

Rating:

| | | | | | |
|---|---|---|---|---|---|
| Inadequate | 0 | X | ____ | = | 0 |
| Adequate | 1 | X | 1 | = | 1 |
| Good | 2 | X | 5 | = | 10 |
| Outstanding | 3 | X | 4 | = | 12 |
| | | | TOTAL: | | 23 |

INTERVIEWER NAME: _Susan Stuardi_    TITLE: _Dir RCS_

DATE: _12-5-03_

DEPARTMENT OF MENTAL HEALTH/MENTAL RETARDATION

APPLICANT ASSESSMENT FORM

APPLICANT NAME: _Celestine Chappell_    POSITION TITLE: **Community Relations Spec. III**

FACTORS:  Listed below are the knowledge, skills, and abilities necessary for satisfactory job performance.

INSTRUCTIONS:  Mark the category that best describes the applicant for each factor.  DO NOT split ratings between categories.

| | Inadequate (0) | Adequate (1) | Good (2) | Outstanding (3) |
|---|---|---|---|---|
| 1.   Knowledge of DMH/MR and Community Services and programs | | | ✓ | |
| 2.   Knowledge of functional assessment tools used during training | | | ✓ | ✓ |
| 3.   Knowledge of person-centered planning | | | | ✓ |
| 4.   Ability to provide transition support | | | | ✓ |
| 5.   Ability to plan, organize, and prioritize work | | | | ✓ |
| 6.   Ability to provide training, provide technical assistance, and monitor service delivery | | | ✓ | |
| 7.   Ability to communicate effectively and express ideas in a clear and concise manner | | | | ✓ |
| 8.   Ability to work with contractors and independent consultants | | | | ✓ |
| 9.   **Ability to travel | | | | ✓ |
| 10.   **Ability to be on call 24 hours | | | | ✓ |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |

** Ratings given should indicate adequate or inadequate

Rating:

| | | | | | |
|---|---|---|---|---|---|
| Inadequate | 0 | X | _____ | = | _____ |
| Adequate | 1 | X | _____ | = | _____ |
| Good | 2 | X | 2 | = | 4 |
| Outstanding | 3 | X | 8 | = | 24 |
| | | | TOTAL: | 28 | |

INTERVIEWER NAME: _____    TITLE: _CRS II_

DATE: _22/03/03_

**FACTORS:** Listed below are the knowledge, skills, and abilities necessary for satisfactory job performance.

**INSTRUCTIONS:** Mark the category that best describes the applicant for each factor. DO NOT split ratings between categories.

| | Inadequate (0) | Adequate (1) | Good (2) | Outstanding (3) |
|---|---|---|---|---|
| 1. Knowledge of DMH/MR and Community Services and programs | | ✓ | ✓ | |
| 2. Knowledge of functional assessment tools used during training | | | | ✓ |
| 3. Knowledge of person-centered planning | | ✓ | | |
| 4. Ability to provide transition support | | ✓ | | |
| 5. Ability to plan, organize, and prioritize work | | ✓ | | |
| 6. Ability to provide training, provide technical assistance, and monitor service delivery | | | ✓ | |
| 7. Ability to communicate effectively and express ideas in a clear and concise manner | | | ✓ | |
| 8. Ability to work with contractors and independent consultants | | | ✓ | ✓ JRL |
| 9. **Ability to travel | | | | ✓ |
| 10. **Ability to be on call 24 hours | | | | ✓ |
| 11. | | | | |
| 12. | | | | |
| 14. | | | | |
| 15. | | | | |

** Ratings given should indicate adequate or inadequate

Rating:

| | | | | | |
|---|---|---|---|---|---|
| Inadequate | 0 | X | | = | 0 |
| Adequate | 1 | X | 4 5 | = | 4 5 |
| Good | 2 | X | 3 | = | 6 |
| Outstanding | 3 | X | 3 | = | 9 |
| | | | TOTAL: | | 19 20 |

INTERVIEWER NAME: _Jerryln R. London_  TITLE: _CSS III_

DATE: _____

| | Inadequate (0) | Adequate (1) | Good (2) | Outstanding (3) |
|---|---|---|---|---|
| 1. Knowledge of DMH/MR and Community Services and programs | | | | ✓ |
| 2. Knowledge of functional assessment tools used during training | | | | ✓ |
| 3. Knowledge of person-centered planning | | | ✓ | |
| 4. Ability to provide transition support | | | ✓ | |
| 5. Ability to plan, organize, and prioritize work | | | ✓ | |
| 6. Ability to provide training, provide technical assistance, and monitor service delivery | | | ✓ | |
| 7. Ability to communicate effectively and express ideas in a clear and concise manner | | | | ✓ |
| 8. Ability to work with contractors and independent consultants | | | | ✓ |
| 9. **Ability to travel | | | | ✓ |
| 10. **Ability to be on call 24 hours | | | | ✓ |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |

** Ratings given should indicate adequate or inadequate

Rating:

| Inadequate | 0 | X | 0 | = | _____ |
|---|---|---|---|---|---|
| Adequate | 1 | X | 0 | = | _____ |
| Good | 2 | X | 4 | = | 8 |
| Outstanding | 3 | X | 6 | = | 18 |
| | | | TOTAL: | | 26 |

INTERVIEWER NAME: _Joan Owens_    TITLE: _Per Spec_

DATE: _17-3-03_

## DEPARTMENT OF MENTAL HEALTH/MENTAL RETARDATION

## APPLICANT ASSESSMENT FORM

APPLICANT NAME: _Melissa Ezell_        POSITION TITLE: __Community Relations Spec. III__

FACTORS: Listed below are the knowledge, skills, and abilities necessary for satisfactory job performance.

INSTRUCTIONS: Mark the category that best describes the applicant for each factor. DO NOT split ratings between categories.

| | | Inadequate (0) | Adequate (1) | Good (2) | Outstanding (3) |
|---|---|---|---|---|---|
| 1. | Knowledge of DMH/MR and Community Services and programs | | | | ✓ |
| 2. | Knowledge of functional assessment tools used during training | | ✓ | | |
| 3. | Knowledge of person-centered planning | | | ✓ | |
| 4. | Ability to provide transition support | | | ✓ | |
| 5. | Ability to plan, organize, and prioritize work | | | ✓ | |
| 6. | Ability to provide training, provide technical assistance, and monitor service delivery | | | ✓ | |
| 7. | Ability to communicate effectively and express ideas in a clear and concise manner | | ✓ | | |
| 8. | Ability to work with contractors and independent consultants | | | ✓ | |
| 9. | **Ability to travel | | | | ✓ |
| 10. | **Ability to be on call 24 hours | | | | ✓ |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |

** Ratings given should indicate adequate or inadequate

Rating:

| | | | | | | |
|---|---|---|---|---|---|---|
| Inadequate | 0 | X | 0 | = | 0 |
| Adequate | 1 | X | 2 | = | 2 |
| Good | 2 | X | 5 | = | 10 |
| Outstanding | 3 | X | ~~3~~ | = | 9 |

TOTAL: 21

## DEPARTMENT OF MENTAL HEALTH/MENTAL RETARDATION
### APPLICANT ASSESSMENT FORM

APPLICANT NAME: _Melissa Ezelle_     POSITION TITLE: **Community Relations Spec. III**

FACTORS: Listed below are the knowledge, skills, and abilities necessary for satisfactory job performance.

INSTRUCTIONS: Mark the category that best describes the applicant for each factor. DO NOT split ratings between categories.

| | Inadequate (0) | Adequate (1) | Good (2) | Outstanding (3) |
|---|---|---|---|---|
| 1. Knowledge of DMH/MR and Community Services and programs | | | ✓ | |
| 2. Knowledge of functional assessment tools used during training | | | ✓ | |
| 3. Knowledge of person-centered planning | | | | ✓ |
| 4. Ability to provide transition support | ✓ | | | |
| 5. Ability to plan, organize, and prioritize work | | ✓ | | |
| 6. Ability to provide training, provide technical assistance, and monitor service delivery | | | ✓ | |
| 7. Ability to communicate effectively and express ideas in a clear and concise manner | | | ✓ | |
| 8. Ability to work with contractors and independent consultants | | | ✓ | |
| 9. **Ability to travel | | | | ✓ |
| 10. **Ability to be on call 24 hours | | | | ✓ |
| 11. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |

** Ratings given should indicate adequate or inadequate

Rating:
Inadequate   0  X  1  =  0
Adequate     1  X  1  =  1
Good         2  X  5  =  10
Outstanding  3  X  3  =  9
                 TOTAL:  20

INTERVIEWER NAME: _____     TITLE: _CSS III_
DATE: _12/03/03_

APPLICANT NAME: _Melissa Ezell_    POSITION TITLE: **Community Relations Spec. III**

FACTORS: Listed below are the knowledge, skills, and abilities necessary for satisfactory job performance.

INSTRUCTIONS: Mark the category that best describes the applicant for each factor. DO NOT split ratings between categories.

|  |  | Inadequate (0) | Adequate (1) | Good (2) | Outstanding (3) |
|---|---|---|---|---|---|
| 1. | Knowledge of DMH/MR and Community Services and programs |  |  |  | ✓ |
| 2. | Knowledge of functional assessment tools used during training |  |  |  | 3 ✓ |
| 3. | Knowledge of person-centered planning |  |  |  | ✓ |
| 4. | Ability to provide transition support |  |  |  | 3 ✓ |
| 5. | Ability to plan, organize, and prioritize work |  |  |  | ✓ |
| 6. | Ability to provide training, provide technical assistance, and monitor service delivery |  |  |  | ✓ |
| 7. | Ability to communicate effectively and express ideas in a clear and concise manner |  |  |  | 3 ✓ |
| 8. | Ability to work with contractors and independent consultants |  |  |  | 3 ✓ |
| 9. | **Ability to travel |  |  |  | 3 ✓ |
| 10. | **Ability to be on call 24 hours |  |  |  | ✓ |
| 11. |  |  |  |  |  |
| 12. |  |  |  |  |  |
| 13. |  |  |  |  |  |
| 14. |  |  |  |  |  |
| 15. |  |  |  |  |  |

** Ratings given should indicate adequate or inadequate

Rating:

| Inadequate | 0 | X | 0 | = | ____ |
| Adequate | 1 | X | 0 | = | ____ |
| Good | 2 | X | 0 | = | ____ |
| Outstanding | 3 | X | 10 | = | 30 |
|  |  |  | TOTAL: | 30 |

INTERVIEWER NAME: _Jerryln London_    TITLE: _CSS IV_

DATE: _12/3/03_

INTERVIEWER NAME: _John Owens_    TITLE: _Per Spec_

DATE: _12-3-03_

INSTRUCTIONS:  Mark the category that best describes the applicant for each factor.  DO NOT split ratings between categories.

|  | | Inadequate (0) | Adequate (1) | Good (2) | Outstanding (3) |
|---|---|---|---|---|---|
| 1. | Knowledge of DMH/MR and Community Services and programs | | ✓ | | |
| 2. | Knowledge of functional assessment tools used during training | | ✓ | | |
| 3. | Knowledge of person-centered planning | | ✓ | | |
| 4. | Ability to provide transition support | | | ✓ | |
| 5. | Ability to plan, organize, and prioritize work | | ✗✗ | ✓ | |
| 6. | Ability to provide training, provide technical assistance, and monitor service delivery | | ✓ | | |
| 7. | Ability to communicate effectively and express ideas in a clear and concise manner | | | ✓ | |
| 8. | Ability to work with contractors and independent consultants | | | ✓ | |
| 9. | **Ability to travel | | | ✓ | |
| 10. | **Ability to be on call 24 hours | | | ✓ | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |

** Ratings given should indicate adequate or inadequate

Rating:

| Inadequate | 0 | X | _____ | = | _____ |
|---|---|---|---|---|---|
| Adequate | 1 | X | 4 | = | 4 |
| Good | 2 | X | 6 | = | 12 |
| Outstanding | 3 | X | _____ | = | _____ |
| | | | TOTAL: | | 16 |

INTERVIEWER NAME: _Susan Stuardi_  TITLE: _Dir RCS_

DATE: _12-5-03_

INSTRUCTIONS:  Mark the category that best describes the applicant for each factor.  DO NOT split ratings between categories.

|     | | Inadequate (0) | Adequate (1) | Good (2) | Outstanding (3) |
|-----|---|:---:|:---:|:---:|:---:|
| 1. | Knowledge of DMH/MR and Community Services and programs | ✓ | | | |
| 2. | Knowledge of functional assessment tools used during training | | ✓ | | |
| 3. | Knowledge of person-centered planning | ✓ | | | |
| 4. | Ability to provide transition support | | ✓ | | |
| 5. | Ability to plan, organize, and prioritize work | | ✓ | | |
| 6. | Ability to provide training, provide technical assistance, and monitor service delivery | | ✓ | | |
| 7. | Ability to communicate effectively and express ideas in a clear and concise manner | ✓ | | | |
| 8. | Ability to work with contractors and independent consultants | | | | |
| 9. | **Ability to travel | | | ✓ | |
| 10. | **Ability to be on call 24 hours | | | ✓ | |
| 11. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |

** Ratings given should indicate adequate or inadequate

Rating:

| | | | | | |
|---|---|---|---|---|---|
| Inadequate | 0 | X | 3 | = | 0 |
| Adequate | 1 | X | 4 | = | 4 |
| Good | 2 | X | 2 | = | 4 |
| Outstanding | 3 | X | | = | 0 |
| | | | TOTAL: | | 8 |

INTERVIEWER NAME: Susan Stuart  TITLE: Dir RCS

DATE: 12-5-03

DEPARTMENT OF MENTAL HEALTH/MENTAL RETARDATION

APPLICANT ASSESSMENT FORM

APPLICANT NAME: _James Packer_    POSITION TITLE: **Community Relations Spec. III**

FACTORS: Listed below are the knowledge, skills, and abilities necessary for satisfactory job performance.

INSTRUCTIONS: Mark the category that best describes the applicant for each factor. DO NOT split ratings between categories.

| | Inadequate (0) | Adequate (1) | Good (2) | Outstanding (3) |
|---|---|---|---|---|
| 1. Knowledge of DMH/MR and Community Services and programs | | ✓ | | |
| 2. Knowledge of functional assessment tools used during training | | ✓ | | |
| 3. Knowledge of person-centered planning | | ✓ | | |
| 4. Ability to provide transition support | | ✓ | | |
| 5. Ability to plan, organize, and prioritize work | | ✓ | | |
| 6. Ability to provide training, provide technical assistance, and monitor service delivery | | ✓ | | |
| 7. Ability to communicate effectively and express ideas in a clear and concise manner | | ✓ | | |
| 8. Ability to work with contractors and independent consultants | | ✓ | | |
| 9. **Ability to travel | | | | ✓ |
| 10. **Ability to be on call 24 hours | | | | ✓ |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |

** Ratings given should indicate adequate or inadequate

Rating:

| | | | | | | |
|---|---|---|---|---|---|---|
| Inadequate | 0 | X | 0 | = | 0 | |
| Adequate | 1 | X | 8 | = | 8 | |
| Good | 2 | X | 0 | = | 0 | |
| Outstanding | 3 | X | 2 | = | 6 | |

TOTAL: 14

INTERVIEWER NAME: _Jerryles R Lorden_ TITLE: _CSS IV_

DATE: _12/3/63_

INSTRUCTIONS: Mark the category that best describes the applicant for each factor. DO NOT split ratings between categories.

|  | Inadequate (0) | Adequate (1) | Good (2) | Outstanding (3) |
|---|---|---|---|---|
| 1. Knowledge of DMH/MR and Community Services and programs | | | ✓ | |
| 2. Knowledge of functional assessment tools used during training | | ✓ | | |
| 3. Knowledge of person-centered planning | | ✓ | | |
| 4. Ability to provide transition support | | | ✓ | |
| 5. Ability to plan, organize, and prioritize work | | | ✓ | |
| 6. Ability to provide training, provide technical assistance, and monitor service delivery | | ✓ | | |
| 7. Ability to communicate effectively and express ideas in a clear and concise manner | | ✓ | | |
| 8. Ability to work with contractors and independent consultants | | ✓ | | |
| 9. **Ability to travel | | | | ✓ |
| 10. **Ability to be on call 24 hours | | | | ✓ |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |

** Ratings given should indicate adequate or inadequate

Rating:

| | | | | | | |
|---|---|---|---|---|---|---|
| Inadequate | 0 | X | 0 | = | ____ |
| Adequate | 1 | X | 5 | = | 5 |
| Good | 2 | X | 3 | = | 6 |
| Outstanding | 3 | X | 2 | = | 6 |
| | | | TOTAL: | 17 |

INTERVIEWER NAME: _Joan Owens_   TITLE: _Per. Spec._

DATE: _12-3-03_

## DEPARTMENT OF MENTAL HEALTH/MENTAL RETARDATION
### APPLICANT ASSESSMENT FORM

APPLICANT NAME: *James Danker*   POSITION TITLE: **Community Relations Spec. III**

FACTORS: Listed below are the knowledge, skills, and abilities necessary for satisfactory job performance.

INSTRUCTIONS: Mark the category that best describes the applicant for each factor. DO NOT split ratings between categories.

|  | | Inadequate (0) | Adequate (1) | Good (2) | Outstanding (3) |
|---|---|---|---|---|---|
| 1. | Knowledge of DMH/MR and Community Services and programs | ✔ | | | |
| 2. | Knowledge of functional assessment tools used during training | | ✔ | | |
| 3. | Knowledge of person-centered planning | ✔ | | ✔ | |
| 4. | Ability to provide transition support | ✔ | ✔ | | |
| 5. | Ability to plan, organize, and prioritize work | | ✔ | | |
| 6. | Ability to provide training, provide technical assistance, and monitor service delivery | ✔ | | | |
| 7. | Ability to communicate effectively and express ideas in a clear and concise manner | ✔ | | | |
| 8. | Ability to work with contractors and independent consultants | | ✔ | | |
| 9. | **Ability to travel | | | | ✔ |
| 10. | **Ability to be on call 24 hours | | | | ✔ |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |

** Ratings given should indicate adequate or inadequate

Rating:

| | | | | | |
|---|---|---|---|---|---|
| Inadequate | 0 | X | 4 | = | 0 |
| Adequate | 1 | X | 4 | = | 4 |
| Good | 2 | X | 0 | = | 0 |
| Outstanding | 3 | X | 2 | = | 6 |

TOTAL: 10

INTERVIEWER NAME: *Hugh B. Phil*   TITLE: CSS III

DATE: 12/03/03

APPLICANT NAME: _Shenta Williams_    POSITION TITLE: Community Relations Specialist

FACTORS: Listed below are the knowledge, skills, and abilities necessary for satisfactory job performance.

INSTRUCTIONS: Mark the category that best describes the applicant for each factor. DO NOT split ratings between categories.

|  | Inadequate (0) | Adequate (1) | Good (2) | Outstanding (3) |
|---|---|---|---|---|
| 1. Knowledge of DMH/MR and Community Services and programs | | ✓ | | |
| 2. Knowledge of functional assessment tools used during training | | ✓ | | |
| 3. Knowledge of person-centered planning | | ✓ | | |
| 4. Ability to provide transition support | | ✓ | | |
| 5. Ability to plan, organize, and prioritize work | | ✓ | | |
| 6. Ability to provide training, provide technical assistance, and monitor service delivery | | ✓ | | |
| 7. Ability to communicate effectively and express ideas in a clear and concise manner | | ✓ | | |
| 8. Ability to work with contractors and independent consultants | | ✓ | | |
| 9. **Ability to travel | | | ✓ | |
| 10. **Ability to be on call 24 hours | | | ✓ | |
| 11. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |

** Ratings given should indicate adequate or inadequate

Rating:

| | | | | | | |
|---|---|---|---|---|---|---|
| Inadequate | 0 | X | _____ | = | _____ |
| Adequate | 1 | X | 8 | = | 8 |
| Good | 2 | X | 2 | = | 4 |
| Outstanding | 3 | X | _____ | = | _____ |
| | | | TOTAL: | 12 | |

INTERVIEWER NAME: _Susan Stuard_    TITLE: _Dir RCS_

DATE: _12-5-03_

| | | Inadequate | Adequate | Good | Outstanding |
|---|---|---|---|---|---|
| 1. | Knowledge of DMH/MR and Community Services and programs | | | ✓ | |
| 2. | Knowledge of functional assessment tools used during training | | ✓ | | |
| 3. | Knowledge of person-centered planning | | | ✓ | |
| 4. | Ability to provide transition support | | ✓ | | |
| 5. | Ability to plan, organize, and prioritize work | | ✓ | | |
| 6. | Ability to provide training, provide technical assistance, and monitor service delivery | | | ✓ | |
| 7. | Ability to communicate effectively and express ideas in a clear and concise manner | | ✓ | | |
| 8. | Ability to work with contractors and independent consultants | | | ✓ | |
| 9. | **Ability to travel | | | | ✓ |
| 10. | **Ability to be on call 24 hours | | | | ✓ |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |

** Ratings given should indicate adequate or inadequate

Rating:

| | | | | | |
|---|---|---|---|---|---|
| Inadequate | 0 | X | 0 | = | 0 |
| Adequate | 1 | X | 4 | = | 4 |
| Good | 2 | X | 4 | = | 8 |
| Outstanding | 3 | X | 2 | = | 6 |
| | | | TOTAL: | | 18 |

ERVIEWER NAME: _Jerryln London_  TITLE: _CSS IV_

DATE: _12-3-03_

**INSTRUCTIONS:** Mark the category that best describes the applicant for each factor.  DO NOT split ratings between categories.

|  | | Inadequate (0) | Adequate (1) | Good (2) | Outstanding (3) |
|---|---|---|---|---|---|
| 1. | Knowledge of DMH/MR and Community Services and programs | | | ✓ | |
| 2. | Knowledge of functional assessment tools used during training | | ✓ | | |
| 3. | Knowledge of person-centered planning | | | ✓ | |
| 4. | Ability to provide transition support | | ✓ | | |
| 5. | Ability to plan, organize, and prioritize work | | ✓ | | |
| 6. | Ability to provide training, provide technical assistance, and monitor service delivery | | | ✓ | |
| 7. | Ability to communicate effectively and express ideas in a clear and concise manner | | ✓ | | |
| 8. | Ability to work with contractors and independent consultants | | | ✓ | |
| 9. | **Ability to travel | | | | ✓ |
| 10. | **Ability to be on call 24 hours | | | | ✓ |
| 11. | | | | | |
| | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |

** **Ratings given should indicate adequate or inadequate**

Rating:

| | | | | | |
|---|---|---|---|---|---|
| Inadequate | 0 | X | 0 | = | 0 |
| Adequate | 1 | X | 4 | = | 4 |
| Good | 2 | X | 4 | = | 8 |
| Outstanding | 3 | X | 2 | = | 6 |

TOTAL: 18

INTERVIEWER NAME: _Jerrylin London_ TITLE: _CSS IV_

DATE: _12-3-03_

DEPARTMENT OF MENTAL HEALTH/MENTAL RETARDATION

APPLICANT ASSESSMENT FORM

APPLICANT NAME: _Sherrita Williams_    POSITION TITLE: __Community Relations Spec. III__

FACTORS: Listed below are the knowledge, skills, and abilities necessary for satisfactory job performance.

INSTRUCTIONS: Mark the category that best describes the applicant for each factor.  DO NOT split ratings between categories.

|     |  | Inadequate (0) | Adequate (1) | Good (2) | Outstanding (3) |
|-----|--|:---:|:---:|:---:|:---:|
| 1. | Knowledge of DMH/MR and Community Services and programs |  |  | ✓ |  |
| 2. | Knowledge of functional assessment tools used during training |  |  | ✓ |  |
| 3. | Knowledge of person-centered planning |  |  | ✓ |  |
| 4. | Ability to provide transition support |  |  | ✓ |  |
| 5. | Ability to plan, organize, and prioritize work |  | ✓ |  |  |
| 6. | Ability to provide training, provide technical assistance, and monitor service delivery |  |  | ✓ |  |
| 7. | Ability to communicate effectively and express ideas in a clear and concise manner |  |  |  | ✓ |
| 8. | Ability to work with contractors and independent consultants |  |  | ✓ |  |
| 9. | **Ability to travel |  |  | ✓ | ✓ |
| 10. | **Ability to be on call 24 hours |  |  |  | ✓ |
| 11. |  |  |  |  |  |
| 12. |  |  |  |  |  |
| 13. |  |  |  |  |  |
| 14. |  |  |  |  |  |
| 15. |  |  |  |  |  |

** Ratings given should indicate adequate or inadequate

Rating:

| Inadequate | 0 | X | 0 | = | _____ |
| Adequate | 1 | X | 1 | = | 1 |
| Good | 2 | X | 6 | = | 12 |
| Outstanding | 3 | X | 3 | = | 9 |
|  |  |  | TOTAL: | | 22 |

INTERVIEWER NAME: _Joan Owens_    TITLE: _Per. Spec_

DATE: _12-2-05_

DEPARTMENT OF MENTAL HEALTH/MENTAL RETARDATION

APPLICANT ASSESSMENT FORM

APPLICANT NAME: *Sherrita Williams*     POSITION TITLE: **Community Relations Spec. III**

FACTORS: Listed below are the knowledge, skills, and abilities necessary for satisfactory job performance.

INSTRUCTIONS: Mark the category that best describes the applicant for each factor. DO NOT split ratings between categories.

| | Inadequate (0) | Adequate (1) | Good (2) | Outstanding (3) |
|---|---|---|---|---|
| 1. Knowledge of DMH/MR and Community Services and programs | | ✓ | | |
| 2. Knowledge of functional assessment tools used during training | | ✓ | | |
| 3. Knowledge of person-centered planning | | NO | ✓ | |
| 4. Ability to provide transition support | | | ✓ | |
| 5. Ability to plan, organize, and prioritize work | | | ✓ | |
| 6. Ability to provide training, provide technical assistance, and monitor service delivery | | ✓ | | |
| 7. Ability to communicate effectively and express ideas in a clear and concise manner | | ✓ | | |
| 8. Ability to work with contractors and independent consultants | | ✓ | | |
| 9. **Ability to travel | | | | ✓ |
| 10. **Ability to be on call 24 hours | | | | ✓ |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |

** Ratings given should indicate adequate or inadequate

Rating:

| | | | | | | |
|---|---|---|---|---|---|---|
| Inadequate | 0 | X | ___ | = | ___ | |
| Adequate | 1 | X | 5 | = | 5 | |
| Good | 2 | X | 3 | = | 6 | |
| Outstanding | 3 | X | 2 | = | 6 | |
| | | | TOTAL: | | 17 | |

INTERVIEWER NAME: *Hughlett Miller*     TITLE: *CSS III*

DATE: 12/03/03

## DEPARTMENT OF MENTAL HEALTH/MENTAL RETARDATION

### APPLICANT ASSESSMENT FORM

APPLICANT NAME: _James Danker_    POSITION TITLE: **Community Relations Spec. III**

FACTORS: Listed below are the knowledge, skills, and abilities necessary for satisfactory job performance.

INSTRUCTIONS: Mark the category that best describes the applicant for each factor. DO NOT split ratings between categories.

| | | Inadequate (0) | Adequate (1) | Good (2) | Outstanding (3) |
|---|---|---|---|---|---|
| 1. | Knowledge of DMH/MR and Community Services and programs | ✓ | | | |
| 2. | Knowledge of functional assessment tools used during training | | ✓ | | |
| 3. | Knowledge of person-centered planning | ✓ | | ✓ | |
| 4. | Ability to provide transition support | ✓ | ✓ | | |
| 5. | Ability to plan, organize, and prioritize work | | ✓ | | |
| 6. | Ability to provide training, provide technical assistance, and monitor service delivery | ✓ | | | |
| 7. | Ability to communicate effectively and express ideas in a clear and concise manner | ✓ | | | |
| 8. | Ability to work with contractors and independent consultants | | ✓ | | |
| 9. | **Ability to travel | | | | ✓ |
| 10. | **Ability to be on call 24 hours | | | | ✓ |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |

** Ratings given should indicate adequate or inadequate

Rating:

| | | | | | | |
|---|---|---|---|---|---|---|
| Inadequate | 0 | X | 4 | = | 0 | |
| Adequate | 1 | X | 4 | = | 4 | |
| Good | 2 | X | 0 | = | 0 | |
| Outstanding | 3 | X | 2 | = | 6 | |
| | | | TOTAL: | | 10 | |

INTERVIEWER NAME: _Hugh B Phil_    TITLE: _CSS III_

DATE: _12/03/03_

## DEPARTMENT OF MENTAL HEALTH/MENTAL RETARDATION

### APPLICANT ASSESSMENT FORM

APPLICANT NAME: _James Packer_    POSITION TITLE: **Community Relations Spec. III**

FACTORS: Listed below are the knowledge, skills, and abilities necessary for satisfactory job performance.

INSTRUCTIONS: Mark the category that best describes the applicant for each factor. DO NOT split ratings between categories.

|  |  | Inadequate (0) | Adequate (1) | Good (2) | Outstanding (3) |
|---|---|---|---|---|---|
| 1. | Knowledge of DMH/MR and Community Services and programs | | ✓ | | |
| 2. | Knowledge of functional assessment tools used during training | | ✓ | | |
| 3. | Knowledge of person-centered planning | | ✓ | | |
| 4. | Ability to provide transition support | | ✓ | | |
| 5. | Ability to plan, organize, and prioritize work | | ✓ | | |
| 6. | Ability to provide training, provide technical assistance, and monitor service delivery | | ✓ | | |
| 7. | Ability to communicate effectively and express ideas in a clear and concise manner | | ✓ | | |
| 8. | Ability to work with contractors and independent consultants | | ✓ | | |
| 9. | **Ability to travel | | | | ✓ |
| 10. | **Ability to be on call 24 hours | | | | ✓ |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |

** Ratings given should indicate adequate or inadequate

Rating:

| | | | | | |
|---|---|---|---|---|---|
| Inadequate | 0 | X | 0 | = | 0 |
| Adequate | 1 | X | 8 | = | 8 |
| Good | 2 | X | 0 | = | 0 |
| Outstanding | 3 | X | 2 | = | 6 |
| | | | TOTAL: | | 14 |

INTERVIEWER NAME: _Jerylin R Lord_ TITLE: _CSS IV_

DATE: _12/3/03_

DEPARTMENT OF MENTAL HEALTH/MENTAL RETARDATION

APPLICANT ASSESSMENT FORM

APPLICANT NAME: _Sherrita Williams_     POSITION TITLE: **Community Relations Spec. III**

FACTORS: Listed below are the knowledge, skills, and abilities necessary for satisfactory job performance.

INSTRUCTIONS:  Mark the category that best describes the applicant for each factor.  DO NOT split ratings between categories.

|  | Inadequate (0) | Adequate (1) | Good (2) | Outstanding (3) |
|---|---|---|---|---|
| 1.   Knowledge of DMH/MR and Community Services and programs |  |  | ✓ |  |
| 2.   Knowledge of functional assessment tools used during training |  |  | ✓ |  |
| 3.   Knowledge of person-centered planning |  |  | ✓ |  |
| 4.   Ability to provide transition support |  |  | ✓ |  |
| 5.   Ability to plan, organize, and prioritize work |  | ✓ |  |  |
| 6.   Ability to provide training, provide technical assistance, and monitor service delivery |  |  | ✓ |  |
| 7.   Ability to communicate effectively and express ideas in a clear and concise manner |  |  |  | ✓ |
| 8.   Ability to work with contractors and independent consultants |  |  | ✓ |  |
| 9.   **Ability to travel |  |  | ~~✓~~ | ✓ |
| 10.  **Ability to be on call 24 hours |  |  |  | ✓ |
| 11. |  |  |  |  |
| 12. |  |  |  |  |
| 13. |  |  |  |  |
| 14. |  |  |  |  |
| 15. |  |  |  |  |

** Ratings given should indicate adequate or inadequate

Rating:

| | | | | | | |
|---|---|---|---|---|---|---|
| Inadequate | 0 | X | 0 | = | _____ |
| Adequate | 1 | X | 1 | = | 1 |
| Good | 2 | X | 6 | = | 12 |
| Outstanding | 3 | X | 3 | = | 9 |

TOTAL:  22

INTERVIEWER NAME: _Joan Owens_     TITLE: _Per. Spec_

DATE: _12-3-03_