Planning & Quality Assurance Specialist II
#02-25
#8823095
Closing 9/27/02

### Qualified Candidates

1) Thomas, Yolanda      BF

2) Blackledge, Winifred   BF

3) Brewer, Diane         BF

4) Tolbert, Eleanor      BF

5) Ezell, Undissa        BF

6) Williams, Sheritta    BF

7) Giles, Lisa           WF

8  Rosalis, Daphne

### Unqualified Candidates

8) Gordon, Brian         BM

~~9)  Rosalis, Daphne~~

10) Ezell, Undissa       BF



PLAINTIFF'S EXHIBIT 72

0176