Memo

1/12/04

TO: SUSAN STUARDI

FROM: WINIFRED BLACKLEDGE  WB

RE: COMPLINT FILED 12/15/03

On January 9, 2004 you informed that you needed historical information to present to Eranell Wilson regarding my employment with DMR such as: date of original employment, date of transfer to Community Services, classification information and past job functions. Personnel should have all of the information you requested.

You also mentioned during this conversation that you and Henry Ervin were trying to determine what would be the best approach to present to Ms. Wilson to have my position reallocated. One approach you mentioned was a desk audit. A desk audit will be unacceptable to me in resolving my compliant. I qualified for the most recent job announcement for the Community Specialist III (CSII); I am during the job functions that were in the job announcement as well as the job functions of the Community Specialist IV (CSIV). My Employee performance Appraisal (task statements) and Form 40 reflect that I am doing the job functions of the CSII and CSIV positions.

Again, I am requesting to be reallocated to a Mental Health Specialist II. I expect a fair expedite resolution and, I am requesting in writing status reports of how my complaint is being resolved.

P. C: Kathy Sawyer
    Eranell McIntosh-Wilson
    Fordyce Mitchel
    Henry Ervin




3719