# State of Alabama
## Department of Mental Health and Mental Retardation

NUMBER:  60-77

SUBJECT: Personnel
TITLE:   On The Job Harassment/Hostile Work Environment

EFFECTIVE: 8/28/98    REVIEWED: 10/27/06    CHANGED: 6/6/04

RESPONSIBLE OFFICE:  Personnel

APPROVED: *Joe Houston*

I. **POLICY STATEMENT:**

A hostile work environment or on the job harassment will not be tolerated.

II. **DEFINITIONS:**

1. Harassment is visual, verbal, or physical conduct that has the intent or effect of unreasonably interfering with an individual's or group's work performance, or creating an intimidating, hostile, or offensive work environment. The basis for harassment may include race, color, religion, national origin, gender, sexual orientation, age, or disability. (Sexual harassment is addressed in Policy No. 60-76).

2. Race or color refers to individuals of all ethnic groups including but not limited to American Indians, Alaskan Natives, Asians, African-Americans, Caucasians, Hispanics and employees of all skin color.

3. Religion includes all aspects of religious observance and practice as well as belief or non-belief.

4. National origin refers to:

   a. an individual's or ancestor's place of origin or

   b. the physical, culture, or linguistic characteristics of a national origin group attributed to an individual.

5. Gender refers to male or female.


PLAINTIFF'S EXHIBIT 84

DMH/MR Policy 60-77

6. Sexual orientation means regarded or being identified with having a preference for heterosexuality, homosexuality, having a history of such a preference, or being perceived as having such a preference.

7. Age refers to a person's chronological status.

8. Disability refers to a person who:

   a. has a physical or mental impairment that substantially limits one or more of a person's major life activities,

   b. has a record of such impairment, or

   c. is regarded as having such an impairment.

III. **STANDARDS:**

1. The Department of Mental Health and Mental Retardation strives for and expects a professional work environment for all of its employees. A hostile work environment or on the job harassment is inconsistent with this objective and will be viewed as a serious disciplinary matter.

2. Any employee who believes that he/she has been or is being subjected to a hostile work environment or on the job harassment must report the alleged incident as soon as possible. This report should be made to any of the following: supervisor, personnel office, facility or division director, Associate Commissioner, Deputy Commissioner or the Commissioner of the Department of Mental Health and Mental Retardation. The report may be made orally or in writing.

3. Upon receipt of an oral or written report of an incident of a hostile work environment or on the job harassment, the DMH/MR Director of Personnel shall be contacted immediately. The Director of Personnel shall ensure that an investigation of the alleged incident is conducted in a timely manner.

4. Any employee who is found in violation of this policy, after investigation by the proper authority, will be subject to progressive disciplinary action, including termination.

5. The Department of Mental Health and Mental Retardation is not responsible for problems involving a hostile work environment or on the job harassment which are not brought to its attention.