P.C. Henry Ervin
Personnel Office
Department of MH/MR

## DEPARTMENT OF MENTAL HEALTH/MENTAL RETARDATION
## COMPLAINT FORM

Employee: **Winifred Blackledge**   Facility: **Albert Breuer Center**
Classification: **Mental Health Social Worker II**
Department/Unit: **Community Services**

STATEMENT OF COMPLAINT: (Attach additional sheets if necessary)

I am currently performing the job responsibilities of a Community Services Specialist III and Community Services Specialist IV without compensation.

ACTION REQUESTED:

I want to be compensated and promoted to a Mental Health Specialist II.

Employee Signature: **Winifred Blackledge**   Date: **12/15/03**
RECEIVED BY: **Shirley Patterson**   Date: **12-15-03**

Step 1: Immediate Supervisor   Date Received: **12/15/03**   Meeting Date: **Not available**
Name: **Susan Stuardi**   Comments: **Employee on Medical leave — See attached memo**

Step 2: Personnel Office   Date Received: _____   Meeting Date: _____
Name: _____   Comments: _____

Step 3: Personnel Office   Date Received: _____   Meeting Date: _____
Name: _____   Comments: _____

Step 4: Personnel Office   Date Received: _____   Meeting Date: _____
Name: _____   Comments: _____

#10

3728

PLAINTIFF'S EXHIBIT 17

RECEIVED DEC 15 2003 8:30AM SOP