Personnel Department

Employee Name: **WINIFRED A BLACKLEDGE**            Social Security Number: **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**

Agency: **061/MENTAL HEALTH & RETARDATION**         Division: **309E/BREWER DEV CTR**

Classification: **M H SOCIAL WORKER II**            Class Code: **W2000**

Period Covered From: **01/01/2003**  To: **01/01/2004**   Annual Raise Effective: **MARCH 2004**

---

**APPRAISAL SIGNATURES:** Signatures are to be provided after the form has been completed.

| Rating Supervisor | Employee | Reviewing Supervisor |
|---|---|---|
| SSN 412-50-686f | | SSN ___-___-___ |
| *[signature]* | *[signature: Winifred Blackledge]* | |
| Signature | Signature | Signature |
| Date 12-17-03 | Date | Date |
| Initial if comments are attached | Initial if comments are attached | Initial if comments are attached |

---

**PERFORMANCE APPRAISAL SCORE:** Locate the Responsibility Score on the back of this form and write it in the appropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space. The Disciplinary Score is subtracted from the Responsibility Score to derive the Performance Appraisal Score.

    36.2    —    0    =    36.2
Responsibility Score    Disciplinary Score    Performance Appraisal Score

This employee's work:

☐ Does Not Meet Standards (6.6 or below)
☐ Partially Meets Standards (6.7 – 16.6)
☐ Meets Standards (16.7 – 26.6)
☒ Exceeds Standards (26.7 – 36.6)
☐ Consistently Exceeds Standards (36.7 – 40)

---

**WORK HABITS:** Check the appropriate box for each work habit area. If "Noncompliance" is to be marked, a step of the discipline system (warning, reprimand, suspension) must have been taken with the employee during the appraisal period. See the Disciplinary Actions area on the back of this form for disciplinary documentation.

|  | Compliance | Noncompliance |
|---|---|---|
| Attendance | ☐ | ☐ |
| Punctuality | ☐ | ☐ |
| Cooperation with Coworkers | ☐ | ☐ |
| Compliance with Rules | ☐ | ☐ |

PLAINTIFF'S EXHIBIT 29

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Does Not Meet Standards | Partially Meets Standards | Meets Standards | Exceeds Standards | Consistently Exceeds Standards |

| Responsibility | Rating |
|---|---|
| 1. Provides technical assistance and consultations to residential providers in the region ... | 3 |
| 2. Coordinates the monitoring of contracted residential facilities and individuals ... | 4 |
| 3. Assists with the development of residential resources and placement of individuals... | 4 |
| 4. Composes clinical documents, reports and correspondence on individuals, programs ... | 4 |
| 5. Coordinates liaison activities with nursing homes including OBRA screenings and ... | 3 |
| 6. Serves as case manager of a select group of individuals in order to facilitate community... | 4 |
| 7. Updates data and completes special projects related to the operation of community ... | 4 |
| 8. Serves as RCS staff on call on a rotating basis in order to address questions or problem... | 3 |
| 9. | |
| 10. | |

**RESPONSIBILITY SCORE:**

29 ÷ 8 = 3.62    x   10   =   36.2

Total of Responsibilities/Results Ratings / Number of Responsibilities = Average Responsibility Rating x 10 = Responsibility Score

**DISCIPLINARY ACTIONS:** Any disciplinary action taken with the employee during this appraisal period is to be listed below. For each area, list the specific disciplinary step taken, the date of action, and the reason or unwanted behavior it involved. Copies of disciplinary documentation are to be maintained in the agency's personnel files. Remember, appropriate responsibilities and work habit(s) should reflect the fact that performance required disciplinary action.

_____

_____

_____

_____

**DISCIPLINARY SCORE:** This section should include the use of the discipline steps of reprimand and suspension only. The Disciplinary Score does not include warnings (oral). Warnings are documented only in the Work Habits and Disciplinary Actions areas. Identify the most severe step of the discipline system that has been utilized with the employee during this appraisal period. If the most severe step was one or more reprimands, the Disciplinary Score will be 7. If the most severe step was one or more suspensions, the Disciplinary Score will be 17. Otherwise, the Disciplinary Score will be zero.

DISCIPLINARY SCORE: _____