
Mitchel, Fordyce

| | |
|---|---|
| **From:** | skstuardi |
| **Sent:** | Tuesday, January 21, 2003 10:48 AM |
| **To:** | ewilson@mh.state.al.us |
| **Cc:** | fmitchel@mh.state.al.us |
| **Subject:** | CSS III position |
| **Attachments:** | Form 100 (Without FD Approval) css III.doc; ANNOUNCEMENT OF COMMUNITY SERV. SPEC III   12-5-02.doc |

 

Form 100 (Without FD Approval)...

ANNOUNCEMENT COMMUNITY SER

This is the position we have been trying to process since early November.  I plan to use this a a promotional position so the only expense will be a 2 step raise for a current employee.

For the vacancy which will be created we requested that the Dec. OP PlAN Change convert the MH Soc Wrk II position to an MH Specialist so we could eventually acquire a person with a psychology background (Brewer transfer perhaps).  Do not know what was actually included in the OP Plan change that Brewer submitted.
Hope it is not too late to do this.  Your help is appreciated.

--

Susan  Stuardi
MR Region III

---

The NEW Netscape 7.0 browser is now available. Upgrade now!
http://channels.netscape.com/ns/browsers/download.jsp

Get your own FREE, personal Netscape Mail account today at http://webmail.netscape.com/

PLAINTIFF'S EXHIBIT 77