# FREEDOM COURT REPORTING

## Page 1

```
1   IN THE UNITED STATES DISTRICT COURT
2   FOR THE MIDDLE DISTRICT OF ALABAMA
3       SOUTHERN DIVISION
4
5   CIVIL ACTION NUMBER  CV-2:06CV321-ID
6   WINIFRED BLACKLEDGE,
7      Plaintiff(s),
8   v.
9   ALABAMA DEPARTMENT OF MENTAL HEALTH
10  & RETARDATION; COMMISSIONER JOHN
11  HOUSTON in his Official capacity as
12  Commissioner of Alabama Department
13  of Mental Health & Mental
14  Retardation,
15
16      Defendant(s).
17
18      DEPOSITION TESTIMONY OF:
19          SUSAN STUARDI
20  Commissioner:
21  Renny D. McNaughton
22  March 14, 2007
23  Mobile, Alabama
```

## Page 2

```
1       STIPULATION
2       IT IS STIPULATED AND AGREED by and
3   between the parties through their respective
4   counsel that the deposition of Stuardi, may
5   be taken before Renny D. McNaughton, Court
6   Reporter and Notary Public, State at Large,
7   at the offices of Mobile Government Plaza
8   Mobile, Alabama, on the 14th day of March,
9   2007, commencing at approximately 9:15 a.m.
10      IT IS FURTHER STIPULATED AND AGREED
11  that it shall not be necessary for any
12  objections to be made by counsel to any
13  questions, except as to form or leading
14  question and that counsel for the parties
15  may make objections and assign grounds at
16  the time of trial or at the time said
17  deposition is offered in evidence, or prior
18  thereto.
19      In accordance with Rule 5(d) of the
20  Alabama Rules of Civil Procedure, as
21  amended, effective May 15, 1988, I Renny D.
22  McNaughton, am hereby delivering to Josh
23  Wilson the original transcript of the oral
```

## Page 3

```
1   testimony taken the 14th day of March, 2007,
2   along with exhibits.
3       Please be advised that this is the
4   same and not retained by the Court Reporter,
5   nor filed with the Court.
```

## Page 4

```
1           I N D E X
2   EXAMINATION BY:           PAGE NO.
3   Mr. Wilson               7, 164
4   Mr. Tarver               151
5           E X H I B I T S
6   Plaintiff's
7   No. 1         9
8   No. 2        26
9   No. 3        29
10  No. 4        29
11  No. 5        34
12  No. 6        36
13  No. 7        39
14  No. 8        39
15  No. 9        54
16  No. 10       56
17  No. 11       72
18  No. 12       76
19  No. 13       80
20  No. 14       82
21  No. 15       90
22  No. 16      100
```

1 (Pages 1 to 4)



**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660**