IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WINIFRED BLACKLEDGE      ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| vs.    ) | CASE No.: CV 2:06-CV-321-ID |
| ) | |
| ALABAMA DEPARTMENT OF    ) | |
| MENTAL HEALTH & MENTAL    ) | |
| RETARDATION & COMMISSIONER    ) | |
| JOHN HOUSTON, in his Official    ) | |
| Capacity as Commissioner.    ) | |
| ) | |
| Defendants.    ) | |

**PLAINTIFF'S WITNESS LIST**

**COMES NOW**, Plaintiff Winnifred Blackledge and lists the following witnesses that may be used at the trial of this action:

A.    The following is a list of witnesses that Plaintiff expects to call as a witness:

1. Winnifred Blackledge
   c/o Rocco Calamusa; Joshua D. Wilson
   WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
   The Kress Building
   301 19th Street North
   Birmingham, Alabama 35203
   (205) 314-0500

2. Luella Rebecca Green
   5455 Cross Creek Drive
   Mobile, AL 36693
   251-895-2489

3. Roy Jackson

        c/o EEOC
        Ridge Park Place
        Birmingham, AL 35205
        1-800-669-4000

4.    Dr. Susan Blanchard
        Diagnostic and Medical Clinic
        1261 Hillcrest Road, Suite C
        Mobile, AL 36695

5.    Susan Stuardi
        c/o COURTNEY W. TARVER
        Deputy Attorney General and General Counsel
        State of Alabama Department of
        Mental Health and Mental Retardation
        RSA Union Building
        100 N. Union Street
        P.O. Box 301410
        (334) 242-3038

6.    Jerryln London
        c/o COURTNEY W. TARVER
        Deputy Attorney General and General Counsel
        State of Alabama Department of
        Mental Health and Mental Retardation
        RSA Union Building
        100 N. Union Street
        P.O. Box 301410
        (334) 242-3038

7.    Kendra Butler
        c/o COURTNEY W. TARVER
        Deputy Attorney General and General Counsel
        State of Alabama Department of
        Mental Health and Mental Retardation
        RSA Union Building
        100 N. Union Street
        P.O. Box 301410
        (334) 242-3038

8.    Eranell McIntosh-Wilson
        c/o COURTNEY W. TARVER
        Deputy Attorney General and General Counsel

          State of Alabama Department of
Mental Health and Mental Retardation
RSA Union Building
100 N. Union Street
P.O. Box 301410
(334) 242-3038

9.     Fordyce Mitchell
c/o COURTNEY W. TARVER
Deputy Attorney General and General Counsel
State of Alabama Department of
Mental Health and Mental Retardation
RSA Union Building
100 N. Union Street
P.O. Box 301410
(334) 242-3038

10.    Henry Ervin
c/o COURTNEY W. TARVER
Deputy Attorney General and General Counsel
State of Alabama Department of
Mental Health and Mental Retardation
RSA Union Building
100 N. Union Street
P.O. Box 301410
(334) 242-3038

B.     The following is a list of potential witness that Plaintiff may call as witnesses if the need arises, but does not expect to:

1.     Bernice Williams-Kimbrough
Enforcement Supervisor
c/o EEOC
Ridge Park Place
Birmingham, AL 35205
1-800-669-4000

2.     Eddie Abdulhaqq
Enforcement Supervisor
c/o EEOC
Ridge Park Place
Birmingham, AL 35205
1-800-669-4000

3.     John Houston
       c/o COURTNEY W. TARVER
       Deputy Attorney General and General Counsel
       State of Alabama Department of
       Mental Health and Mental Retardation
       RSA Union Building
       100 N. Union Street
       P.O. Box 301410
       Montgomery, Alabama 36130-1410
       (334) 242-3038

4.     Mickey Groggel
       c/o COURTNEY W. TARVER
       Deputy Attorney General and General Counsel
       State of Alabama Department of
       Mental Health and Mental Retardation
       RSA Union Building
       100 N. Union Street
       P.O. Box 301410
       Montgomery, Alabama 36130-1410
       (334) 242-3038

5.     Yolanda Thomas
       c/o COURTNEY W. TARVER
       Deputy Attorney General and General Counsel
       State of Alabama Department of
       Mental Health and Mental Retardation
       RSA Union Building
       100 N. Union Street
       P.O. Box 301410
       Montgomery, Alabama 36130-1410
       (334) 242-3038

6.     Donna Buckley
       c/o COURTNEY W. TARVER
       Deputy Attorney General and General Counsel
       State of Alabama Department of
       Mental Health and Mental Retardation
       RSA Union Building
       100 N. Union Street
       P.O. Box 301410
       Montgomery, Alabama 36130-1410
       (334) 242-3038

7.     Joan Owens
        c/o COURTNEY W. TARVER
        Deputy Attorney General and General Counsel
        State of Alabama Department of
        Mental Health and Mental Retardation
        RSA Union Building
        100 N. Union Street
        P.O. Box 301410
        Montgomery, Alabama 36130-1410
        (334) 242-3038

8.     Melissa Ezell
        3204 East Welborne
        Mobile, Al 36685
        - Telephone number currently unknown

9.     Sherrita Williams
        6600 Fox Creek Dr.
        Eight Mile, AL 36613
        (334) 242-3038

10.    James Packer
        – Telephone Number and Address currently unknown

11.    All employees and/or agents of the Alabama Department of Mental Health and Mental Retardation that may have witnessed any events or occurrences relevant to the claims and defenses made.

12.    All individuals necessary for rebuttal or impeachment purposes even if those names cannot be anticipated at this time.

13.    Any witnesses designated by any other party.

14.    Anyone named or mentioned in any deposition in this case.

15.    Anyone mentioned or named in any document produced in the course of discovery in the case.

16.    Any person deposed in this lawsuit.

17.    Any witnesses needed to authenticate any exhibit utilized at trial.

18.    Plaintiff reserves the right to call any witnesses named by Defendant.

19. Plaintiff reserves the right to use live or deposition testimony of any witness listed by any other party or who is called by any part.

20. Plaintiff reserves the right to amend her witness list.

        Respectfully submitted,

        s/ Joshua D. Wilson
        Rocco Calamusa, Jr.
        Joshua D. Wilson

        *Attorneys for the Plaintiff*

**OF COUNSEL**
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

**CERTIFICATE OF SERVICE**

      I do hereby certify that on this the __5th__ day of __October__, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

TROY KING
ATTORNEY GENERAL

COURTNEY W. TARVER
Deputy Attorney General and General Counsel
State of Alabama Department of
Mental Health and Mental Retardation
RSA Union Building
100 N. Union Street
P.O. Box 301410
Montgomery, Alabama 36130-1410
Phone: (334) 242-3038
Fax:   (334) 242-0924

                                                  /s/ Joshua D. Wilson
                                                  Of Counsel