**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **WINIFRED BLACKLEDGE** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CASE No.: CV 2:06-CV-321-ID** |
| ) | |
| **ALABAMA DEPARTMENT OF** ) | |
| **MENTAL HEALTH & MENTAL** ) | |
| **RETARDATION & COMMISSIONER** ) | |
| **JOHN HOUSTON, in his Official** ) | |
| **Capacity as Commissioner.** ) | |
| ) | |
| **Defendants.** ) | |

## PLAINTIFF'S EXHIBIT LIST

**COMES NOW**, Plaintiff Winnifred Blackledge and lists the following exhibits that may be used at the trial of this action:

1.  PQA II List of Qualified Candidates September 7, 2002 (Bates # 0176) (Plaintiffs' Summary Judgment Response Exh. VV)

2.  PQA II 2002 Job Announcement (Bates # 0001-0002)(Plaintiffs' Summary Judgment Response Exh. I)

3.  PQA II 2002 Announcement to Daphne Rosalis (Bates # 0069 - 0070)(Plaintiffs' Summary Judgment Response Exh. J)

4.  PQA II 2002 Interview Assessment Form (Bates # 0071)(Plaintiffs' Summary Judgment Response Exh. K)

5.  June 16, 1999 Letter from Donna Buckley to Susan Stuardi (CSS II & III Positions) (Bates # 3935)

6.  Memorandum 6/16/99 to Susan Stuardi from Kendra Butler (Bates # 3936)

7.  October 15, 2001 Letter to Susan Stuardi from Winnifred Blackledge (#2)

8. Community Services Organization June 2002

9. CSS III Applicant Evaluation Form (Bates # 0434)

10. Community Services Specialist III Essential Job Functions (Bates # 0442)

11. CSS III Interview Questions (Bates # 0451-0453)

12. March 21, 2002 Letter to Fordyce Mitchell from Susan Stuardi (Staff Functions) (Bates # 3833 - 3834).

13. September 18, 2002 Letter to C&D's from Fordyce Mitchell (re: 04 Budget: new positions) (#3)

14. December 15, 2003 letter faxed on December 17, 2003 to Winnifred Blackledge from Marilyn Benson (ADMHMR) (#4)

15. December 15, 2003 Letter To Henry Ervin from Susan Stuardi (Bates # 0448 - 0449)

16. Applicants for CSS III Position (Bates # 0441)

17. Applicants for CSS III Position With Crossed-Out Names (Bates # 0391)(Plaintiffs' Summary Judgment Response Exh. H)

18. Letter from Susan Stuardi to Mitchell and Ervin (02/20/2004)(Re: alleged preselection)(Plaintiffs' Summary Judgment Response Exh. M)

19. Mildred "Mickey" Groggel Personnel File (Plaintiffs' Summary Judgment Response Exh. N)

20. Mickey Groggel Resume (Bates # 1729 - 1730)

21. Daphne Rosalis Personnel File

22. Winnifred Blackledge Personnel File

23: Announcement of CSS III Position (10/27/2003)(Plaintiffs' Summary Judgment Response Exh. O)(Bates # 00389)(Bates # 5441)(Bates # 0443)

24: Letter from Susan Stuardi to Levi Harris (12/13/2002) (Re: CSS III Position)(Plaintiffs' Summary Judgment Response Exh. P)(Bates # 0462)

25:  Letter from Susan Stuardi to Levi Harris (12/16/2002) (Re: CSS III Position)(Plaintiffs' Summary Judgment Response Exh. Q)(Bates # 0461)

26:  Winnifred Blackledge Letter (10/28/2003)(Re: CSS III Application)(Plaintiffs' Summary Judgment Response Exh. R)(Bates #1765)

27:  Letter to Henry Ervin to Susan Stuardi (12/10/2003)(Re: CSS III Position given to Mickey Groggel)(Plaintiffs' Summary Judgment Response Exh. S)(Bates # 0446)

28:  Letter to Winnifred Blackledge (12/15/2003)(Re; denial of CSS III position)(Plaintiffs' Summary Judgment Response Exh. T)

29:  Plaintiff's Exh. U: CSS III Interview Panel Scoring Sheet (Bates # 3766) (Plaintiffs' Summary Judgment Response Exh. U)

30:  Letter from Winnifred Blackledge to Susan Stuardi (7/12/2002)(Bates # 0466)(Plaintiffs' Summary Judgment Response Exh. V)

31:  CSS III Position Applicant Assessment Forms (Plaintiffs' Summary Judgment Response Exh. UU)

32:  Blackledge Complaint Form (12/15/2003)(Plaintiffs' Summary Judgment Response Exh. AAA)

33:  E-mail From Susan Stuardi (01/21/2003) (Plaintiffs' Summary Judgment Response Exh. HHH)

34:  Letter From Blackledge (Re; Job Duties)(Plaintiffs' Summary Judgment Response Exh. WW)

35:  Response to Complaint (04/05/2004) (Bates # 3537 - 3562)(Plaintiffs' Summary Judgment Response Exh. XX)

36:  Pre-Determination Interview conducted by Roy L. Jackson (EEOC) with Rebecca J. Luck June 27, 2005 (#1)(Bates # 04113)

37:  Recommendation for New Desk Audit (Bates # 3513 - 3522; # 3524 - 3531)(Plaintiffs' Summary Judgment Response Exh. YY)

38:  Letters regarding Desk Audit Findings (Bates # 3571 - 3582)

39:  Procedure for Conducting Job Audits on Exempt Classifications (Bates # 5274 - 5287)

40: Blackledge Performance Appraisal March 2003 (Bates # 1582 - 1583)(Plaintiffs' Summary Judgment Response Exh. BBB)

41: Blackledge Performance Appraisal January 2001 (Bates # 4027 - 4030)(Plaintiffs' Summary Judgment Response Exh. CCC)

42: Blackledge Performance Appraisal January 2002 (Plaintiffs' Summary Judgment Response Exh. DDD)

43: Blackledge Performance Appraisal January 2003 (Plaintiffs' Summary Judgment Response Exh. EEE)

44: Blackledge Performance Appraisal January 2003 (2) (Plaintiffs' Summary Judgment Response Exh. FFF)

45: Blackledge Performance Appraisal January 2004 (Plaintiffs' Summary Judgment Response Exh. GGG)

46: Blackledge EEOC Charge (06/08/2004)(Plaintiffs' Summary Judgment Response Exh. RR)

47: EEOC Finding of Reasonable Cause and Conciliation Draft (07/01/2005)(Plaintiffs' Summary Judgment Response Exh. SS)

48: Letter to David Jackson (08/31/2005)(Plaintiffs' Summary Judgment Response Exh. TT)

49: Note from Jerry London regarding Winnifred Blackledge dated July 15, 2005 (Bates # 5216)

50: E-Mail from London to Mitchell December 22, 2005 (# 36)(Plaintiffs' Summary Judgment Response Exh. MM)

51: Notes dated June 19-20, 2006 (Bates # 5127)

52: Note (Bates Stamped # 5353)

53: Notes dated October 13, 2006 (Bates # 5138)

54: Attachment to Performance Appraisal January 4, 2004 (Bates # 4004-4002)(Plaintiffs' Summary Judgment Response Exh. JJ)

55: Blackledge Performance Appraisal December 2004 (36.3)(Corrected Copy)(Bates # 3366-3367)(Plaintiffs' Summary Judgment Response Exh. CC)

56: Blackledge Performance Appraisal December 2005 (35.7)(Bates #3362-3363)(Plaintiffs' Summary Judgment Response Exh. BB)

57: Blackledge Performance Appraisal December 2005 (28.6)(Plaintiffs' Summary Judgment Response Exh. DD)

58: Blackledge Performance Appraisal January 2006 (Bates # 4060-4061)(Plaintiffs' Summary Judgment Response Exh. Z)

59: Blackledge Mid-Appraisal July 26, 2006 (Bates # 4055-4057)(Plaintiffs' Summary Judgment Response Exh. AA)

60: Memorandum March 27, 2006; London transferred as Supervisor (# 41)(Plaintiffs' Summary Judgment Response Exh. EE)

61: Blackledge Mid-Appraisal June 26, 2006 (Bates # 4060-4061)(Plaintiffs' Summary Judgment Response Exh. II)

62: Blackledge Performance Appraisal January 6, 2007 (1/06/2007)(Plaintiffs' Summary Judgment Response Exh. NN)

63: Letter to Kathi Allen dated March 27, 1998 (Re; two-step increase because of Performance Appraisal)(Bates # 0544)

64: Memorandum from Winnifred Blackledge to Kendra Butler dated September 19, 2006 (#5)

65: Memorandum from Kendra Butler to Winnifred Blackledge dated September 19, 2006 (#6)

66: Memorandum from Winnifred Blackledge to Kendra Butler dated September 19, 2006 (#7)

67: Memorandum from Kendra Butler to Winnifred Blackledge dated September 28, 2006 (#8)

68: Memorandum from Winnifred Blackledge to Joan Owens dated October 16, 2006 (#9)

69: Memorandum from Winnifred Blackledge to Kendra Butler dated October 13, 2006 (#10-11)

70: Kendra Butler e-mail to Winnifred Blackledge dated April 21, 2006 with attached sign-in

sheet (#12-13)

71:  Letter from Winnifred Blackledge to Henry Ervin dated January 26, 2007 (#14)

72:  Memorandum from Jerryln London to Winnifred Blackledge, Donna Buckley, Jean Long dated May 27, 2006 (#15)

73:  Memorandum from Winnifred Blackledge to Jerryln London dated April 12, 2006 (#16)

74:  Memorandum from Winnifred Blackledge to Kendra Butler dated April 26, 2006 (Re; Discrimination Harassment, and Retaliation)(Plaintiffs' Summary Judgment Response Exh. GG; OO) (#18-19)(#103-104)(Bates # 4031-4032)

75:  Attachment to Employee Performance Preappraisal dated July 26, 2006 (#20-21)

76:  Letter from Winnifred Blackledge to Joan Owens dated March 22, 2006 (#22)

77:  Letter from Winnifred Blackledge to Eranell McIntosh-Wilson dated March 21, 2006 Letter from Blackledge March 21, 2006 (Re; Complaint of harassment, discrimination and retaliation)(Bates # 4027 - 4030))(Plaintiffs' Summary Judgment Response Exh. Y; Exh. III)(#23 - 26)

78:  Memorandum from Jerryln London to Winnifred Blackledge March 27, 2006 (Bates # 4025)(Plaintiffs' Summary Judgment Response Exh. X)

79:  Memorandum from Winnifred Blackledge to Kendra Butler dated October 13, 2006 (#27-29)

80:  Memorandum from Winnifred Blackledge to Joan Owens dated October 16, 2006 (# 30

81:  Letter from Kendra Butler to Winnifred Blackledge dated January 4, 2007 (Plaintiffs' Summary Judgment Response Exh. PP) (#31)

82:  Letter from Winnifred Blackledge to Henry Ervin dated January 4, 2007 (Plaintiffs' Summary Judgment Response Exh. KK)(#32-35)

83:  Letter from Kendra Butler to Winnifred Blackledge dated January 5, 2007 (#36)

84:  Letter from Winnifred Blackledge to Henry Ervin dated January 9, 2007 (Bates # 4001-4009)(Plaintiffs' Summary Judgment Response Exh. LL) (#37 - 43)

85:  Letter from Kendra Butler to Winnifred Blackledge dated January 12, 2007 (#44 - 45)

86:   Letter from Kendra Butler to Winnifred Blackledge dated January 12, 2007 (re: Employee Performance Forms) (#46)

87:   Letter from Winnifred Blackledge to Henry Ervin dated January 12, 2007 (Re; Discrimination Harassment, and Retaliation)(Bates # 4015)(Plaintiffs' Summary Judgment Response Exh. HH)(#47-48)

88:   Letter from Winnifred Blackledge to Henry Ervin dated January 16, 2007 (Re; Discrimination Harassment, and Retaliation)(Plaintiffs' Summary Judgment Response Exh. FF)(#49-52)

89:   Letter from Winnifred Blackledge to Henry Ervin dated January 26, 2007 (#53-54)

90:   Letter from Winnifred Blackledge to Henry Ervin dated April 5, 2007 (#59)

91:   Letter from Winnifred Blackledge to Kendra Butler dated April 5, 2007 (# 60-61)

92:   Letter from Winnifred Blackledge to Henry Ervin, Fordyce Mitchell and Pat Martin dated May 3, 2007 (#62)

93:   Letter from Winnifred Blackledge to Kendra Butler dated May 3, 2007 (#63-64)

94:   Letter from Winnifred Blackledge to Kendra Butler dated May 4, 2007 (#65-66)

95:   Letter from Winnifred Blackledge to Kendra Butler dated May 29, 2007 (#67)

96:   Letter from Mamie Mackey to Jerrlyn London to Kendra Butler dated May 30, 2007 (#68)

97:   Letter from Jerrlyn London to Winnifred Blackledge dated June 7, 2007 (#69)

98:   Letter from Winnifred Blackledge to Jerrlyn London to dated June 13, 2007 (#70)

99:   Letter from Winnifred Blackledge to Lori Leathers, Steve Lloyd, Cathy Smith, Yolanda Thomas dated June 13, 2007 (#71-73)

100:  Letter from Winnifred Blackledge to Pat Martin dated June 25, 2007 (#74-75)

101:  Letter from Winnifred Blackledge to Jerrlyn London to dated June 25, 2007 (#76-77)

102:  Second EEOC Charge (Plaintiffs' Summary Judgment Response Exh. W)

103:  Second EEOC Charge (Plaintiffs' Summary Judgment Response Exh. W)

104:  January 9, 2007 Letter to EEOC and Charge of Retaliation / Discrimination

105:  May 30, 2007 Notice of Discrimination / Retaliation Charge filed by EEOC (Bates # 5321 - 5322)

106:  April 25, 2007 Letter to EEOC (Bates Stamped 5293 - 5305)

107:  June 8, 2007 Letter from Ollie Croom from Courtney Tarver (Bates # 5325)

108:  June 13, 2007 Letter to Ollie Croom and attached updated EEOC Charge

109:  July 2, 2007 Letter to Winnifred Blackledge from Delner Thomas-Franklin regarding request for Right to Sue (Bates # 5324)

110:  July 18, 2007 Notice of Right to Sue from Department of Justice

111:  Affidavit of Eranell McIntosh-Wilson (Bates Stamped 5347 - 5352)

112:  ADMHMR's policies and procedures relating to employment discrimination, including the defendant's policies and procedures regarding EEO compliance, retaliation, racial discrimination and racial harassment.

113:  ADMHMR's Personnel Procedures Manual (Bates # 4159 - 4805)

114:  ADMHMR's Policy on Performance Appraisal (Bates # 4274 - 4278)

115:  ADMHR's Policy on Hours of Work (Bates # 4698 - 4709)

116:  ADMHMR's Policy on Leave (Bates # 4235 - 4249)

117:  ADMHMR's Personnel/Payroll Compensatory Time Policy

118:  ADMHMR's Policy on Certifications (Bates # 4201-4207)

119:  ADMHMR's Policy on Promotions (Bates # 4608 - 4625)

120:  ADMHR's Policy on Selection of Candidates (Bates # 4808 - 4814)

121:  ADMHMR's On The Job Harassment/Hostile Work Environment Policy (Plaintiffs' Summary Judgment Response Exh. ZZ) (Bates # 4921 - 4922)

122:  ADMHMR's Personnel / Equal Employment Policy (Bates # 4923)

123: ADMHMR's Staff Development and Training Policy (Bates # 4924-4929)

124: ADMHMR's Employee Complaint Procedure (Bates # 4914 - 4920)

125: ADMHMR's policies and procedures relating to employee training regarding employment discrimination, including training related to EEO compliance, retaliation, racial discrimination and racial harassment.

126: The defendant's policies and procedures relating to employee discipline, including termination.

127: EEOC Charges of Discrimination Filed Against ADMHMR (Bates # 4077 - 4087)

128: EEOC Section 1983 Documents

129: Letter to Roy Jackson from Rebecca Luck (April 6, 2005) (Bates # 1733-1736)

130: Court Report of Black Applicants (Bates # 3613, 3606, 3601, 3598, 3594, 3591, 3588, 3583)(Plaintiffs' Summary Judgment Response Exh. QQ)

131: ADMHMR Labor Force Comparison (Bates # 4912)

132: Winnifred Blackledge Medical Records from Dr. Susan Blanchard marked Confidential

133: Letter from Dr. Susan Blanchard dated March 19, 2007 marked Confidential

134: Defendant's Responses to Plaintiff's First Interrogatories and Requests for Production (Plaintiffs' Summary Judgment Response Exh. L)

135: Complaint

136: First Amended Complaint

137: Notice of Deposition of Winnifred Blackledge (Bates # 5342 - 5345)

138. Any and all documents sent or identified in response to Plaintiff's discovery

139. Any and all documents sent or identified in response to Defendant's discovery

140. Any and all documents submitted to the EEOC

141. Any and all documents listed by Defendant and not objected to by Plaintiff.

142. Any and all documents or exhibits needed for rebuttal.

143. Any and all documents or exhibits needed for impeachment.

144. Deposition excerpts in this matter.

145. Plaintiff reserves the right to amend or supplement this exhibit list.

                                      Respectfully submitted,

                                      s/ Joshua D. Wilson
                                      Rocco Calamusa, Jr.
                                      Joshua D. Wilson

                                      *Attorneys for the Plaintiff*

**OF COUNSEL**
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

**CERTIFICATE OF SERVICE**

      I do hereby certify that on this the __5th__ day of __October__, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

TROY KING
ATTORNEY GENERAL

COURTNEY W. TARVER
Deputy Attorney General and General Counsel
State of Alabama Department of
Mental Health and Mental Retardation
RSA Union Building
100 N. Union Street
P.O. Box 301410
Montgomery, Alabama 36130-1410
Phone: (334) 242-3038
Fax:   (334) 242-0924

                                                /s/ Joshua D. Wilson
                                                Of Counsel