IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WINIFRED BLACKLEDGE ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV 2:06CV321-ID |
| ) | |
| ALABAMA DEPARTMENT OF MENTAL ) | |
|    HEALTH AND MENTAL ) | |
|    RETARDATION, and JOHN HOUSTON ) | |
|    in his official capacity as Commissioner, ) | |
| ) | |
|    Defendant. ) | |

## DEFENDANTS' TRIAL WITNESS LIST

Come now the Defendants, by and through their attorneys of record, Alabama Deputy Attorney General, Courtney Tarver, and Alabama Assistant Attorney General Rebecca Luck, and submits the following lists of witnesses that Defendant's may use during the trial of this case as follows:

1. Henry Ervin, Director of Human Resources, DMH/MR. Department of Mental Health and Mental Retardation. 100 N. Union Street, Post Office Box 301410, Montgomery, Alabama 36130. (As A Percipient Witness and Expert Witness) Expected to be called as a witness.

2. John Houston, Commissioner, DMH/MR, Department of Mental Health and Mental Retardation. 100 N. Union Street, Post Office Box 301410, Montgomery, Alabama 36130. Will testify if needed.

3. Marilyn Benson, Deputy Director of Human Resources, DMH/MR. Department of Mental Health and Mental Retardation. 100 N. Union Street, Post Office Box 301410, Montgomery, Alabama 36130. Expected to be called as a witness.

4. June Lynn, Hearing Officer. Department of Mental Health and Mental Retardation. 100 N. Union Street, Post Office Box 301410, Montgomery, Alabama 36130. Expected to be called as a witness.

5. Fordyce Mitchel, Director of MR Community Services. Department of Mental Health and Mental Retardation. 100 N. Union Street, Post Office Box 301410, Montgomery, Alabama 36130. Expected to be called as a witness.

6. Ms. Eranell McIntosh-Wilson. Department of Mental Health and Mental Retardation. 100 N. Union Street, Post Office Box 301410, Montgomery, Alabama 36130. Expected to be called as a witness.

7. Mildred "Mickey" Groggel, Planning & Quality Assurance Specialist III. Region III Community Services. 290 Dauphin Street, Suite 600, Mobile, Alabama 36606. Expected to be called as a witness.

8. Susan Stuardi, Former Community Service Director (Retired). Region III Community Services. 290 Dauphin Street, Suite 600, Mobile, Alabama 36606. Expected to be called as a witness.

9. Bobby Ross, Staff Development Specialist II and Former Director of Staff Development for the Brewer Center of Region III. Expected to be called as a witness.

10. Daphne Rosalis. Region III Community Services. 290 Dauphin Street, Suite 600, Mobile, Alabama 36606. Expected to be called as a witness.

11. Jerryln London, Director. Region III Community Services. 290 Dauphin Street, Suite 600, Mobile, Alabama 36606. Expected to be called as a witness.

12. Kendra Butler. Region III Community Services. 290 Dauphin Street, Suite 600, Mobile, Alabama 36606. Expected to be called as a witness.

13. Kathy Sawyer, former Commissioner. Department of Mental Health and Mental Retardation. 100 N. Union Street, Post Office Box 301410, Montgomery, Alabama 36130. Expected to be called as a witness.

14. Shirley Patterson. Will testify if needed.

15. Susan Blanchard, M. D. Will testify if needed.

16. Donna Buckley. Will testify if needed.

17. All individuals necessary for rebuttal or impeachment purposes even if those names cannot be anticipated at this time.

18. Any Witnesses designated by any other party.

19. Anyone named or mentioned in any deposition in this case.

20. Anyone mentioned or named in any document produced in the course of discovery in the case.

21. Any person deposed in this lawsuit.

22. Any witnesses needed to Authenticate any exhibit utilized at trial.

23. Defendants reserves the rights to call any witnesses named by the Plaintiffs.

24. Defendants reserves the right to use live or deposition testimony of any witness listed by any other party or who is called by any part.

25. Defendant reserves the right to amend their witness list.

Respectfully submitted this, the 5th day of October, 2007.

TROY KING
ATTORNEY GENERAL

s/ Courtney W. Tarver
Courtney W. Tarver (TAR009)
Deputy Attorney General and
General Counsel
Rebecca J. Luck (ASB8253K64R)
Assistant Attorney General
Attorneys for Defendants
Alabama Department of Mental Health
  and Mental Retardation
RSA Union Building, 100 N. Union St.
        Fifth floor
P.O. Box 301410
Montgomery, Alabama 36130-1410
     (334) 242-3038
     facsimile (334) 242-0924
     courtney.tarver@mh.alabama.gov
     rebecca.luck@mh.alabama.gov

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing DEFENDANTS' TRIAL WITNESS LIST has been served by use of this court's electronic filing system, CM/ECF which will provide service to the following on this the 5th day of October, 2007.

Rocco Calamusa, Esq.
Joshua D. Wilson, Esq.
Benjamin J. DeGweck, Esq.
Wiggins, Childs, Quinn & Pantazis, P. C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

                                              s/ Courtney W. Tarver
                                              Courtney W. Tarver
                                              Rebecca J. Luck