IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WINIFRED BLACKLEDGE,** | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:06cv321-ID |
| v. | ) |
| **ALABAMA DEP'T OF MENTAL HEALTH & MENTAL RETARDATION,** et al., | ) |
| Defendants. | ) |

**ORDER**

Based upon the parties' agreement to consent to a trial by a magistrate judge, it is CONSIDERED and ORDERED that this case is hereby REMOVED from the undersigned's November 5, 2007, trial term. An order of reference will be forthcoming.

It is further CONSIDERED and ORDERED that the parties are hereby RELIEVED from complying with any impending deadlines set forth in the Uniform Scheduling Order.

DONE this 18th day of October, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE