IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WINIFRED BLACKLEDGE,** )<br>)<br>  Plaintiff, )<br>) | CIVIL ACTION NO. 2:06cv321-ID |
| v. )<br>) | |
| **ALABAMA DEP'T OF MENTAL** )<br>**HEALTH & MENTAL RETARDATION,** )<br>et al., )<br>  Defendants. ) | |

## ORDER

Upon CONSIDERATION of Plaintiff's motion for sanctions (Doc. No. 36) and for the reasons set out in the court's memorandum opinion entered contemporaneously herewith, it is ORDERED that said motion be and the same is hereby DENIED.

It is further CONSIDERED and ORDERED that Plaintiff's motion to strike Defendants' reply (Doc. No. 36) be and the same is hereby DENIED as moot.

DONE this 25th day of October, 2007.

                                    /s/ Ira DeMent
                                    SENIOR UNITED STATES DISTRICT JUDGE