IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WINIFRED BLACKLEDGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv321-SRW |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| MENTAL HEALTH, etc., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

For good cause, it is

ORDERED that a telephone scheduling conference is scheduled for November 16, 2007 at 3:00 p.m. Counsel for the plaintiff is DIRECTED to set up the conference call.

DONE, this 13th day of November, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE