# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **WINIFRED BLACKLEDGE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE No.: CV 2:06-CV-321-ID** |
| | ) | |
| **ALABAMA DEPARTMENT OF** | ) | |
| **MENTAL HEALTH & MENTAL** | ) | |
| **RETARDATION & COMMISSIONER** | ) | |
| **JOHN HOUSTON, in his Official** | ) | |
| **Capacity as Commissioner.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S AMENDED WITNESS LIST

**COMES NOW**, Plaintiff Winnifred Blackledge, who amends her original witness list

(Dkt. #39) and hereby lists the following witnesses that may be used at the trial of this action:

A.   The following is a list of witnesses that Plaintiff expects to call as a witness:

1.   Winnifred Blackledge
     c/o Rocco Calamusa; Joshua D. Wilson
     WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
     The Kress Building
     301 19th Street North
     Birmingham, Alabama 35203
     (205) 314-0500

2.   Luella Rebecca Green
     5455 Cross Creek Drive
     Mobile, AL 36693
     251-895-2489

3.   Dr. Susan Blanchard
     Diagnostic and Medical Clinic

-1-

       1261 Hillcrest Road, Suite C
       Mobile, AL 36695

4.      Roy Jackson
       c/o EEOC
       Ridge Park Place
       Birmingham, AL 35205
       1-800-669-4000

5.      Susan Stuardi
       c/o COURTNEY W. TARVER
       Deputy Attorney General and General Counsel
       State of Alabama Department of
       Mental Health and Mental Retardation
       RSA Union Building
       100 N. Union Street
       P.O. Box 301410
       (334) 242-3038

6.      Jerryln London
       c/o COURTNEY W. TARVER
       Deputy Attorney General and General Counsel
       State of Alabama Department of
       Mental Health and Mental Retardation
       RSA Union Building
       100 N. Union Street
       P.O. Box 301410
       (334) 242-3038

7.      Eranell McIntosh-Wilson
       c/o COURTNEY W. TARVER
       Deputy Attorney General and General Counsel
       State of Alabama Department of
       Mental Health and Mental Retardation
       RSA Union Building
       100 N. Union Street
       P.O. Box 301410
       (334) 242-3038

8.      Fordyce Mitchell
       c/o COURTNEY W. TARVER
       Deputy Attorney General and General Counsel
       State of Alabama Department of

Mental Health and Mental Retardation
RSA Union Building
100 N. Union Street
P.O. Box 301410
(334) 242-3038

9. Henry Ervin
c/o COURTNEY W. TARVER
Deputy Attorney General and General Counsel
State of Alabama Department of
Mental Health and Mental Retardation
RSA Union Building
100 N. Union Street
P.O. Box 301410
(334) 242-3038

B. The following is a list of potential witness that Plaintiff may call as witnesses if the need arises, but does not expect to:

1. Bernice Williams-Kimbrough
Enforcement Supervisor
c/o EEOC
Ridge Park Place
Birmingham, AL 35205
1-800-669-4000

2. Eddie Abdulhaqq
Enforcement Supervisor
c/o EEOC
Ridge Park Place
Birmingham, AL 35205
1-800-669-4000

3. John Houston
c/o COURTNEY W. TARVER
Deputy Attorney General and General Counsel
State of Alabama Department of
Mental Health and Mental Retardation
RSA Union Building
100 N. Union Street
P.O. Box 301410
Montgomery, Alabama 36130-1410
(334) 242-3038

-3-

4.     Mickey Groggel
       c/o COURTNEY W. TARVER
       Deputy Attorney General and General Counsel
       State of Alabama Department of
       Mental Health and Mental Retardation
       RSA Union Building
       100 N. Union Street
       P.O. Box 301410
       Montgomery, Alabama 36130-1410
       (334) 242-3038

5.     Kendra Butler
       c/o COURTNEY W. TARVER
       Deputy Attorney General and General Counsel
       State of Alabama Department of
       Mental Health and Mental Retardation
       RSA Union Building
       100 N. Union Street
       P.O. Box 301410
       (334) 242-3038

6.     Melissa Ezell
       3204 East Welborne
       Mobile, Al 36685
       - Telephone number currently unknown

7.     Sherrita Williams
       6600 Fox Creek Dr.
       Eight Mile, AL 36613
       (334) 242-3038

8.     James Packer
       – Telephone Number and Address currently unknown

9.     All employees and/or agents of the Alabama Department of Mental Health and Mental
       Retardation that may have witnessed any events or occurrences relevant to the claims and
       defenses made.

10.    All individuals necessary for rebuttal or impeachment purposes even if those names
       cannot be anticipated at this time.

11.    Any witnesses designated by any other party.

-4-

12.    Anyone named or mentioned in any deposition in this case.

13.    Anyone mentioned or named in any document produced in the course of discovery in the case.

14.    Any person deposed in this lawsuit.

15.    Any witnesses needed to authenticate any exhibit utilized at trial.

16.    Plaintiff reserves the right to call any witnesses named by Defendant.

17.    Plaintiff reserves the right to use live or deposition testimony of any witness listed by any other party or who is called by any part.

18.    Plaintiff reserves the right to amend her witness list.


          Respectfully submitted,

          s/ Joshua D. Wilson
          Rocco Calamusa, Jr.
          Joshua D. Wilson

          *Attorneys for the Plaintiff*


**OF COUNSEL**
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

## CERTIFICATE OF SERVICE

I do hereby certify that on this the __7th__ day of __January__, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

TROY KING
ATTORNEY GENERAL

COURTNEY W. TARVER
Deputy Attorney General and General Counsel
State of Alabama Department of
Mental Health and Mental Retardation
RSA Union Building
100 N. Union Street
P.O. Box 301410
Montgomery, Alabama 36130-1410
Phone: (334) 242-3038
Fax:   (334) 242-0924

/s/ Joshua D. Wilson
Of Counsel

-6-