IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WINIFRED BLACKLEDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv321-SRW |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| MENTAL HEALTH, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of defendants' motion to amend (Doc. # 56), filed January 25, 2008, and for good cause it is

ORDERED that plaintiff file a response to the motion on or before close of business, Friday, February 1, 2008.

Done, this 28th day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE