IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WINIFRED BLACKLEDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv321-SRW |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| MENTAL HEALTH, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

For good cause it is

ORDERED that the pretrial conference previously scheduled for January 28, 2008 be and hereby is re-scheduled for 9:00 a.m. on February 5, 2008 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex.

Done, this 31st day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE