IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WINIFRED BLACKLEDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:06cv321-ID - SJW |
| ) | |
| ALABAMA DEPARTMENT OF MENTAL ) | |
| HEALTH AND MENTAL ) | |
| RETARDATION, and JOHN HOUSTON ) | |
| in his official capacity as Commissioner, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANTS' IDENTIFICATION OF DEPOSITIONS PAGES EXPECTED TO BE USED AT TRIAL

Come now the Defendants, by and through their attorneys of record, Alabama Deputy Attorney General, Courtney Tarver, and Alabama Assistant Attorney General Rebecca Luck, and submit the following Defendants' Identification of Deposition Pages expected to be used at Trial, as follows:

1. Pages from the Deposition of Winifred Blackledge dated 3-13-07.

    a. 9-22

    b. 47

    c. 50-51

    d. 54-55

    e. 58-67

    f. 69-75

    g. 79-84

      h.  87-89

      i.  90-94

      j.  104

      k.  119

      l.  133

      m.  204

2.    Pages from the Deposition of Winifred Blackledge dated 9-5-07.

      a.  37-45

      b.  49

      c.  53-59

      d.  61

      e.  65

      f.  68-85

3.    Pages from the Deposition of Fordyce Mitchel.

      a.  26

      b.  30

      c.  38

      d.  45-46

4.    Pages from the Deposition of Eranell McIntosh-Wilson.

      a.  52

      b.  64

      c.  74

      d.  86-90

5. Pages from the Deposition of Henry Ervin.

   a. 30-35

6. Pages from the Deposition of Jerryln London.

   a. 13

   b. 23

   c. 30-33

   d. 35

   e. 38-40

   f. 43-49

   g. 60-61

   h. 83-85

   i. 92

7. Pages from the Deposition of Susan Stuardi.

   a. 13-21

   b. 23-28

   c. 34

   d. 45-54

   e. 59-60

   f. 66-67

   g. 78

   h. 80

   i. 85

   j. 96

Case 2:06-cv-00321-SRW    Document 64    Filed 02/11/2008    Page 3 of 5

    k.  100

    l.  108-111

    m.  113-114

    n.  121

    o.  129

    p.  142-145

    q.  149-150

    r.  159

    s.  160

Respectfully submitted this, the 11th day of February, 2008.

TROY KING
ATTORNEY GENERAL

/s/ Courtney W. Tarver
Courtney W. Tarver (TAR009)
Deputy Attorney General and General Counsel
Rebecca J. Luck (ASB8253K64R)
Assistant Attorney General
Attorneys for Defendants
Alabama Department of Mental Health
  and Mental Retardation
RSA Union Building, 100 N. Union St.
       Fifth floor
P.O. Box 301410
Montgomery, Alabama 36130-1410
   (334) 242-3038
   facsimile (334) 242-0924
   rebecca.luck@mh.alabama.gov

5

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing **DEFENDANTS' IDENTIFICATION OF DEPOSITIONS PAGES EXPECTED TO BE USED AT TRIAL** has been served by use of this court's electronic filing system, CM/ECF, which will provide service to the following on this the 11th day of February, 2008:

    Josh D. Wilson, Esq.
    WIGGINS, CHILDS, QUINN & PANTAZIS
    The Kress Building
    301 Nineteenth Street North
    Birmingham, AL   35203

                                              /s/ Courtney W. Tarver
                                              COURTNEY W. TARVER