FREEDOM COURT REPORTING

Page 41

1 Assurance II position?
2    A   Yes.
3    Q   Okay.  Which she was in this CSS
4 III position for a very short time and then
5 she moves to this PQA position, and from
6 everything I've looked at, I don't think the
7 CSS III position was filled after
8 Ms. Groggel left.  Do you know whether or
9 not it was?
10   A   I don't think it was.
11   Q   Do you know why it would not be
12 filled?
13   A   Other than Ms. Stuardi wasn't
14 allowed to fill it, I don't know.
15   Q   Because she was -- she worked
16 very hard for a year period to get the
17 position open?
18   A   Yeah.
19   Q   Ms. Groggel finally moves into it
20 in March of '04 and leaves in April of '04
21 and then no one else moves into it.  So the
22 position was only occupied by someone for
23 about a month?

Page 42

1    A   Right.  And by the -- you know, I
2 don't recall what stopped us from filling
3 that position.  But by the end of that
4 summer, we no longer had the position.
5    Q   By the end of the summer 2004?
6    A   Yes.
7    Q   You no longer had the CSS III
8 position?
9    A   We had to give up a position in
10 each regional office.
11   Q   Was that because of budget cuts?
12   A   I believe it was.
13   Q   So your job is to try to help
14 with the staffing plan and what positions
15 are available, not as much the people that
16 go into those positions?
17   A   No.  I don't -- I don't usually
18 deal very much with the people that go into
19 the positions, because the Regional Director
20 needs to be able -- or the Regional
21 Community Service Director needs to be able
22 to hire who they want.
23   Q   She needs to make those decisions

Page 43

1 herself?
2    A   And I usually try to back them
3 up.
4    Q   I mean just like from this
5 letter, it seems to me, looking at it, that
6 Ms. Stuardi is able to move people around as
7 long as there's a position open and she can
8 move this person here and maybe move this
9 person down here.  If there's a position
10 open, did she have that kind of authority?
11       MR. TARVER:  Object to the form.
12   A   I'm sorry?
13   Q   You can answer, if you follow
14 what my question.
15   A   She can move people around.  She
16 has to have -- she has to actually get
17 somebody to say yes.
18   Q   She has to get somebody like
19 Ms. Wilson to say yes?
20   A   Yes.
21   Q   If Ms. Wilson says she lets Susan
22 make those decisions, she just signs off on
23 them, that's okay, also?

Page 44

1    A   Well, she's got to get my
2 approval, too.  I don't remember saying,
3 "No, you can't do this."  But the fact that
4 she didn't do it sounds to me like, you
5 know, either I said no or Joy said there
6 wasn't the money or Ms. Wilson said no.  I
7 cannot imagine Susan Stuardi leaving a
8 position open when she could fill it.
9    Q   But she had that ability to move
10 people around those positions, as long as
11 she got approval from your office?
12       MR. TARVER:  Object to the form.
13   A   Right.
14   Q   Were you also aware that Ms. --
15 that there was a Planning and Quality
16 Assurance II position opened back in 2002?
17   A   Yes.
18   Q   In this Region III?
19   A   We had one in each region.
20   Q   Okay.  Do you remember Daphne
21 Rosalis receiving a PQA position in 2002?
22   A   If you say that's when it
23 happened, I'll agree with you.  I didn't

11 (Pages 41 to 44)

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

Page 45

1 actually meet Ms. Rosalis until considerably
2 later.
3    Q   Did you have any input into
4 Ms. Rosalis receiving that position?
5    A   No.
6    Q   Do you know if anyone was in that
7 position prior to Ms. Rosalis?
8    A   It was a new position.
9    Q   It was a new position at that
10 time?
11   A   Yes. There was a new position
12 made for each regional office. That
13 position did not report to the Regional
14 Community Service Director. It was not
15 under my direct line.
16   Q   They worked in that office but
17 they reported to central office?
18   A   To central office, to a newly
19 developed office of Quality Enhancement.
20   Q   Are you aware that Ms. Blackledge
21 filed an EEOC charge in 2004?
22   A   I assume I am. I was copied on I
23 think most of the documents that she sent.

Page 46

1    Q   Okay. Do you know -- are you
2 talking about more recent incidents? I'm
3 trying to talk about a EEOC charge that was
4 filed by Ms. Blackledge in 2004 regarding
5 discrimination in promotions.
6    A   I don't recall it, specifically.
7    Q   Did you play any role in
8 investigating any EEOC claims Ms. Blackledge
9 made?
10   A   I don't believe so.
11   Q   Do you recall having
12 conversations not -- I'm not trying to ask
13 what you discussed, but any conversations
14 with the legal department about
15 Ms. Blackledge?
16   A   No.
17        (Whereupon Plaintiff's
18   Exhibit Number 98 was marked and
19   attached to the deposition.)
20 BY MR. WILSON
21   Q   I will mark this as Plaintiff's
22 Exhibit 98. This is a document signed by
23 Ms. Rebecca Luck, who is here with us today

Page 47

1 from the department, to the Equal Employment
2 Opportunity Commission. You were copied on
3 this and attached to this is one exhibit.
4 This is Plaintiff's Exhibit 98, and let me
5 just ask if you've seen that document
6 before?
7    A   I'm sure I have.
8    Q   You were copied on it, you
9 probably saw it, is that --
10   A   I agree.
11   Q   As far as you know, you didn't
12 play any role in -- let me start over. Do
13 you remember providing any information to
14 the legal department about Ms. Blackledge or
15 her claims?
16   A   I do not recall.
17   Q   Do you know why you were copied
18 on this document?
19   A   I'm the Community Service -- the
20 Director of Community Services. You know,
21 the position is such that they probably
22 would copy on most such things.
23        (Whereupon Plaintiff's

Page 48

1   Exhibit Number 99 was marked and
2   attached to the deposition.)
3 BY MR. WILSON
4    Q   I'll mark this as Plaintiff's
5 Exhibit 99. Two pages, Community Service
6 Specialist III interview questions. Have
7 you seen that document before?
8    A   Actually, I don't think so. I
9 may have. I don't object to them, but
10 that's not -- you know, I've never
11 interviewed anybody for a Community Service
12 Specialist III.
13   Q   And do you know whether the
14 interviewers are usually provided with a
15 list of questions?
16   A   Oh, yes.
17   Q   And does that appear -- does like
18 -- that appears to be a list of interview
19 questions for that CSS III position?
20   A   It's not a standard list, but
21 this looks like -- yes, this would be an
22 appropriate set of questions for a Community
23 Service Specialist III.