Page 37

1  me aware of that.
2     Q  Do you remember when you were
3  made aware of that?
4     A  No.
5     Q  Let's see if we can get some type
6  of idea. If it was filed in maybe April of
7  2004, do you know if they notified you
8  sometime soon after that, or was it more
9  recently?
10     A  I don't remember.
11     Q  You can't give me an estimate?
12  Was it within the last six months?
13     A  No, I don't remember.
14     Q  Okay. And what did the legal
15  department -- well, sorry. Were you also
16  made aware that she had filed a lawsuit
17  against the department?
18     A  Yes.
19     Q  Do you remember when you were
20  made aware of that?
21     A  No.
22     Q  I'm going to jump back in to what
23  we were talking about earlier, about job

Page 38

1  positions opening. And I'm going to ask you
2  if you can recall anything about this
3  Planning and Quality Assurance Specialist II
4  position that was opened in Region III in
5  September of 2002? This is Plaintiff's
6  Exhibit 68.
7     A  What specifically would you like
8  to know?
9       (Whereupon Plaintiff's
10       Exhibit Number 68 was marked and
11       attached to the deposition.)
12  BY MR. WILSON
13     Q  Do you recall a Planning and
14  Quality Assurance II position being opened
15  in Region III in September 2002?
16     A  Until I looked in the exhibits
17  for the department for this case, no, I
18  would not specifically remember the date
19  that this particular job was opened.
20     Q  Well, when you looked at that
21  document, did it refresh your memory at all
22  about that position?
23     A  That it was open at that time?

Page 39

1     Q  Do you recall playing any role in
2  that position being opened?
3     A  As the appointing authority, yes.
4     Q  And do you know if someone was in
5  that position prior to it being opened, or
6  was this a newly created position?
7     A  I don't think anybody was in that
8  position before. But that's -- my memory
9  may not be good.
10     Q  Well, that's all we've got.
11  That's fine. That's all I'm asking about is
12  what you remember. So do you remember who
13  received that position?
14     A  There are two Quality Assurance
15  positions in -- there are three in Region
16  III, so you would have to give me the
17  answer. There are three Quality Assurance
18  positions.
19       (Whereupon Plaintiff's
20       Exhibit Number 69 was marked and
21       attached to the deposition.)
22  BY MR. WILSON
23     Q  Okay. This is Plaintiff's

Page 40

1  Exhibit 69, stating Daphne Rosalis received
2  that position.
3     A  Okay.
4     Q  Does that help?
5     A  That's fine.
6     Q  Do you know Ms. Rosalis?
7     A  Yes.
8     Q  She's a white employee, correct?
9     A  She's a female of Caucasian race,
10  that's correct.
11     Q  Did you play any role in her
12  selection to that position?
13     A  A distant role. First of all, I
14  signed, as the appointing authority, for it
15  to be filled. As any of my executive staff
16  do as they are beginning to fill positions
17  or have interviewed to fill them, during our
18  weekly conversation, we probably talked
19  about it. If you're saying did I have a
20  hand in it, no.
21     Q  Who is B.C. Farnum?
22     A  Who is B.C. Farnum. A professor
23  at Troy State University.

10 (Pages 37 to 40)

Page 49

1   A   They would have come to me. He
2   would have come to me to ask to fill the
3   position.
4   Q   Mr. Farnum would have?
5   A   Uh-huh.
6   Q   And in this example we're talking
7   about, is that someone from central office,
8   someone would go to Mr. Farnum and say, "I
9   would like to open the Planning and Quality
10  Assurance position"?
11  A   No.
12  Q   I'm just wondering how it gets
13  created, because I'm not understanding at
14  all.
15  A   All right. Quality in the -- in
16  the division's table of organization, staff
17  in Quality Enhancement report to the
18  Director in Quality Enhancement in the
19  central office.
20  Q   Okay. And would someone from
21  central office decide they need a new
22  position?
23  A   The Director of Quality

Page 50

1   Enhancement.
2   Q   Mr. Farnum?
3   A   Right.
4   Q   It also says in the
5   interrogatories that the panel that made the
6   decision, and looking at Plaintiff's Exhibit
7   70, does this column of people here to the
8   left, does that appear to be the panel?
9   A   It appears to be, yes.
10  Q   And let's go through and ask if
11  you know these people. Mr. B.C. Farnum, is
12  he white or black?
13  A   White.
14  Q   Marilyn Benson, is she white or
15  black?
16  A   Black.
17  Q   Joe Meters, is he white or black?
18  A   He's our Director of Consumer
19  Empowerment. He happens to be white, but
20  happens to be a person with cognitive
21  disability.
22  Q   Okay. Ms. Alice Wigon, is she
23  black or white?

Page 51

1   A   White.
2   Q   Ms. Jewel Pitts?
3   A   Black.
4   Q   Black?
5   A   African-American.
6   Q   And at the top here, it appears
7   to be the candidates for the position?
8   A   Appears to be.
9   Q   Do you know Ms. Yolanda Thomas?
10  A   Yes, I know who she is.
11  Q   She's a black female, correct?
12  A   Correct.
13  Q   Ms. Daphne Rosalis, we already
14  discussed received the job, is a white
15  female?
16  A   Correct.
17  Q   Ms. Ezell is a black female?
18  A   Yes, I know who she is.
19  Q   Do you know Diane Brewer?
20  A   No.
21  Q   Obviously, you know
22  Ms. Blackledge is a black --
23  A   I met Ms. Blackledge.

Page 52

1   Q   The interrogatories say that the
2   panel made a recommendation to you about
3   that position. Do you recall that?
4   A   The panel didn't. Mr. Farnum
5   probably in a regularly scheduled weekly
6   meeting said, "We interviewed it, this is
7   the results, the panel." That's just the
8   way administration works. You know, you
9   have a meeting with your staff before they
10  go about hiring somebody, they would have
11  discussed it with me. That's normal
12  everyday activity.
13  Q   And then who makes that decision?
14  A   They make the decision if I agree
15  with -- I mean, you know, they tell me and I
16  don't disagree with them, they make the
17  decision.
18  Q   In this instance Mr. Farnum --
19  A   Would have made the decision.
20  Q   He made a recommendation to you
21  and you approved it?
22  A   I don't do anything formal, if
23  that's what you're asking.

13 (Pages 49 to 52)

Page 53

1  Q  Okay.
2  A  After I sign the request to fill
3  as the appointing authority, I don't make
4  any formal --
5  Q  So for this Planning and Quality
6  Assurance II position, Mr. Farnum made the
7  decision to hire Ms. Daphne reRosalis?
8     MR. TARVER:  Object to the form.
9  A  He -- yeah.  Yeah, essentially.
10  She reports to him.
11  Q  Do you recall if he discussed
12  anything about Ms. Rosalis with you?
13  A  As a part of our weekly meetings
14  before he hired someone, he would have, yes.
15  He would have discussed that.
16  Q  And do you remember him
17  discussing anything about his reasons for
18  selecting her?
19  A  No, I don't remember that.
20  Q  Do you remember discussing her
21  credentials or anything?
22  A  He may have.  I don't remember.
23  I'm not going to say that he didn't and are

Page 54

1  not going to say he did.
2  Q  You don't remember one way or the
3  other?
4  A  Correct.
5     (Whereupon Plaintiff's
6     Exhibit Number 73 was marked and
7     attached to the deposition.)
8  BY MR. WILSON
9  Q  So we have some sort of order
10  here, this is Plaintiff's Exhibit 73.  This
11  appears to be Ms. Daphne Rosalis' resume,
12  and I will just ask you if you've ever seen
13  that before?
14  A  The most recent was in the book
15  they prepared for me.
16  Q  Okay.  You don't recall seeing
17  that back when Mr. Farnum was discussing the
18  position?
19  A  I don't remember that I did.
20  Q  Don't know one way or the other?
21  A  I don't remember one way or the
22  other.
23

Page 55

1     (Whereupon Plaintiff's
2     Exhibit Number 74 was marked and
3     attached to the deposition.)
4  BY MR. WILSON
5  Q  This is Plaintiff's Exhibit 74.
6  I'll just ask if you know what this document
7  is.
8  A  What it is?
9  Q  Yes.
10  A  It says it's an applicant
11  evaluation form.
12  Q  Are you familiar with those
13  documents?
14  A  Yeah.  I've seen one.  Usually,
15  we don't get them.
16  Q  Is that just something, to your
17  knowledge, an employee would fill out if
18  they were applying for a position?
19  A  No, personnel does this.  It's a
20  Personnel worksheet.
21  Q  So Personnel filled that on an
22  applicant?
23  A  Correct.

Page 56

1  Q  I'm asking you if you know is it
2  common to ask applicants about if they've
3  been convicted of a felony?
4  A  Yes.  It's on the application.
5  Q  Okay.  If you will speak up?
6     MR. TARVER:  She's asking me and
7     I'm not answering.
8  A  He's wasn't answering.  I'm sure
9  it's on the application blank.
10  Q  Just from now on, no
11  conversations.  If you want to take a break,
12  that's fine, just let me know.  It gets
13  confusing when we're muttering stuff under
14  our breath.
15  A  I do that frequently, I'm an old
16  lady.
17  Q  I do too.
18  A  You're a young man.
19     (Whereupon Plaintiff's
20     Exhibit Number 75 was marked and
21     attached to the deposition.)
22  BY MR. WILSON
23  Q  This is Plaintiff's Exhibit 75.

14 (Pages 53 to 56)

Page 85

1  Q  So the answer is no?
2  A  What was the question?
3  Q  I don't know. You answered it, I
4  thought you understood it. I asked if you
5  had any conversations with Fordyce Mitchell
6  about moving Mickey Groggle to the planning
7  quality assurance position?
8  A  He had no -- now, I don't know
9  that I did. No. He would have not have any
10 reason to discuss that.
11 Q  Did you have in conversations
12 with Mr. Ervin about moving Mickey Groggel
13 to the Planning and Quality II Assurance
14 position?
15 A  Not that I'm aware of.
16 Q  And did you have any conversation
17 with Susan Stuardi about moving Mickey
18 Groggel to the Planning and Quality II
19 Assurance position?
20 A  Not that I'm aware of.
21 Q  Do you know Kathi Allen?
22 A  No.
23 Q  Have you ever heard that name?

Page 86

1  A  Yes, I heard this name. You
2  asked me if knew her.
3  Q  I know.
4  A  I didn't know she was white until
5  they told me this week.
6  Q  Okay. Do you know anything about
7  her employment with the department ending in
8  February of '04?
9  A  Yes.
10 Q  What do you know about that?
11 A  The department closed three of
12 the developmental centers in '03, '04, and
13 as a part of the closure, the Governor asked
14 the Commissioner and, therefore, asked us to
15 make every opportunity available to people
16 who would lose their jobs because of the
17 closure of the facilities. We had three
18 developmental centers and two MI facilities
19 closing during -- between October '03 and
20 February -- and March 1st '04. And we did,
21 we made every possibility. The Governor
22 even froze vacancies at various other
23 agencies so that people who were losing

Page 87

1  their jobs would have an opportunity to have
2  a job when the closures were over.
3  Q  And I don't want to -- let's try
4  to listen carefully and answer carefully
5  about these little series of questions here,
6  and I'm going to try to ask them the best I
7  can. I know I probably don't always ask the
8  best questions. Earlier we had talked about
9  how it would be against the rules for
10 someone to select somebody for a position
11 and then go through the interview position
12 and hire them, is that correct? Do you
13 remember talking about that?
14 A  If it were possible to preselect
15 with the panel, as I indicated, that's the
16 check and balance system.
17 Q  Okay. Is that something -- was
18 that the department tried to do for people
19 that were working at the center -- a center
20 that was closing down, though, to try to
21 find them positions?
22 A  What we did was made available
23 the opportunity for them to apply. We

Page 88

1  didn't just say, "Here is a position,"
2  especially those at the executive level or
3  -- in fact, all of them, all except the
4  direct care staff, we did say, "Here is a
5  position you can go into." But we had
6  people actually interview for those
7  positions. If you look at here --
8  Q  You're referring to Plaintiff's
9  Exhibit 11?
10 A  Yes, eleven. Groggel, Allen,
11 Packer. I don't know who that is. Ezell,
12 Shappell all were losing their jobs. We
13 didn't give it to anyone; they applied for
14 it.
15 Q  So they just had the opportunity
16 to apply?
17 A  To apply for, yes, and were told.
18 Q  Go ahead. And were what?
19 A  And we were told to give, if all
20 being equal, to those people who were
21 getting the -- getting -- losing their jobs.
22 If they qualified and all being equal, they
23 should be given preference, that's correct.