IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WINIFRED BLACKLEDGE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE No.: CV 2:06-CV-321-ID |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| MENTAL HEALTH & MENTAL ) | |
| RETARDATION & COMMISSIONER ) | |
| JOHN HOUSTON, in his Official ) | |
| Capacity as Commissioner. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S AMENDED EXHIBIT LIST**

**COMES NOW**, Plaintiff Winifred Blackledge, who amends her original exhibit list (Dkt. #40) and hereby lists the following exhibits that may be used at the trial of this action:

1. Community Services Organization June 2000

2. Community Services Organization June 2002

3. PQA II 2002 Job Announcement

4. Essential Job Functions PQA II (2002) Position

5. PQA II List of Qualified Candidates September 7, 2002

6. Daphne Rosalis Applicant Evaluation Form

7. Daphne Rosalis Resume and Application Documents

8. PQA II 2002 Interview Assessment Form

9. Winnifred Blackledge PQA II Application

10. Daphne Rosalis PQA II Application

11. PQA II 2002 Announcement to Daphne Rosalis

12. Memorandum 6/16/99 to Susan Stuardi from Kendra Butler

13. October 15, 2001 Letter to Susan Stuardi from Winnifred Blackledge

14. September 18, 2002 Letter to C&D's from Fordyce Mitchell (re: 04 Budget: new positions)

15. Note concerning CSS III Position

16. E-mail from Susan Stuardi to Fordyce Mitchell (12/05/2002)

17. Letter from Susan Stuardi to Levi Harris (12/13/2002) (Re: CSS III Position)

18. Letter from Susan Stuardi to Levi Harris (12/16/2002) (Re: CSS III Position)

19. E-mail from Susan Stuardi to Wilson and Mitchell (01/21/2003)

20. E-mail from Susan Stuardi to Fordyce Mitchell (02/11/2003)

21. Announcement of CSS III Position Blank

22. Announcement of CSS III Position (10/27/2003)

23. Announcement of CSS III Position with new POS#

24. Announcement of CSS III Position with Notes

25. October 28, 2003 Letter to Personnel Office from Winnifred Blackledge (10/28/2003)(Re: CSS III Application)

26. Winnifred Blackledge Application for CSS III position

27. Community Services Specialist III Essential Job Functions

28. CSS III Applicant Evaluation Form

29. CSS III Interview Questions

30. Applicants for CSS III Position listed with sex and race

31. Applicants for CSS III Position With Crossed-Out Names

32. CSS III Interview Panel Scoring Sheet

33. CSS III Position Applicant Assessment Forms

34. Letter to Henry Ervin from Susan Stuardi (12/10/2003)(Re: CSS III Position given to Mickey Groggel)

35. December 15, 2003 Letter To Henry Ervin from Susan Stuardi

36. Letter to Winnifred Blackledge (12/15/2003)(Re; denial of CSS III position)

37. Faxed Letter to Winnifred Blackledge (12/15/2003)(Re; denial of CSS III position)

38. Select Documents from Mickey Groggel Personnel File

39. Mickey Groggel Resume

40. Mickey Groggel Application for CSS III position

41. Kathi Allen Resume

42. Kathi Allen Application for CSS III Position

43. Celestine Chappell Resume

44. Celestine Chappell Application for CSS III Position

45. Melissa Ezell Resume

46. Melissa Ezell Employment Application for CSS II Position

47. Sheritta Williams Resume

48. Sheritta Williams Employment Application for CSS III Position

49. James Packer Resume

50. James Packer Employment Application for CSS II Position

51. Rebecca Ann Aydelette Application for CSS III Position

52. Donna Buckley Application for CSS III Position

53. Tina Nettles Application for CSS III Position

54. Yolanda Thomas Application for CSS III Position

55. Blackledge Performance Appraisal January

56. Blackledge Performance Appraisal January 2002

57. Blackledge Performance Appraisal January 2003

58. Blackledge Performance Appraisal January 2003 (2)

59. Blackledge Performance Appraisal January 2004

60. Blackledge Performance Appraisal December 2004 (36.3)(Corrected Copy)

61. Mickey Groggel Performance Appraisal March 2001

62. Mickey Groggel PreAppraisal March 2002

63. Mickey Groggel Appraisal March 2002

64. Mickey Groggel Appraisal March 2003

65. Mickey Groggel PreAppraisal March 2004

66. Mickey Groggel Performance Appraisal 2004

67. Mickey Groggel PreAppraisal

68. Blackledge Complaint Form (12/15/2003)

69. Letter from Winnifred Blackledge to Susan Stuardi December 16, 2003

70. Procedure for Conducting Job Audits on Exempt Classifications

71. Letter From Blackledge (Re; Job Duties)

72. ADMHMR Response to Complaint (04/05/2004)

73. Recommendation for New Desk Audit

74. Letters regarding Desk Audit Findings

75. Findings of Fact and Order Regarding Desk Audit

76. PQA II (2004) Position Job Announcement

77. Letter from Susan Stuardi to Mitchell and Ervin (02/20/2004)

78: Winnifred Blackledge PQA II (2004) Application

79: Mickey Groggel PQA II (2004) Application

80: PQA II (2004) Interview Questions

81: PQA II (2004) Interview Assessment

82: Letter to Mickey Groggel from Henry Ervin; re: Appointment to PQA II Position (4/28/04)

83: Blackledge EEOC Charge (06/08/2004)

84: Letter from Winnifred Blackledge to Ruby Morris (EEOC) (06/22/2004)

85: Letter to Debra Leo from Rebecca Luck (August 23, 2004)

86: Letter to Roy Jackson from Rebecca Luck (April 6, 2005)

87: Letter to Roy Jackson from Rebecca Luck (May 5, 2005)

88: Pre-Determination Interview conducted by Roy L. Jackson (EEOC) with Rebecca J. Luck June 27, 2005

89: EEOC Finding of Reasonable Cause

90: EEOC Determination signed by Bernice Williams-Kimbrough

91: Notices of Right to Sue from Department of Justice

92: Select Pages of ADMHMR's Personnel Procedures Manual

93:  ADMHR's Policy on Selection of Candidates

94:  EEOC Charges of Discrimination Filed Against ADMHMR

95:  Defendant's Responses to Plaintiff's First Interrogatories and Requests for Production

96:  Plaintiff's Backpay Chart

97.  Any and all documents listed by Defendant and not objected to by Plaintiff.

98.  Any and all documents or exhibits needed for rebuttal.

99.  Any and all documents or exhibits needed for impeachment.

100. Deposition excerpts in this matter.

101. Any demonstrative exhibits used at trial.

102. Plaintiff reserves the right to amend or supplement this exhibit list.

        Respectfully submitted,

        s/ Joshua D. Wilson
        Rocco Calamusa, Jr.
        Joshua D. Wilson
        *Attorneys for the Plaintiff*

**OF COUNSEL**
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

## CERTIFICATE OF SERVICE

 I do hereby certify that on this the __11th__ day of __February__, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

TROY KING
ATTORNEY GENERAL

COURTNEY W. TARVER
Deputy Attorney General and General Counsel
State of Alabama Department of
Mental Health and Mental Retardation
RSA Union Building
100 N. Union Street
P.O. Box 301410
Montgomery, Alabama 36130-1410
Phone: (334) 242-3038
Fax: (334) 242-0924

               /s/ Joshua D. Wilson
               Of Counsel