**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **WINIFRED BLACKLEDGE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE No.: CV 2:06-CV-321-SRW** |
| | ) | |
| **ALABAMA DEPARTMENT OF** | ) | |
| **MENTAL HEALTH & MENTAL** | ) | |
| **RETARDATION & COMMISSIONER** | ) | |
| **JOHN HOUSTON, in his Official** | ) | |
| **Capacity as Commissioner.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## SPECIAL INTERROGATORIES TO THE JURY AND VERDICT FORM

**Do you find from a preponderance of the evidence:**

1.    That the Plaintiff's race was a substantial or a motivating factor in the denial of the CSS III Position?

       Answer Yes or No            _____

2.    That the Plaintiff's race was a substantial or a motivating factor in the denial of the PQA II Position in 2002?

       Answer Yes or No            _____

3.    That the Plaintiff's race was a substantial or a motivating factor in the denial of the PQA II Position in 2004?

       Answer Yes or No            _____

[Note:  If you answered Yes to either question 1, question 2, and/or question 3, then you may proceed to Questions 4 and 5].

4.      Do you find that the Plaintiff should be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Answer Yes or No            _____

If your answer is Yes,
in what amount?            $_____

5.      Do you find that the Plaintiff should be awarded damages to compensate for emotional pain and mental anguish?

Answer Yes or No            _____

If your answer is Yes,
in what amount?            $_____


_____
**Foreperson**

**DATED:_____**


Respectfully submitted,


/s/ Joshua D. Wilson_____
Joshua D. Wilson
*Attorney for the Plaintiff*

OF COUNSEL:
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Phone: (205) 314-0500

## CERTIFICATE OF SERVICE

I do hereby certify that I have filed a copy of the above and foregoing by filing the same with the EC/CMF system, which will provide notification to the following:

TROY KING
ATTORNEY GENERAL

COURTNEY W. TARVER
Deputy Attorney General and General Counsel
State of Alabama Department of
Mental Health and Mental Retardation
RSA Union Building
100 N. Union Street
P.O. Box 301410
Montgomery, Alabama 36130-1410
Phone: (334) 242-3038
Fax:   (334) 242-0924

This the ___11th___ Day of __February__, 2008.


/s/ Joshua D. Wilson
Of Counsel

3