UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN

JURY SELECTION AND TRIAL

FEBRUARY 25, 2008
10:00 A.M.

HONORABLE SUSAN RUSS WALKER, PRESIDING

**WINIFRED BLACKLEDGE v. AL DEPARTMENT OF MENTAL HEALTH & MENTAL RETARDATION and JOHN HOUSTON**
**2:06cv321-SRW**

| | |
|---|---|
| **Joshua David Wilson - Plaintiff** | **Courtney Wayne Tarver - Defendants** |
| Rocco Calamusa, Jr, | Rebecca Jennathan Luck |
| Wiggins, Childs, Quinn & Pantanzis, LLC | AL Bureau of Legal Services |

(ETT: 3-4 days)

---

**OLLIE GODWIN v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, INC.**
**2:07cv167-SRW**

| | |
|---|---|
| **Arlene Marceau Richardson - Plaintiff** | **John William Dodson - Defendant** |
| Richardson Legal Center, LLC | Leilus Jackson Young, Jr. |
| | Michelle Leigh Crunk |
| | Ferguson, Frost & Dodson, LLP |

(ETT: 2-3 days)