IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WINIFRED BLACKLEDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:06cv321-ID - SJW |
| ) | |
| ALABAMA DEPARTMENT OF MENTAL ) | |
| HEALTH AND MENTAL ) | |
| RETARDATION, and JOHN HOUSTON) | |
| in his official capacity as Commissioner, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANTS' OBJECTION TO PLAINTIFF'S SPECIAL INTERROGATORIES TO THE JURY AND VERDICT FORM

COMES NOW, the Defendants, Alabama Department of Mental Health & Mental Retardation and Commissioner John Houston, in his Official Capacity as Commissioner of the Alabama Department of Mental Health & Mental Retardation, by and through Deputy Attorney General, Courtney W. Tarver, and submit our objection to plaintiffs Special Interrogatories to the Jury and Verdict Form as follows:

1. The only Case for which compensation of damages can be awarded is the Title VII action for Ms. Blackledge's unsuccessful application for the Community Services Specialist III (CSS III) position. Judge Ira DeMent's Memorandum Opinion and Order dated October 25, 2007 dismissed and struck claims for damages regarding both Planning and Quality Assurance II (P & QA II) positions. Consequently, this interrogatory should instruct the jury to assess compensatory damages only if they have made a determination that the Plaintiff's race was a motivating factor in her failure to obtain the CSS III position.

2. Paragraphs 2 and 3 are improper, misleading and prejudicial and should be struck.

Respectfully submitted this, the 12th day of February, 2008.

2

TROY KING
ATTORNEY GENERAL

/s/: Courtney W. Tarver
Courtney W. Tarver (TAR009)
Deputy Attorney General and General Counsel
Rebecca J. Luck (LUC011)
Assistant Attorney General
Attorneys for Defendants
Alabama Department of Mental Health
  and Mental Retardation
RSA Union Building, 100 N. Union St.
        Fifth floor
P.O. Box 301410
Montgomery, Alabama 36130-1410
      (334) 242-3038
        facsimile (334) 242-0924
        rebecca.luck@mh.alabama.gov

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing **DEFENDANTS' OBJECTION TO PLAINTIFF'S SPECIAL INTERROGATORIES TO THE JURY AND VERDICT FORM** has been served by use of this court's electronic filing system, CM/ECF, which will provide service to the following on this the 12TH day of February, 2008:

Josh D. Wilson, Esq.
WIGGINS, CHILDS, QUINN & PANTAZIS
The Kress Building
301 Nineteenth Street North
Birmingham, AL   35203

                                       /s/: Courtney W. Tarver
                                       COURTNEY W. TARVER