IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WINIFRED BLACKLEDGE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE No.: CV 2:06-CV-321-ID |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| MENTAL HEALTH & MENTAL | ) | |
| RETARDATION & COMMISSIONER | ) | |
| JOHN HOUSTON, in his Official | ) | |
| Capacity as Commissioner. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S OBJECTION TO THE DEFENDANTS'
VOIR DIRE QUESTIONS**

---

**COMES NOW** the plaintiff, by and through the undersigned counsel, and objects to the Defendants' Voir Dire Questions as follows:

1.(a).  The plaintiff objects to the explanation of attorney Tarver's employment history.

1.(b).  The plaintiff objects to the explanation of attorney Tarver's employment history.

3.  The plaintiff objects to the introduction which attempts to describe the purpose of defendant Department.

10.  The plaintiff objects to this question in its entirety.

11.(e).  The plaintiff objects to this question in its entirety.

17.  The plaintiff objects to this question in its entirety.

19. The plaintiff objects to this question in its entirety.

Respectfully submitted,

/s/Rocco Calamusa, Jr.
Rocco Calamusa, Jr.
Joshua D. Wilson
*Attorneys for the Plaintiff*

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0500

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 18th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

TROY KING
ATTORNEY GENERAL

COURTNEY W. TARVER
Deputy Attorney General and General Counsel
State of Alabama Department of
Mental Health and Mental Retardation
RSA Union Building
100 N. Union Street
P.O. Box 301410
Montgomery, Alabama 36130-1410
Phone: (334) 242-3038
Fax: (334) 242-0924

/s/Rococ Calamusa, Jr.
OF COUNSEL