**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **WINIFRED BLACKLEDGE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:06cv321-ID - SJW |
| ) | |
| **ALABAMA DEPARTMENT OF MENTAL** ) | |
| **HEALTH AND MENTAL** ) | |
| **RETARDATION, and JOHN HOUSTON** ) | |
| **in his official capacity as Commissioner,** ) | |
| ) | |
| **Defendant.** ) | |

## STIPULATED FACTS

1. Winifred Blackledge began work for the Alabama Department of Mental Health and Mental Retardation (ADMHMR) on March 23, 1987 and continues to work for the Department to the present day.

2. Winifred Blackledge held the following positions, during the following timeframes:
   a. March 23, 1987 through March 25, 1988 – Habilitation Team Leader Trainee.
   b. March 26, 1988 through Present – Mental Health Social Worker II.

3. ADMHMR announced the opening of a P&QAII position on September 12, 2002, reporting to the Quality Assurance Division in Montgomery. The office location for this position was in the Mobile area.

4. ADMHMR announced the opening of a CSS III position on October 27, 2003, reporting to the Region III Community Services office located in the Mobile area.

5. ADMHMR announced the opening of a P&QAII position on April 2, 2004, reporting to the Quality Assurance Division in Montgomery. The office location for this position was in the Mobile area.

/
/
/
/
/
/

Agreed to this, the 19th day of February, 2008.

        TROY KING (KIN047)
        ATTORNEY GENERAL


        /s/: Courtney W. Tarver
        Courtney W. Tarver (TAR009)
        Deputy Attorney General and General Counsel
        Rebecca J. Luck (LUC011)
        Assistant Attorney General
        Attorneys for Defendants
        Alabama Department of Mental Health and Mental Retardation
        RSA Union Building, 100 N. Union St.
            Fifth floor
        P.O. Box 301410
        Montgomery, Alabama 36130-1410
        Telephone (334) 242-3038
        Facsimile (334) 242-0924
        courtney.tarver@mh.alabama.gov
        rebecca.luck@mh.alabama.gov


        /s/: Rocco Calamusa
        Rocco Calamusa, Esq.
        Josh D. Wilson, Esq.
        WIGGINS, CHILDS, QUINN & PANTAZIS
        The Kress Building
        301 Nineteenth Street North
        Birmingham, AL   35203