IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WINIFRED BLACKLEDGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv321-SRW |
| | ) (WO) |
| ALABAMA DEPARTMENT OF | ) |
| MENTAL HEALTH, etc., | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

Upon consideration of motions in limine, objections to exhibits and deposition designations filed by the parties (Doc. ## 66, 67, 76, 77, 80, 81]), and for good cause, it is

ORDERED that counsel for all parties are DIRECTED to meet and confer in person or by telephone concerning the motions and objections in a good faith effort to resolve the matters in dispute. Plaintiff is responsible for initiating the conference. The parties shall file a joint report to the court on or before noon on Thursday, February 21, 2008, designating the issues, if any, remaining in dispute after the conference.

DONE, this 19th day of February, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE