IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WINIFRED BLACKLEDGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv321-SRW |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| MENTAL HEALTH AND | ) |
| MENTAL RETARDATION, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon notification by the parties that they have reached a settlement in this matter, and for good cause, it is

ORDERED that on or before March 12, 2008, the parties shall file a joint stipulation of dismissal or other appropriate pleadings.

DONE, this 26th day of February, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE