IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WINIFRED BLACKLEDGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. CV-2:06cv321-SRW |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| MENTAL HEALTH & MENTAL | ) |
| RETARDATION and JOHN HOUSTON, | ) |
| in his official capacity as Commissioner, | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION FOR DISMISSAL**

It is stipulated and agreed by the parties to the above-styled action, by and through their respective attorneys, that this action should be dismissed with prejudice and that judgment of dismissal may be entered accordingly with each party to bear their own costs.

Respectfully submitted,

 /s/ Rocco Calamusa, Jr.
Rocco Calamusa, Jr., Esquire
Attorney for the Plaintiff
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
Phone: (205) 314-0500  Fax: (205) 254-1500

TROY KING
ATTORNEY GENERAL

 /s/ Courtney W. Tarver
Courtney W. Tarver (TAR009)
Deputy Attorney General & General Counsel
Attorney for Defendants
AL Dept. of Mental Health & Mental Retardation
100 N. Union Street
P.O. Box 301410
Montgomery, AL 36130-1410
Phone: (334) 242-3038  Fax: (334) 242-0924