IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WINIFRED BLACKLEDGE, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:06cv321-SRW |
| ALABAMA DEPARTMENT OF MENTAL HEALTH & MENTAL RETARDATION, et al., | ) |
| Defendants. | ) |

## **ORDER**

Pursuant to the stipulation of dismissal filed by the parties on March 12, 2008, it is the ORDER, JUDGMENT and DECREE of the court that this cause be and hereby is DISMISSED with prejudice, with the parties to bear their own costs.

DONE, this 17th day of March, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

1